# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Eric Silverman

                      Plaintiff,

v.                                         Case No.: 1:07−cv−04507
                                                    Honorable James B. Moran

Motorola, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 26, 2007:

      MINUTE entry before Judge James B. Moran :Plaintiff's motion for a finding of relatedness [21] is granted. Case No. 07 C 4782 Marc Segal vs Motorola, Inc., et al, pending on the calendar of Judge Coar and 07 C 5004 Katherine Acheson vs Motorola, Inc., et al pending on the calendar of Judge Guzman are related and will be reassigned to the calendar of Judge Moran. Motion hearing held on 9/26/2007 [21]. Status hearing set for 10/9/2007 is stricken and reset to 11/6/2007 at 09:15 AM. Plaintiffs' will file their motion re lead plaintiff by 10/9/2007. Any response of opposition to be filed by 10/19/2007. Plaintiffs' reply to be filed by 10/26/2007.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.