IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>                 Defendants. | 07 C 04507<br><br>Judge Moran<br>Magistrate Judge Mason |
| MARC SEGAL, On Behalf of Himself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>                 Defendants. | 07 C 04782<br><br>Judge Moran<br>Magistrate Judge Mason |
| KATHERINE ACHESON, Individually and On Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>                 Defendants. | 07 C 05004<br><br>Judge Moran<br>Magistrate Judge Mason |

**MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

Institutional Investor Macomb County Employees' Retirement System ("Macomb County") hereby moves this Court for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Macomb County as Lead Plaintiff; (iii) approving Macomb County's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Miller Law LLC to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Macomb County submits herewith a Memorandum of Law and Declaration of Marvin A. Miller dated October 9, 2007.

DATED: October 9, 2007

Respectfully submitted,

*s/ Marvin A. Miller*
Marvin A. Miller
Lori A. Fanning
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

[Proposed] Liaison Counsel

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs