

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MOTOROLA, INC., et al., <br><br> Defendants. | No. 1:07-cv-04507 <br><br> **CLASS ACTION** <br><br> Judge Moran <br> Magistrate Judge Mason |
| MARC SEGAL, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MOTOROLA, INC., et al., <br><br> Defendants. | No. 1:07-cv-04782 <br><br> **CLASS ACTION** <br><br> Judge Moran <br> Magistrate Judge Mason |
| KATHERINE ACHESON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MOTOROLA, INC., et al., <br><br> Defendants. | No. 1:07-cv-05004 <br><br> **CLASS ACTION** <br><br> Judge Moran <br> Magistrate Judge Mason |

**ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL**

Having considered the motion of Macomb County Employees' Retirement System ("Macomb County") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel and the Memorandum of Law and Declaration of Marvin A. Miller, in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. Macomb County is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel and the law firm of Miller Law LLC is hereby appointed Liaison Counsel.

IT IS SO ORDERED.

DATED: 10/16/07

THE HONORABLE JAMES B. MORAN
UNITED STATES DISTRICT JUDGE