UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 1:07-cv-04507 **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | Judge Moran |
| MOTOROLA, INC., et al., | ) ) | Magistrate Judge Mason |
| Defendants. | ) ) ) | |

CONSOLIDATED AMENDED COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

## NATURE OF THE CASE

1.     This is a federal securities class action on behalf of all purchasers of the publicly traded securities of Motorola, Inc. ("Motorola" or the "Company") between July 19, 2006 and January 5, 2007 (the "Class Period"), against Motorola and certain of its officers and directors for violations of the Securities Exchange Act of 1934 (the "Exchange Act").

2.     Defendant Motorola builds, markets and sells products, services and applications that make connections to people, information and entertainment through broadband, embedded systems and wireless networks.  The Company has three primary business segments: Mobile Devices, Networks and Enterprise, and Connected Home Solutions.

3.     This case primarily concerns Motorola's development and sale of 3G cellular phones. "3G" is an industry abbreviation for third generation networks.  The cellular infrastructure industry is currently in the process of migrating to the so-called "third-generation," or 3G, networks.  These high-capacity radio access wireless networks provide users with enhanced data services, improved Internet access and increased voice capacity.  In December 2005, according to the Global Mobile Suppliers Association, one hundred 3G networks were operating in 40 countries.

4.     By the start of the Class Period, Motorola was far behind its competitors in its product offerings as its product portfolio did not include the most up to date feature rich 3G cell phones that were in strong demand by consumers in the European and United States markets.  Furthermore, the Company desperately needed to revamp its product line as its core product, the popular RAZR phone, was losing its cache as competitors had introduced comparable products.  It was, therefore, critical to Motorola and its investors that the Company introduce a new product portfolio, including 3G capable phones, and that the products be available in sufficient quantities for the 2006 holiday selling season (the "2006 Holiday Selling Season") which occurred in Motorola's fourth quarter of 2006.

5.      Throughout the Class Period, Defendants issued numerous positive statements about Motorola's financial results, its launch of new 3G phones and its financial outlook.  For example, Defendants represented that the Company's new 3G phones were "ready for the holiday season" and that the phones would be available in sufficient quantities for the 2006 Holiday Selling Season as the Company was not "supply-constrained" in the manufacture of its new 3G phones.  These representations and numerous others detailed herein were positively received by the market and the price of Motorola stock increased dramatically – rising from $18.95 per share at the start of the Class Period to $25.84 per share on October 13, 2006 – an increase of 36%.

6.      Unbeknownst to investors, however, by the start of the Class Period, Motorola's development and manufacture of its new 3G phones was plagued with material problems which would delay and hamper the launch of the new products such that the Company would not have sufficient inventory for the 2006 Holiday Selling Season and would report declining fourth quarter revenues and earnings as a result.  By the start of the Class Period, Defendants knew or recklessly disregarded that Freescale Semiconductor, Inc. ("Freescale"), the manufacturer of the chipset that was to be used for Motorola's new 3G phones, was experiencing significant design, production and quality issues which needed to be corrected before the chips could be manufactured in the quantities necessary to produce sufficient phone inventory for the 2006 Holiday Selling Season.  Motorola used the Argon LV Chipset, developed with Freescale, which was spun-off from Motorola in 2004, for its new line of 3G phones.  Freescale was unable to produce sufficient quantities of the Argon LV Chipset because the chipset design led to serious "mounting" problems which caused the chips to warp, thereby creating quality issues and reducing manufacturing yields.  By the start of the Class Period, Defendants knew or recklessly disregarded that the Company was unable to procure sufficient quantities of the Argon LV Chipset to timely launch and produce sufficient inventory of 3G phones for the 2006 Holiday Selling Season.  As detailed further herein, Motorola was also

- 2 -

plagued with problems in the development of a new software operating system for its phones which further hampered and delayed the development and manufacture of the Company's new 3G phone products.

7.      Before the market learned the truth about Motorola and its new products – that the products had been materially delayed and were not available in meaningful quantities for the 2006 Holiday Selling Season – the Individual Defendants (defined below) (with the exception of Defendant Edward Zander) took advantage of the artificially inflated price of Motorola stock and collectively unloaded more than 1.1 million shares of their personally-held Motorola stock on the unsuspecting public, generating proceeds of more than $26 million.  As detailed further herein, these insider sales were unusual and suspicious as the sales occurred shortly after the issuance of materially false and misleading statements.  Moreover, the insider trading represented a material portion of the share holdings of the Individual Defendants ranging from 29.19% to 80.05% of their stock holdings.

8.      After the 2006 Holiday Selling Season, Defendants were unable to continue to conceal the truth about the Company's inability to produce sufficient quantities of 3G phones.  On January 4, 2007, Motorola reported disappointing financial results for the fourth quarter of 2006 and blamed its poor results on its failure to timely produce and introduce its new line of 3G cell phones in time for the 2006 Holiday Selling Season.  In response to this announcement, the price of Motorola stock returned (deflated) to the price it traded for at the start of the Class Period, approximately $18 per share.

9.      The Company's poor fourth quarter earnings announcement was simply the tip of the 3G iceberg.   Following the poor fourth quarter financial results, Motorola continued to report disappointing financial results citing to its 3G production problems as the core issue.  Defendants repeatedly admitted that Motorola's failure to produce sufficient quantities of 3G phones for the

2006 Holiday Selling Season was the primary factor in the Company's fourth quarter 2006 decline and that the manufacture of sufficient quantities of the Freescale chipset was the culprit. In the wake of Motorola's 3G debacle, several of the Individual Defendants lost their positions at the Company. On February 16, 2007, Motorola announced that Defendant Garriques, Executive Vice President and President of the Mobile Devices division, had resigned. On March 21, 2007, Motorola announced that Defendant Devonshire, Motorola's Executive Vice President and Chief Financial Officer, had "retired." Then, on November 30, 2007, Motorola announced that Zander had been replaced as CEO by Greg Brown.

### JURISDICTION AND VENUE

10.     The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act [15 U.S.C. §§78j(b) and 78t(a)] and Rule 10b-5 promulgated thereunder [17 C.F.R. §240.10b-5].

11.     This Court has jurisdiction of this action pursuant to Section 27 of the Exchange Act [15 U.S.C. §78aa] and 28 U.S.C. §1331.

12.     Venue is properly laid in this District pursuant to Section 27 of the Exchange Act and 28 U.S.C. §1391(b) and (c). The acts and conduct complained of herein occurred in substantial part in this District.

13.     In connection with the acts and conduct alleged herein, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including the mails and telephonic communications and the facilities of the New York Stock Exchange (the "NYSE"), a national securities exchange.

**PARTIES**

14.     Lead Plaintiff Macomb County Employees' Retirement System purchased Motorola common stock during the Class Period, as detailed in the certification previously filed in this action and incorporated herein by reference, and was damaged thereby.

15.     Plaintiff Eric Silverman purchased Motorola common stock during the Class Period, as detailed in the certification previously filed in this action and incorporated herein by reference, and was damaged thereby.

16.     Defendant Motorola describes itself as a builder, marketer and seller of products, services and applications that make connections to people, information and entertainment possible through broadband, embedded systems and wireless networks. Motorola reports its financial results in three separate business segments: (1) Networks and Enterprise; (2) Connected Home Solutions; and (3) Mobile Devices. Defendant Motorola's principal executive offices are located at 1303 East Algonquin Road, Schaumburg, Illinois.

17.     Defendant Edward J. Zander ("Zander") served as Motorola's Board Chairman and Chief Executive Officer since joining the Company in 2004. On November 30, 2007, Motorola announced that Zander had been replaced as CEO by Greg Brown.

18.     Defendant David W. Devonshire ("Devonshire") served as Motorola's Executive Vice President and Chief Financial Officer during the Class Period. While in possession of material adverse information about Motorola's business, Defendant Devonshire sold 225,730 shares of Motorola stock for insider selling proceeds approximating $5.0 million.

19.     Defendant Ronald G. Garriques ("Garriques") served as the Company's Executive Vice President and President of Motorola's Mobile Devices division during the Class Period. Prior to his most recent position, Defendant Garriques served as Motorola's Senior Vice President and General Manager of the Europe, Middle East, and Africa region for the Personal Communications

Services division, as well as Senior Vice President and General Manager of Worldwide Products Line Management. While in possession of material adverse information about Motorola's business, Defendant Garriques sold 244,779 shares of Motorola stock for insider selling proceeds approximating $5.7 million.

20. Defendant Gregory Q. Brown ("Brown") served as the Company's President, Chief Operating Officer and Executive Vice President of Motorola's Networks and Enterprise during the Class Period. Defendant Brown succeeded Defendant Garriques as President of Motorola's Mobile Devices division in February 2007. While in possession of material adverse information about Motorola's business, Defendant Brown sold 208,367 shares of Motorola stock for insider selling proceeds of over $4.7 million.

21. Defendant Daniel M. Moloney ("Moloney") served as Motorola's Executive Vice President and President of Connected Home Solutions division during the Class Period. While in possession of material adverse information about Motorola's business, Defendant Moloney sold 176,468 shares of Motorola stock for insider selling proceeds of over $4.0 million.

22. Defendant Richard N. Nottenburg ("Nottenburg") served as Motorola's Executive Vice President and Chief Strategy Officer during the Class Period. While in possession of material adverse information about Motorola's business, Defendant Nottenburg sold 95,369 shares of Motorola stock for insider selling proceeds of over $2.1 million.

23. Defendant Padmasree Warrior ("Warrior") served as Motorola's Executive Vice President and Chief Technology Officer during the Class Period. While in possession of material adverse information about Motorola's business, Defendant Warrior sold 226,611 shares of Motorola stock for insider selling proceeds approximating of over $5.0 million.

24. The defendants named in ¶¶17-23 are referred to herein as the "Individual Defendants."

## CLASS ACTION ALLEGATIONS

25.     Plaintiffs bring this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased Motorola publicly traded securities during the Class Period (the "Class"). Excluded from the Class are Defendants and the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

26.     The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims in a class action will provide substantial benefits to the parties and the Court. As of September 2007, Motorola had more than 2.2 billion shares of common stock issued and outstanding, which were owned by thousands of persons.

27.     There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class, which predominate over questions which may affect individual Class members, include:

(a)     Whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)     Whether Defendants' statements issued during the Class Period were materially false and misleading when issued; and

(c)     The extent of damage sustained by Class members and the appropriate measure of damages.

28.     Plaintiffs' claims are typical of those of the Class because Plaintiffs and the Class sustained damages from Defendants' wrongful conduct.

29.     Plaintiffs will adequately protect the interests of the Class and have retained counsel that is experienced in class action securities litigation.  Plaintiffs have no interests which conflict with those of the Class.

30.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

## CONFIDENTIAL SOURCES

31.     Plaintiffs make the allegations herein, except as to allegations specifically pertaining to Plaintiffs and their counsel, based upon the investigation undertaken by Lead Plaintiff's counsel, which investigation included analysis of publicly available news articles and reports, public filings, securities analysts' reports and advisories about Motorola, interviews of former employees of Motorola or Freescale, press releases and other public statements issued by the Company, and media reports about the Company and believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

32.     Moreover, the allegations made herein are supported by the first-hand knowledge of eight (8) confidential witnesses ("CWs").  These informants are former employees of Motorola, each of whom were employed during the Class Period and provided facts from various departments of the Company.  In addition, several CWs are former employees of Freescale which was spun-off from Motorola in late 2004.  As detailed below, the CWs each served in positions at Motorola or Freescale which provided them with access to the information they are alleged to possess.

33.     Confidential Witness 1 ("CW1") is a former Connectivity Department Manager in Motorola's Mobile Devices business segment.  CW1 was employed by Motorola from 1999 through April 2007.  During 2006 and 2007, CW1 was primarily responsible for managing the development

of software for connectivity functions that were being integrated with a new LinuxJava ("LJ") platform that Motorola was developing for its new GSM and 3G phones.[1]

34.     Confidential Witness 2 ("CW2") is a former Business Operations Manager in the 3G unit of Motorola's Mobile Devices business segment. CW2 was employed by Motorola from 1999 through June 2007.

35.     Confidential Witness 3 ("CW3") is a former Program Manager for a third party software applications company employed by Motorola during the Class Period.

36.     Confidential Witness 4 ("CW4") is a former Senior Baseband Engineer employed by Motorola from 2005 through September 2007.

37.     Confidential Witness 5 ("CW5") is a former employee of both Motorola and Freescale. CW5 began working for Motorola in 1982 and served as a Freescale Division Controller from 2002 through late 2006. Thereafter, CW5 was responsible for Freescale's strategic financial planning until June 2007.

38.     Confidential Witness 6 ("CW6") is a former Freescale Financial Controller. CW6 was employed in Freescale's Manufacturing Group until April 2007.

---

[1]     GSM (Global System for Mobile communications) is a cellular network, which means that mobile phones connect to it by searching for cells in the immediate vicinity. GSM is widely used in Europe and other parts of the world. Of the three digital wireless telephony technologies (TDMA, GSM, and CDMA), GSM is the most widely used.

    The cellular infrastructure industry is currently in the process of migrating to the so-called "third-generation," or 3G, networks. These high-capacity radio access wireless networks provide users with enhanced data services, improved Internet access and increased voice capacity. According to the Global Mobile Suppliers Association, in December 2005, one hundred 3G networks were operating in 40 countries.

39.     Confidential Witness 7 ("CW7") is a former Freescale Customer Supply Analyst who was initially hired by Motorola in 1991. CW7 was assigned to Motorola's account after Freescale was spun-off by Motorola in 2004 through May 2007.

40.     Confidential Witness 8 ("CW8") is a former Motorola Senior Software Engineer employed in the Company's Mobile Devices Division during the Class Period. As such, CW8 was responsible for software design and development associated with Motorola's 3G and GSM phones.

## SUBSTANTIVE ALLEGATIONS

### The Company

41.     Motorola was found in 1928 as a manufacture of a device that enabled battery operated radios to operate on household current. Presently, the Company's business is dominated by its mobile phone business unit, which is reported by the Company as its "Mobile Devices" business segment.

42.     The Company's Mobile Devices business segment designs, manufactures, sells and services wireless handsets with integrated software and accessory products, and licenses intellectual property and is the Company's largest business segment in terms of revenue. The Mobile Devices segment is the Company's largest in terms of sales and, in 2006, represented approximately 66% of Motorola's consolidated net revenues.

43.     In the years prior to the start of the Class Period, Motorola's business exhibited strong growth, which was due, in large part, to its distinctively thin and very popular "RAZR" cell phone. By the first quarter of 2006, RAZR and related thin models represented an enormous proportion the Company's business, totaling almost 40% of the Company's total handset unit volume and roughly 60% of device profit contribution.

44.     By the start of the Class Period, however, the market began to perceive that the Company's dependence on the RAZR posed a risk to Motorola's operating results as its competitors

began to market alternative slim phones and other innovative models, many of which incorporated features and functionality superior to the RAZR. Motorola needed to revamp its product line and introduce a line of feature rich 3G cell phones if it was to continue to compete in the market and maintain or increase its market share.

45.     Throughout the Class period, Defendants represented that Motorola was coming to market with a supply of new cell phones including 3G cell phones and that its new product offerings would be available for the 2006 Holiday Selling Season.

**Motorola Was Experiencing Significant Undisclosed Production Issues that Were Materially Delaying Its Introduction of New Products**

46.     As detailed further herein, by the start of the Class Period, Defendants knew or recklessly disregarded that the Company's efforts to develop and produce 3G phones for sale was beset by a host of problems which would delay the Company from producing and shipping sufficient quantities of the phones for the 2006 Holiday Selling Season.

47.     The production of Motorola's 3G phones had two primary problems: Argon LV chipset production problems; and software operating system development problems. These production problems were in existence at the start of the Class Period and were known or recklessly disregarded by Defendants. The production problems being experienced by Motorola were highly material information because any adverse information concerning the Company's ability to timely deliver its new product portfolio to market – in particular its 3G phones – would alter the total mix of information available to investors as the market was focused on the Company's ability to come to market with its new product lineup and Defendants had represented that the Company would be able to produce and ship sufficient quantities of 3G phones for the 2006 Holiday Selling Season.

48.     **Argon LV Chipset Production Problems**: During the Class Period, Defendants knew or recklessly disregarded that Motorola and Freescale were encountering major obstacles in manufacturing Argon LV chipsets that were to be used in the 3G phones Motorola intended to

launch in the fourth quarter of 2006. These production patterns precluded the Company from obtaining sufficient chipsets necessary to manufacture phone inventory for the 2006 Holiday Selling Season.

49.     Motorola and Freescale jointly developed the Argon LV chipsets that were to be used in the Company's 3G phones. According to CW7, who is a former Freescale Customer Supply Analyst and initially was hired by Motorola in 1991 and left Freescale in May 2007, Motorola and Freescale collaborated in the design of Argon chipsets that Motorola intended to use in its 3G model phones. According to CW7, "flaws" in the design of the chipsets caused quality issues related to the "mounting" of the chips. CW7 stated the Argon chipsets were "package on package" chipsets, meaning that two chips were mounted one on top of the other and the "mounting" process deformed the chips, thereby creating quality issues. As a result, Freescale was experiencing poor manufacturing yields on the Argon chipsets.

50.     These representations were confirmed by other former Motorola/Freescale employees. Consistent with CW7, according to CW4, who is a former Senior Baseband Engineer employed by Motorola from 2005 through September 2007, the Argon LV chipsets were "package on package" or "POP" chipsets, which required that two chips be "stacked," one on top of the other. However, according to CW4, in the process of mounting the chips, the chipset "warped."

51.     According to CW4, Motorola first discovered that the Argon LV chipsets did not hold their structure and "warped" when they were subjected to heat beginning in late 2005 when they were run through heat resistance testing. CW4 also explained that since Motorola was contractually bound to procure chips from Freescale for a period of time after Freescale was spun-off from Motorola, when Freescale experienced issues with the development of chips and chipsets designed for Motorola, Motorola worked directly with Freescale to resolve the problem, which was the case

during 2006. According to CW4, as a result, Motorola engineers worked extremely long hours during the second half of 2006 to resolve the quality issues with Argon LV chipsets.

52. According to CW4, although the Company had scheduled the launch its 3G V3xx phone in the third quarter of 2006, the phone's launch was materially delayed due to problems with Argon LV chipset until sometime in late November/early December 2006. CW4 said that the delayed U.S. launch of Motorola's 3G V3xx phone negatively impacted Motorola's fourth quarter operating results because there was not sufficient time to get the phones through the "distribution channel(s)" in time for the critical fourth quarter sales. As a result, CW4 stated that the 3G phones were certainly not available for sale by "Black Friday" (*i.e.*, the day after Thanksgiving) 2006 and were likely not available for sale in Cingular retail locations and elsewhere until well into December 2006.[2]

53. The representations by CW7 and CW4 about Freescale's Argon LV chipsets were also confirmed by CW6, the former Freescale Financial Controller who was employed in Freescale's Manufacturing Group until April 2007, and CW5, who began working for Motorola in 1982 and served as a Freescale Division Controller from 2002 until June 2007. For example, both CW6 and CW5 stated that during the second half of 2006, Freescale experience yield problems with the Argon chips it produced for Motorola. CW6 said the yield issues caused Freescale to consume more silicone than had been planned in the production of the Argon chips.

54. CW5 added that the issues with Freescale's Argon LV chipsets could not be uncoupled from software issues that Motorola was experiencing. According to CW5, since Freescale built chips/chipsets according to Motorola's specifications, whenever Motorola changed

_____

[2] CW4 stated that Motorola's 3G V3xx phone first launched in the U.S. on the Cingular's network.

elements of its software, it had to publish "erratas" specifying the changes in the code, which then affected the design of the chipsets.

55.     In this regard, CW4 explained that once hardware and software were installed, the phones were "powered up," and the various tests were run.  CW4 stated that in many instances, when the software was completed and put into the testing environment, it proved to have bugs.  After the software bugs were resolved, issues emerged with the hardware that were not detectable without the updated software.  This iterative testing process exacerbated the delays that Motorola was separately experiencing with its internally developed software as detailed further herein and Freescale's Argon LV chipsets.

56.     **Software Operating System Development Problems**: According to CW1, in late 2005, Motorola implemented a plan to shift its new GSM and 3G phones over to a Linux/Java based ("LJ") platform from its two existing main platforms, Symbian and Platform 2000 ("P2K").  CW4 stated that Motorola intended to transition to the LJ  platform to ensure that its new phones would be compatible with advanced applications, such as Google maps, and that Motorola had several versions of its LJ platform under development in the second half of 2006.

57.     According to CW1, former Connectivity Department Manager in Motorola's Mobile Devices segment, explained that the GSM and 3G cell phones scheduled to be launched in the fourth quarter of 2006 were to be based on a version of the LJ platform, as it provided more functionality than Symbian and P2K.  However, as detailed below, the Company failed to launch a LJ platform based GSM or 3G phone by the end of 2006.  CW 1 was primarily responsible for managing the development of software for connectivity functions that were being integrated with a new LinuxJava ("LJ") platform that Motorola was developing for its new GSM and 3G phones.

58.     According to CW1, at the start of 2006, the Company's internal development schedule for the new LJ based GSM and 3G phones called for customer trials in June 2006, followed

by shipments to customers (phone carriers) during the fourth quarter of 2006. CW1 stated that **by April 2006**, it was widely known within Motorola that the LJ based cell phone customer trials would not take place until fourth quarter of 2006 and that first shipments of cell phones based on such platform would not occur prior to the end of the first quarter of 2007.[3] By September 2006, CW1 stated the delivery schedule had slipped again, with customer trials of LJ based cell phones pushed out to some time in 2007 and first customer shipments by fourth quarter of 2007. CW1 stated that as a result of these software problems, the 3G phones that Motorola launched during the fourth quarter of 2006 were not LJ based and were basically "re-spins" of prior models that did not offer consumers greater functionality or a more feature-rich phone experience.

59.     In explaining the problems Motorola experienced with the development of its LJ software platform, CW1 stated numerous technical guidelines and requirements must be followed when utilizing Linux as an operating system because Linux is an "open source" technology. One significant GPL requirement is that third parties who modify and incorporate the open code are required to publicly publish such modifications so that others can freely access and benefit from modifications made to the open code.

60.     This restriction created a problem with the LJ based phones Motorola was intending to launch in the fourth quarter of 2006 because many of the engineers assigned to developing the LJ platform were based in China and ignorant of this requirement. Accordingly, the software they wrote had to be entirely re-written to avoid having to publish Motorola's proprietary technology.

---

[3]     According to CW1, Directors of each software engineering group assigned to LJ development held weekly meetings with various Company department Vice Presidents to inform them about the status of LJ's development. In addition, CW3 stated that Motorola used a methodology to track its internal software development using a coding system that ranged from the designation of "M-15" to "M-0," with M-15 representing the first phase of the development process and M-0 representing the final development stage.

According to CW1, the engineers had to go back and reprogram the LJ platform and segregate the open source code from Motorola's proprietary programming by putting the proprietary data in a separate software application. This reprogramming effort was very time-consuming and caused major delays in the development schedule, which in turn pushed back the customer testing schedule and, ultimately, the launch dates of the LJ based phones.

61. Another major source of delays associated with phones Motorola was to ship in the fourth quarter of 2006 related to the development of multimedia software. CW1 explained that in their haste to meet scheduled development deadlines, developers failed to adequately test certain functions that resulted in stability problems with the multimedia software. CW1 stated that one example was a "dynamic idle" feature that would allow the carrier customer to run advertisements on a user's phone screen when none of the other phone functions was running, *i.e.*, when the phone was idle.

62. The representations by CW1 were confirmed by other former Motorola employees. According to CW2, who is a former Business Operations Manager in the 3G unit of Motorola's Mobile Devices division, during 2006 Motorola moved from a Symbian based platform to a LJ platform. According to CW2, the platform change "caused slippage" in the Company's fourth quarter 2006 new phone launch schedule. In addition, according to CW8, Motorola's xx and maxx 3G's phones operated on the Company's proprietary P2K platform as its LJ platform was too "unstable" at those products were launched.

63. CW2 explained that throughout 2006, including the fourth quarter and even into 2007, Motorola struggled to integrate new software that would provide new audio-video features in the 3G phones. CW2 noted that new feature software integration issues and the subsequent testing of such software when it was finally integrated played a fairly significant role in causing launch date slippage. CW2 explained that "regression testing," which helps to ensure that the newly

implemented features do not adversely affect the stability of existing features or functions, can in itself, take weeks to complete.

64.     Consistent with other former Company employees, CW4 stated that throughout the second half of 2006, Motorola experienced "hiccup after hiccup" with its LJ software platform(s). CW4 indicated that such failures were one of the most significant contributors to Motorola's inability to timely launch new phones during the fourth quarter of 2006.

65.     Similarly, CW8, who is a former Motorola Senior Software Engineer, stated that the development of the software "user interface" to be incorporated in Motorola's RAZR maxx 3G phone fell two months behind schedule during July and August of 2006.  As a result, CW8 stated the actual launch date of the RAZR maxx phone was at least two months behind schedule.

**Materially False and Misleading
Statements Issued During the Class Period**

66.     The Class Period commences on July 19, 2006.  On that date, Motorola issued a press release announcing its financial results for the second quarter of 2006, the period ending June 30, 2006.  For the quarter, the Company reported earnings per share of $0.55 per share.  Defendant Zander commented on the results stating in pertinent part as follows:

> Motorola continues to deliver excellent quarterly sales and earnings growth.  With our solid financial performance and unrelenting focus on innovation and customer satisfaction, Motorola is among the fastest growing large-cap technology companies in the world.  In the second quarter, all of our businesses improved sales and grew profits sequentially versus the first quarter.  Mobile Devices led the way, setting records for unit shipments, sales and profits.  **With our strong balance sheet, leading technologies and proven record of growth, Motorola is well-positioned to continue creating value for its shareholders**.  [Emphasis added.]

The Company also announced that its "outlook" for the third quarter of 2006 was for sales of between $10.9 billion to $11.1 billion range "driven primarily by continuing momentum in the Mobile Devices business."

67.     Also, on July 19, 2006, Motorola held a conference call with securities analysts and investors to discuss its second quarter earnings release and the Company's operations.  During the conference call, Defendant Zander spoke positively about the Company's prospects for its Mobile Device business and its impending cell phone product launches stating in pertinent part as follows:[4]

Defendant Zander

Before I review our Q2 results, I would like to remind everyone that we **will be hosting our annual financial analyst meeting next Monday and Tuesday.  We will be unveiling several new exciting products** and going into more detail about our strategy and priorities.  Also, please, if you can, get there for our Monday evening event.  I think Ron [Defendant Garriques] has a few nice surprises.

*       *       *

Highlights in terms of products and technologies -- **RAZR is stronger than ever**.  In fact, here in July, we just announced, I think it was yesterday or the day before yesterday, we shipped our 50 millionth RAZR.  And as I keep saying over and over again, we have just begun with RAZR.  It is still a must-have device, mobile device product throughout the world.  **And we've got a lot more coming, and you will see some more next week**.

*       *       *

Europe -- shipments were up 10% year over year.  We continue to enjoy strength across Western Europe.  And we are working to enhance our position throughout the region by building our brand reputation amongst consumers across price tiers.  The RAZR V3 continues to be Europe's most popular handset, and other strong performers for Motorola include the C11x line, SLVR L6, the V3x for UMTS.  And we remain number two in Europe.  **We have more work to do. UMTS we have to improve upon.  And I think you will see some very competitive second-year product launches that are on track**.

---

[4]     W-CDMA (or WCDMA) stands for Wideband Code Division Multiple Access. W-CDMA is direct spread technology, which means that it will spread its transmissions over a wide, 5MHz carrier frequency, hence the name W (wideband) CDMA.  W-CDMA is the most common 3G wireless technology and is the standard used in the 3G cell phone Universal Mobile Telecommunications System ("UMTS") technology.  W-CDMA has been adopted and deployed rapidly, especially in Japan, Europe and Asia, and, as of 2006, was deployed in over 55 countries.  UMTS provides users with new service capabilities, increased network capacity and reduced cost for voice and data services.  To differentiate UMTS from competing network technologies, UMTS is sometimes marketed as 3GSM, emphasizing the combination of the 3G nature of the technology and the GSM standard which it was designed to succeed.

\* \* \*

>As far as our outlook goes, the second half of 2006 have traditional seasonality when compared to the first half of 2006 for the industry; Mobile Devices to continue to keep delivering market share growth on a quarter-to-quarter basis and expanding operating earnings percent on a year-to-year basis. **We see good things ahead for the wireless segment. We expect the mobile device market to grow by more than 15% for the full year 2006.** [Emphasis added.]

During the conference call, Defendant Devonshire provided earnings guidance for the third quarter

of 2006 stating, in pertinent part, as follows:

>In terms of our third-quarter outlook for 2006, **we are looking for sales in the range of 10.9 billion**, which is up 20 to 23% versus the third quarter of 2005, **reflecting the continuum up momentum in our largest business, Mobile Devices**. [Emphasis added.]

Finally, during the conference call, Defendant Garriques spoke positively of the Company's 3G

outlook stating, in pertinent part, as follows:

>Mike Walkley – Piper Jaffray – Analyst

>Just wonder if I can dig a little bit more into your 3G outlook. Could you give us any color on maybe just WCDMA-only units and outlook for that technology in the back of the year for Motorola?

>Defendant Garriques

>From an industry perspective, I think that I have been pretty consistent on this. I am more bearish than others about the growth of wideband CDMA in the second half of this year. I still think as an industry, we are really at the beginning stages of getting the real consumer-end benefit to get people really, really excited about devices. **And I think in the second half of this year, especially in the European market, it will be a healthy mix of GSM, GPRS, edge and wideband CDMA and HSDPA units.**

>**I will take you through Motorola's UMTS and HSDPA roadmap** [at the upcoming Analyst Day] **for the second half of this year. It is quite on track. It is quite compelling. And I think that we will fare quite well on both UMTS and HSDPA devices in the second half of this year.** [Emphasis added.]

68. Following these announcements, the price of Motorola stock rose from $18.95 per

share to $20.81 per share on extremely heavy trading volume.

69. The statements referenced above in ¶¶66 and 67 were each materially false and misleading because they failed to disclose and misrepresented the following adverse material facts which were known by Defendants or recklessly disregarded by them:

(a) that Motorola was then experiencing significant product development and engineering setbacks on the production of its new 3G phones. In particular, Motorola was unable to obtain sufficient quantities of Argon LV chipsets, the chipset used in the 3G phones, because Freescale was experiencing quality and yield issues in the manufacturing of the chips, as detailed herein in ¶¶46-65. As a result, Defendants knew or recklessly disregarded that the Company would not be able to produce sufficient quantities of 3G phones for the 2006 Holiday Selling Season;

(b) that Motorola was then experiencing significant problems with the development of its new Linux software operating system which was further delaying and hampering the production of its new line of 3G phones, as detailed herein; and

(c) based on the foregoing, Defendants lacked a reasonable basis for their positive statements about Motorola, its business, prospects and new products and these statements were therefore materially false and misleading.

70. The following week, on July 26 and 27, 2006, Motorola hosted its annual "Analyst Day" with Wall Street securities analysts ("Analyst Day"). During Analyst Day, Motorola introduced seven (7) new cell phones as follows:

- MOTOKRZR - The elegant MOTOKRZR is where slender and thin become one. The ultimate fashion statement, the ultra-sleek MOTOKRZR takes the iconic design of the MOTORAZR phone to a new plane of innovation. A solid piece of glass on the front provides a high-gloss luster that balances the velvet-like soft touch finish on the back. The matching Motorola H601 Bluetooth headset brings advancements in talk time, sound clarity, upgraded finishes and laser-etched graphics.

- MOTOKRZR K1m - The CDMA version of MOTOKRZR combines premium craftsmanship, precision detailing and elegant finishes to deliver a truly luxurious mobile package. It appeals to the tech-savvy with advanced features for premium wireless connectivity, entertainment, multimedia and location-based functionality,

plus you can create your own mobile soundtrack with the touch-sensor music controls, integrated music player and music-on-demand services.

- <u>MOTORIZR</u> - Slide open impressive features. Matching the slim silhouette of MOTOKRZR, the MOTORIZR's innovative slider design optimizes on-the-go imaging with its expansive landscape display, 2.0 megapixel camera and programmed point-and-shoot keys. The matching Motorola H800 Bluetooth headset debuts with a unique sliding mechanism that replicates the MOTORIZR.

- <u>MOTORAZR xx</u> - Featuring the perfect blend of broadband-like speed, dynamic multimedia capability and cutting-edge design, the MOTORAZR xx is the ultimate combination. One of Motorola's premiere HSDPA devices, this compact entertainment machine boasts download speeds as fast as 3.6MB per second.

- <u>MOTORAZR maxx</u> - Take it to the max. That's what Motorola did with this amazing HSDPA device. Blending cutting-edge design and the power of high-speed connectivity with download speeds as fast as 3.6MB per second, the MOTORAZR maxx satisfies the appetite of even the most demanding multimedia customer. With high-end finishes that include a futuristic blend of metal and glass - and touch-sensitive music keys that illuminate - the MOTORAZR maxx comes to life in your hand.

- <u>MOTOSLVR L7c</u> - Slip broadband multimedia into your shirt pocket with the MOTOSLVR L7c. Packing high-speed CDMA 1x EV-DO connectivity into the elegant slim MOTOSLVR design, the L7c combines up-to-the minute functionality with timeless beauty.

- <u>MOTOFONE</u> - Style, technology and affordability unite. MOTOFONE combines Motorola's award-winning design sensibility with smart features and easy functionality. The company's thinnest phone yet at just 9mm, its flat keypad, colors, innovative materials and finish processes combine to make a device that's beautiful and affordable for everyone around the world.

During Analyst Day, Motorola also announced that it would accelerate and expand its share buyback program stating its intention to repurchase approximately $1.2 billion of its common shares, which represented the remaining availability under its $4 billion share repurchase program announced on May 18, 2005. Motorola also announced that its Board of Directors has authorized the Company to

repurchase up to an additional $4.5 billion of its outstanding shares of common stock over the ensuing 36 months, subject to market conditions.[5]

71.    At Analyst Day, Motorola's top management issued numerous positive statements about Motorola's business prospects.  For example, Defendant Zander stated, in pertinent part, as follows:

> And if you look at the first half of '05 to '06, pretty hard to grow a 35, $40 billion company double digits, even harder to grow north of 20 percent. It surprises me sometimes.  But the good thing about here is the earnings, in terms of dollars, is growing faster than sales.  And the important thing is our efficiency, which is the revenue from (inaudible) that I look a lot at, which is 21 percent growth.
>
> I also don't like to necessarily -- and I really don't do this.  **We do this a lot internally, beat your chest.  But go to the U.S. and look at all the top -- here's all the companies greater than $25 billion in the United States**; and it's pretty amazing to see, in the first half versus -- first half of last year, 27 percent revenue growth.  **Motorola is the fastest-growing high-tech high-cap company here in the -- in the U.S.**
>
> \*       \*       \*
>
> **And the group, if we look a little bit upbeat, we are.  I will say we're confident, not arrogant**.  [Emphasis added.]

72.    The statements referenced above in ¶¶70 and 71 were each materially false and misleading for the reasons set forth above in ¶69.

73.    During Analyst Day, Defendant Garriques made positive statements concerning the Company's "Freescale" platform and Linux operating platform, stating, in pertinent part, as follows:

> **Today, the best platform that we have and the products that you saw get announced are running on a Freescale platform.  You saw it yesterday, the V3xx**.  I absolutely love that device -- super fast, going to do extremely well in the market.  We announced two products.  **As you know, we work really, really closely with the carriers out in the market.  We have three additional launches in the second half of this year that are keyed up** underneath embargoes with some of our

---

[5]    Based on its then current stock price, $4.5 billion represented approximately 9% of the company's total market capitalization.

lead operators in the world. These are their flagship products for the second half of the year. And I'm going to let those guys announce them when they're ready -- but awesome products to add to the two that we announced yesterday.

\* \* \*

**Ninety percent of our business is now on Motorola software**, Motorola owned IP. **We own it all from a Linux Java perspective** or it's in the open source community. That's why we bought TTP.Com, to give us that mass market platform that so many of our competitors will now be using. **And it will be Motorola IP that they'll be licensing to do their low end and continuing to drive Linux Java from a features phones and a multimedia perspective across everything that we do throughout the second half of this year and all the way through 2007**.

I believe our Windows platform is the absolute right platform to be doing the Enterprise devices on. **Linux Java -- I spent a lot of time with you guys individually. Across the board from a cost, from a performance, from a number of features out there, it is the right long-term platform. We're glad that we're on it. And now we're starting to build -- build momentum**.

\* \* \*

Question posed by a PC Magazine Reporter:

You made a pretty good case for Linux-Java as a feature (inaudible) platform earlier, but your Linux-Java phone so far has just been confined to a couple of handsets in North Asia. Do you see this as a global phone platform? Do you see this coming to North America? And do you see a tipping point where, through the (inaudible) of your speaker phones, they're running on Linux-Java?

<u>Defendant Garriques</u>

**Yes, I do. They're the first, you know, kind of big three devices we have, are the MING and the Rocker E2. As you saw from the announcements between MOTO Phone and DoCoMo, both supporting it, as well as a bunch of additional carriers that has not yet been announced yet, it will be a global platform**.

We will end our development on what we call our current Q2K platform kind of at the end of next year, and we will -- including all maintenance releases and what have you. **And we have been moving resources over to our Linux-Java platform every single quarter so that when you start looking past the middle of next year, the bulk of everything that we do, both from a smart phone and or a multimedia device, as well as a feature phone, will be on Linux-Java**. [Emphasis added.]

74.     The statements referenced above in ¶73 were each materially false and misleading for

the reasons set forth above in ¶69.

75.     Also, during Analyst Day, Defendant Warrior made positive statements about the

Company's Linux operating system, stating, in pertinent part, as follows:

> **We have a strong portfolio of intellectual property and a continuous pipeline of innovation to feed -- feed new products**, and we are driving open architectures and standards to accelerate the pace of innovation in the industry.

> *       *       *

> **So we are focusing on three control point**s.  The first is form factors, and form factors, by the way, just doesn't mean design.  It's actually the experience design.  **The second area is intellectual property and the silicon, so making sure that we can architect silicon control points and work with our semiconductor vendors to provide the silicon to us.  And the third is open software platforms using Java Linux to allow ease of use and flexibility for developers**.

> **So in terms of silicon intellectual property, we are transforming radio technologies and media** -- media technologies **into silicon basic designs that we have intellectual property**.  And, for example, multiband/multimode radios, we have a lot of strength in that.  **Audio/video cortex is another area where we have a lot of strength**, and (inaudible) **coding technologies is a third area where we have a lot of leadership**.  So our acquisition of a company called TTPCom in the UK is aligned with this strategy.  TTPCom has some very interesting intellectual property and device silicon in the area of wireless protocols and protocol stats.  **So it adds to our strength that we already have**.

> In addition to that, we acquired a small team of engineers that are world-class experts in Wi-Fi technologies and wireless LAN technologies in Utrex (phonetic), in Netherlands, and **that team is helping us strengthen our focus in terms of the silicon architecture necessary for 4G.  So we not only have system capability, but now we have the underlying silicon intellectual property capability**.

> So I talked about software.  **Software, our focus is Java Linux primarily, and the reason for that is we want to enable a cell phone that allows easy -- easy development of applications out to our devices**  So those are the three areas where we are focused in for architecture.  [Emphasis added.]

76.     The statements referenced above in ¶75 were each materially false and misleading for

the reasons set forth above in ¶69.

77.     As a result of the positive statements issued by Motorola's management at its 2006

Analyst Day conference, RCR Wireless News, reported, in pertinent part:

> **The exuberant language of Motorola's executives revealed much.**  There was much talk of "wickedly cool devices" - a phrase that, coming from the mouths of

middle-aged executives, managed to sound both ludicrous and encouraging at the same time. Motorola executives appear to not only "get it," but to be capable of wrestling it to the ground for fun and profit. **Remarks about the company's achievement in selling 50 million Razrs soon extended to banter about the challenge of selling 500 million phones, then to giddy joking about 5 billion, one for each person on Earth reputed to have never made a phone call. The mesmerizing numbers served merely to underscore Motorola's new "the sky is the limit" bravado**.

Motorola did not announce destination markets, carrier relationships or pricing for its **new phones**, but said they **would be available in the third quarter. That would position the company with a reinvigorated portfolio for a holiday-related retail splash in the fourth quarter, typically the strongest of the year**.

The company clearly places importance on having a robust and deep portfolio to compete in any market at any price point to feed its bread-winning mobile devices business, and plans to grow its newly merged networks and enterprise business and its connected home business partly through handset innovation.

Beyond revenue and profit, however, **company executives also sought to impress the financial markets with their products, operations and strategy to boost Motorola's stock value. They believe it has been undervalued for more than a year** as Razr's meteoric sales climb became widely recognized and the "what next?" question took hold of investors' psyche. They carefully laid out their plans in terms that took into account Motorola's recent momentum, while subtly and not-so-subtly digging at competitors' perceived weaknesses.

In a sense, the company has decided to innovate by tweaking an iconic design, which makes sense from both a style and name perspective-why waste retail-level product recognition while "Razr" still reverberates in customers' minds? - as well as a manufacturing efficiency angle, the latter critical for a global company that churns out nearly a million handsets per business day. Phone platforms, such as the ones underlying Motorola's existing Razr, Slvr, Rokr and Pebl families, form the basis for the rapid and economical development of new models that can meet shifting market conditions.

**Motorola's analysts' meeting has become the company's chosen forum for presenting new products** and, this year, came on the heels of an impressive quarterly earnings report that clearly lent credence to executives' explanations of their operations, strategy and product roadmap. **The company's relatively new strategy is to announce new products only when they are about to launch**, to throw competitors off-guard, stymie would-be style followers, copycats and cloners. [Emphasis added.]

78.    Following Analyst Day, numerous analysts repeated what Defendants had told them

about the Company's product launches and the Company's outlook for the fourth quarter of 2006.

The Analysts repeatedly trumpeted the Company's new product introductions and raised their ratings on Motorola stock. For example:

CIBC World Markets – July 26, 2006

- The highlight of Motorola's investor day was the introduction of a new list of handsets, the extension for the RAZR family. **In the past, investors were concerned that Motorola's fortunes are linked to a single product – no more.** The RAZR is getting a facelift and is will morph in technology (HSDPA) and in shape (KRZR and RIZR) to continue to remain relevant as Motorola's main product line.

- **We now feel comfortable in our shipments targets for the company through 2007 and believe upside is likely.** We believe that Motorola has the right form factor, design, brand and improving distribution to deliver on targets and that there is still room to go on all fronts. [Emphasis added.]

Jefferies & Company – July 25, 2006

- Motorola announced 6 new phones based on the RAZR platform to be launched in 2H'06. **New products bode well for market share gains and handset margin expansion. New derivative products should sell at higher prices** and benefit from sharing same components with the RAZR.

- **New phones for 2H06. At an evening reception prior to today's analyst meeting in Chicago, Motorola announced 6 new phones** based on the RAZR platform to be launched in 2H'06. We believe the most promising product is the KRZR, a thinner RAZR with use of innovative new materials like hardened glass and soft-touch metal coating. Importantly, KRZR will be simultaneously launched in GSM and CDMA systems in Q3, maximizing the potential revenue from this new product rollout. Other new products include RIZR (a RAZR in sliding form-factor), MAXX (an HSDPA RAZR phone with ARM 11 processor), and SLVR L7 for CDMA networks. [Emphasis added.]

Cowen & Company – July 25, 2006

- **We walked away from Motorola's 7/24 evening event more confident in the company's product portfolio, especially in 3G,** and continue to see the stock outperforming the market. Although many of the newly bowed phones had appeared unofficially prior to the event, **surprises last night included two new 3G W-CDMA phones for 2H06, the V3 MAXX and the V3 XX.**

- **Last night's unexpected announcement of the V3 RAZR XX and V3 RAZR MAXX phones (in HSDPA 3.6) for 2H06 helps to narrow the gap that had opened between Motorola and their 3G competitors.** The gap still exists in certain feature sets, especially memory, but we see thin 3G as a positive in MOT's

direction. In 3G EV-DO, the SLVR L7C will round out the company's CDMA portfolio. [Emphasis added.]

Credit Suisse – July 26, 2006

We attended Motorola's annual analyst day in Chicago yesterday. . . . Below we highlight the key takeaways from each presentation:

Ron Garriques - President, Mobile Devices

**The presentation focused on continued product innovation highlighting number of new product devices and platforms**. We would highlight the following key takeaways:

- **MOTO RAZR xx**: The MOTO RAZR xx is a HSDPA device that enables download speeds as fast as 3.6MB per second. The MOTO RAZR xx includes an integrated music player and Bluetooth wireless technology stereo music profiles. **This device is expected to launch in Q4 2006.**

- **MOTO RAZR maxx**: The MOTO RAZR maxx uses HSDPA and EDGE technology and has a form factor comprising of a blend of metal and glass. The device also contains a 2.0 megapixel camera and **is expected to launch in Q4 2006**.

- **MOTO KRZR**: Available in both GSM and CDMA, the **MOTO KRZR will be available globally during the second half of 2006**. The GSM MOTO KRZR features a 2.0 megapixel camera, stereo Bluetooth audio, an updated phone directory and new messaging applications. While both versions offer integrated music players and expandable memory up to 1GB, the CDMA MOTO KRZR has touch-sensitive music controls, advanced EVDO data services and location-based services capabilities.

*       *       *

- **The company continues to focus on investing in technologies such as Java Linux**, Bluetooth, WiFi, WiMAX and DVB-H and continues to partner with some of the leading technology companies such as Yahoo, Google and Kodak in order to enhance the user experience and the capabilities of MOT mobile devices. [Emphasis added.]

Oppenheimer & Co. Inc. – July 25, 2006

- Yesterday, as expected, **Motorola unveiled a series of new handset models**, including the KRZR, RIZR, RAZR MAXX, RAZR XX, SLVR L7c, ic502, and ic902. **We believe that these innovative new models will probably extend Motorola's design leadership and will help to solidify the company's 4Q06 earnings**.

- **Perhaps the most important new model is the KRZR**, formerly known as the Canary. **The KRZR, a high-end supplement to the RAZR V3**, will be available in EDGE and CDMA EV-DO versions. We believe that initial shipments will occur in

3Q06, with the launch customers being China Mobile (CHL, $ 30.41, Not Covered) and Verizon (VZ, $32.59, Not Covered). The company also announced the RIZR, an EDGE-based slider that uses the same platform as the KRZR. **The RIZR, formerly known as the Capri, should be available in 4Q.** We particularly like the RIZR slider. In our opinion, its design represents a significant improvement over the CDMA-based RAZR Z1 slider, introduced earlier this year in Korea and China.

- **Motorola is also strengthening its position in WCDMA/HSDPA, with the new thin RAZR MAXX and RAZR XX**. The MAXX and XX are 3.6 megabit per second HSDPA clamshells that are much thinner than the V3x. **We believe that initial shipments are set for 4Q06**. The company will have to add the 800 MHz cellular band to these models in order to make them suitable for Cingular, a joint venture between AT&T (T, $27.78, Not Covered) and BellSouth (BLS, $36.20, Not Covered).

- **Motorola announced a CDMA EV-DO version of the SLVR L7, which will be launched in 4Q**. It is BREW-capable, suggesting that Verizon could offer this model. Motorola also demonstrated, but did not officially announce two dual-mode iDEN/CDMA handsets, the ic502 and ic902. Sprint Nextel (S, $19.45, Not Covered) will be the launch customer for the ic502 in 4Q06 and the ic902 in 1Q07.

- The ic502 is targeted at business customers. The ic902 should be EV-DO capable, facilitating not just push-to-talk service over the Nextel iDEN network, but also a full range of Sprint Power Vision multimedia services, including Sprint TV. The ic902 could prove to be the ultimate Sprint Nextel handset. [Emphasis added.]

79. On August 15, 2006, the *Heard on the Street* column of the Wall Street Journal

Defendant Garriques refuted analyst concerns about the Company's profit margins:

Are Motorola's Margin Prospects Razr-Thin?

Motorola Inc. wowed its annual gathering of Wall Street and industry analysts last month in Chicago: New gadgets, with names like Krzr and Rizr, quickly helped persuade some investors that the company could expand on the success of its sleek Razr cellular telephone. The telecommunications-equipment maker has posted impressive global market-share gains, rising to 22% from 18% over the past year, making it No. 2 after Nokia Corp., which has a 33% global share.

\*    \*    \*

While the stock may see more lift in the coming months as new phones get rolled out, not everyone is happy. Some long-term investors are concerned that the excitement over the Razr's offspring is overdone. They note that the company's flagship phone has done little to boost margins.

\*    \*    \*

"They have the marketing and promotion right, but with limited margin expansion, you have to value [based on] expectations," said Patricia Wilson, head of U.S. research for the Scottish Widows Investment Partnership, which man-ages GBP 100 million ($189 million) of assets as part of the Lloyds TSB Group. Ms. Wilson thinks that the intense competition to provide feature-packed phones at ever lower prices, especially in emerging markets, will continue to eat into profits across the handset industry. She advised the London-based fund to sell its holdings in Motorola in the first quarter, when it reached her price target of $24, and the partnership turned a profit. Scottish Widows held 540,000 shares at the end of March, according to Fact Set Research Systems Inc. A spokes-woman for the partnership says it no longer holds Motorola shares.

The hit Razr phone's price to the wireless-service providers has dropped faster than that of other phones, according to Albert Lin, telecom analyst at American Technology Research. He estimates that carriers paid Motorola $400 per handset when it was introduced, while many now pay about $155 per unit for that original model as the phone became more mass market. The price for a typical phone declines just 20% each year, but he estimates that the Razr has declined 60% in 18 months as the company cut prices to gain market share. Motorola doesn't reveal the price carriers pay for its phones, **but a spokesman said that prices haven't come down faster for Razr than for "previous home-run products."** The Razr is the first model to be introduced across all major wireless standards and through so many distribution channels, he said.

Yet Mr. Lin sees even greater pricing pressure on subsequent members of the Razr family, such as the Slvr and Pebl. He also foresees higher production costs for fashion-sensitive phones with sliding covers, luminescent keypads and, in the case of its Ming phone for the Chinese market, handwriting-recognition capabilities. "Motorola has found it difficult to improve its margins so far, and it is going to find it even harder going forward," said Mr. Lin, who downgraded the stock to "hold" from "buy" last week. His firm doesn't own stocks in companies it covers or provide investment-banking services.

Motorola also has had supply-chain problems. Earlier this year, the company blamed a secondary supplier for Razr recalls that caused several U.S. carriers to briefly halt sales -- **problems the company says were quickly fixed.** The company is moving to smooth and centralize its supply chain operations.

**Motorola's mobile-devices chief, Ron Garriques, says the drive to increase market share has helped profits**, but the company is reinvesting them in strengthening distribution channels in India, China and other markets, rather than taking margin gains. **"I don't believe we've given up profitability to gain share, but we've become more profitable as we've gained share,"** he said, referring to the 1.3% operating-margin gain that came alongside the Razr boom. **"You're seeing us invest in the marketplace." Mr. Garriques has assured analysts that he would beat the division's margins in coming quarters**. Motorola has set a goal of 13% to 15% operating margin for the division, but declines to specify a timetable. [Emphasis added.]

- 29 -

80. The statements referenced above in ¶79 were each materially false and misleading for the reasons set forth above in ¶69. In addition, Defendants' Garriques' positive statements concerning profit margins and profitability referenced above in ¶79 created an obligation to disclose that Motorola was then implementing a strategy to dramatically slash the price of it popular RAZR line of phones in order to maintain market share and that such actions would dramatically reduce profit margins and reduce the average selling price (ASP) for Motorola products.

81. On September 6, 2006, Defendant Zander appeared at Citigroup's 13th Annual Global Technology Conference, where he responded a question posed to him as follows:

Moderator:

I'll start it off. Clearly, last quarter there was a lot of concern about the momentum in the handset industry, industry-wide. And as you look into the second half, particular given the fact that you've had an opportunity to talk to your customers, the service providers, what are you expecting in terms of the overall industry momentum in the second half? Do you think it'll be business as usual? Normal seasonality for the industry, not necessarily just for Motorola, but for the industry? Or do you see anything that potentially could keep you up at night?

Zander:

Well, it won't keep me up at night. We haven't been able to peg it right. We go into the year, you guys, we all say 10%, 12%, and then all of a sudden it goes a lot higher. It depends on where you are in the world. I think there are some areas that some of the carriers are trading off profits for volume and that could affect some things. And some areas, such as China, for example in Asia, still looks very strong in terms of what we're seeing.

You always think about economics and oil prices and some of the other things and say what impact does that have, consumer confidence, they sold their housing stuff -- you say, will Christmas be impacted? The thing that turns me around is when I talk to the young people -- and young people meaning either teens or people in their 20s, even 30s -- for me, it's funny that you ask them if you could get one gift or you could buy one thing for Christmas, this is the thing they want. They want these devices. It's the one thing you seem to want and I think we're kind of getting that push in the marketplace. I still think it's a pretty good market, and **we've got some good products coming out for the Q4 rush**, so I'm still feeling Okay, but you never know. **That's why every week I have a staff meeting, every week I have a call, how we doing?** We've got a lot of things going around the world.

\* \* \*

. . . this is KRZR, I was told I could tell you that. It's shipping in parts of the world as we speak, so, this month and it will be available in the U.S., I think both in CDMA and GSM. Riser's on schedule; the MOTOFONE will ship in Q4; the MAX and the XX will ship in Q4. So, I was told that all our products are going to ship.

\* \* \*

**We've got some great products coming out the end of this year -- the MAX and the XX 3G Razors**, and with the Huawei relationship, we're going to compete very aggressively on some of the 3G contracts going on there. [Emphasis added.]

82. The statements referenced above in ¶81 were each materially false and misleading for the reasons set forth above in ¶69.

83. These and other false and misleading statements issued by Motorola's management were followed by positive analyst reports which recommended the purchase of Motorola stock. For example:

**CIBC World Markets** – September 15, 2006

- **We spent a day visiting Motorola. Our key takeaway is confidence in execution.** As opposed to last year, Motorola's product rollout is going smoothly, market share gains are more likely, and terms for continued margin expansion are clear and more credible.

\* \* \*

- Yesterday we spent a day visiting Motorola with investors. During the day, we met with Ron Garriques, President of Mobile Devices; Raghu Rau, SVP Global Marketing & Strategy, Networks & Enterprise; Geoff Roman, CTO, Connected Home; and Ed Gams, Corporate VP, IR. **Overall, the tone in the conversations was very positive and we left the meetings more convinced in Motorola's ability to continue to grow its handset market share, improve its margin profile in all three business units and to potentially continue to deliver upside to expectations**.

\* \* \*

- Last year, investors were faced with several dilemmas with respect to Motorola. We list these below and address them one by one, **but the key lesson from our meetings is that as opposed to last year, the answers are clearer** and the alternatives for investment are less compelling in the near term.

\* \* \*

- New product introductions seem to be on schedule and in certain cases ahead of time with no technical hiccups, which could help drive upside. As opposed to last year

when technical glitches, chipset malfunctions and component shortages delayed product rollouts and limited Motorola's ability to capitalize on excess demand.

\* \* \*

- **We spent time with Ron Garriques**, **President of Mobile Devices**, and focused on product roadmap, market share gains, margin progression etc. The overall tone was confident and targets seem to be clear. Near term product launch - new product introductions seem to be on plan or ahead of plan. No component shortages, manufacturing hiccups or software-related delays are expected. The KRZR, MOTOFONE and RIZR are on track. We believe both Sprint (S-SO) and Verizon (VZ-SP) could offer the KRZR in 4Q06.

\* \* \*

- Market share -generally, Motorola is aiming to moderately increase its market share over the next eight quarters. Targets are for ~+/-1% market share gain per quarter with some variations. Motorola is now a clear no. 1 market share vendor in North and Latin America and a clear no. 2 in other key regions (China, India, MEA, Europe and SEA).

- Handset market environment - **was described as solid in North and Latin America, hot in North Asia and high growth markets, and cool in Europe.** These trends match our checks (see note from 9/4/2006) and bode well for continued share gains in 3Q06. [Emphasis added.]

**Oppenheimer & Co. Inc**. – September 11, 2006

- Although production quantities in 3Q06 for the KRZR could be limited, **we anticipate that the KRZR K1 and Motorola's other new models will have a significant impact on the company's 4Q06 results**. Motorola's 4Q06 mobile device model line-up appears to be strong. Motorola remains one of our favorite stocks.

- We believe that KRZR K1 is nearing commercial release at selected mobile operators. Initial shipments of both the GSM/EDGE and CDMA versions from Motorola to carriers are scheduled to occur this month. Motorola has not officially announced which carriers will initially offer the KRZR K1. However, late last week, Vodafone's (VOD, $21.23, Not Covered) SmarTone unit in Hong Kong began accepting consumer orders for the KRZR K1 via the Internet at HK $3,180 (about US $409). Motorola has sometimes introduced new models, such as the original RAZR V3 in 2004 and the PEBL U6 in 2005, in Hong Kong. U.S. carriers often provide material subsidies to those consumers signing up to one or two-year contracts.

- Given the need to ramp-up production, we do not expect that the KRZR K1 will have a significant effect on Motorola's 3Q results. Our 3Q06 EPS estimate of $0.35 is slightly above the analyst consensus of $0.34. However, **we anticipate that the**

**KRZR K1, along with** Motorola's other new models, such as the EDGE-based RIZR Z3 slider, **the HSDPA-capable RAZR maxx and xx, the dual-mode iDEN/CDMA ic502**, CDMA SLVR L7, and the entry-level MOTOFONE Scalpel, **will have a significant impact on fourth quarter results**. Our 4Q06 EPS estimate is $0.43 versus the consensus of $0.39. In July, Motorola indicated that it plans to ship 1.0mm units of the MOTOFONE Scalpel in the fourth quarter. **Sprint** (S, $16.51, Not Covered) **has said that it plans to sell several hundred thousand dual-mode handsets from Motorola by year-end**. [Emphasis added.]

**Jefferies & Company** – September 28, 2006

- This morning, Motorola announced the availability of KRZR with Verizon Wireless (on-line first and then in stores on Oct. 5). Our sources indicate Sprint, Cingular, Alltel, and Dobson will also have the phones in store for the important Christmas selling season. T-Mobile may be in December or January.

- An on-time launch. In the past, Motorola had difficulty launching its new phones on time-clearly, things are changing. The much-anticipated MOTO KRZRs first appeared in Hong Kong in September, and should be widely available in GSM and CDMA technologies in Q4.

**Oppenheimer & Co. Inc**. – September 25, 2006

- Summary: Availability of Motorola's new Mobile Devices is expected to improve significantly over the next several weeks, as the company begins to ramp-up production. **We expect that the KRZR K1m, the RIZR Z3, and the RAZR xx will be among the next models that Motorola will introduce. New product introductions are key to Motorola's 4Q06 earnings during the important holiday selling season.** Motorola remains one of our favorite stocks.

- Last Tuesday, the KRZR K1 mobile phone officially became available in China, Hong Kong, and Taiwan. We expect that availability of this EDGE-based product will improve over the next several weeks, as production rates increase. In the U.K., O2 (TEF, $50.61, Not Covered) and Carphone Warehouse (CPW LN, GBp 301, Not Covered) are already accepting orders for the KRZR. Vodafone U.K. (VOD, $21.94, Not Covered) expects to offer the KRZR by month-end. **We anticipate that the KRZR K1 will have a significant impact on Motorola's 4Q results**, while the impact to 3Q will be of an incremental nature. Our EPS estimates are $0.35 for 3Q and $0.43 for 4Q, compared to the consensus projections of $0.34 and $0.39, respectively.

- We believe that one of the launch customers for the CDMA-based KRZR K1m will be Verizon (VZ, $37.10, Not Covered). In our opinion, Verizon may offer the KRZR K1m in mid to late October, followed by Sprint (S, $17.14, Not Covered) later in 4Q. Verizon will probably want to insure full network compatibility prior to launch and that sufficient quantities are available. Verizon's pricing for the KRZR K1m at is expected to be around $200, with a 2-year contract.

- **Other models that Motorola is expected to begin shipping in 4Q include** the MOTOFONE Scalpel in GSM and CDMA versions; **the dual-mode iDEN/CDMA ic502 for Sprint**; the SLVR L7c potentially for both Verizon and Sprint; **and the top-of-the-line HSDPA-based RAZR maxx**. The MOTOFONE will probably be offered initially in South Asia. Orders for the MOTOFONE have exceeded the company's original 1mm unit production plans for 4Q. [Emphasis added.]

**Oppenheimer & Co. Inc.** – September 28, 2006

- This morning, Verizon began taking online orders for the CDMA-based KRZR K1m. The KRZR K1m can be purchased for $200, for consumers signing up for a 2-year contract. We believe that the KRZR K1m will be available in Verizon's retail stores by about October 5. We had expected that the KRZR K1m would become available in Verizon's retail channel in mid to late October.

- **The early release of the KRZR K1m bolsters our confidence in our EPS projections for Motorola.** We are therefore reiterating our Buy rating and $30 price target. We estimate 3Q pro forma EPS of $0.35, compared to the analyst consensus of $0.34, and 4Q06 of $0.43, versus the analyst consensus of $0.39. **We anticipate that Sprint** (S, $16.82, Not Covered) **and Alltel** (AT, $55.97, Not Covered) w**ill release the KRZR K1m in the second half of Q4**. QUALCOMM (QCOM, $38.13, Buy) is a major chipset supplier for the KRZR K1m, and therefore should benefit if demand for the KRZR K1m is robust. We expect that Verizon will be targeting the KRZR at existing RAZR users. In addition, with its external controls, we view the KRZR K1m as a high-end music device.

- Initial indications for the EDGE-based KRZR K1, released in China last week, are positive. **Numerous other Motorola models are scheduled to commence shipment in 4Q, including** the EDGE-based RIZR Z3 slider, **the dual-mode iDEN/CDMA ic502 for Sprint,** and the low cost MOTOFONE Scalpel. Cingular, a joint venture between AT&T (T, $32.57, Not Covered) and BellSouth (BLS, $42.71, Not Covered), could potentially offer in the future an HSDPA-based version of the RAZR, as well as the KRZR K1.

84. On October 17, 2006, Motorola issued a press release announcing its financial results for the third quarter of 2006, the period ending September 30, 2006. For the quarter, the Company reported quarterly sales of $10.6 billion and earnings per share of $0.39 per share. Defendant Zander commented on the results stating, in pertinent part, as follows:

> While our third-quarter sales were slightly below our guidance, we are pleased with our earnings. **Each of our business segments and total Motorola improved operating margin versus the second quarter of 2006**, excluding high-lighted items. Mobile Devices again achieved record unit shipments and sequentially improved its market share versus the second quarter.

- 34 -

During the quarter, GSM infrastructure sales in the Europe, Middle East and Africa region were weaker than anticipated due to customer delays in capital spending. Additionally, sales of iDEN mobile devices were lower, caused by customer inventory reductions in anticipation of new dual-mode device shipments in the fourth quarter. With our strong balance sheet, leadership technologies and proven record of growth, Motorola is well positioned to continue creating value for its shareholders as one of the world's leading technology companies.

The press release also spoke positively about the Company's mobile revenues business segment

stating in pertinent part as follows:

**Mobile Devices Segment sales were $7.03 billion, up 26 percent** compared with the year-ago quarter. **Operating earnings increased to $819 million**, including a charge of $16 million for acquisition-related in-process research and development, compared with operating earnings of $593 million in the year- ago quarter. Excluding highlighted items, **the segment's operating margin improved to 11.9 percent versus 11.2 percent in the second quarter of 2006 and 11.0 percent in the year-ago quarter, as a result of new product launches, supply chain cost reductions and higher technology and platform licensing- related income**. During the quarter, Mobile Devices also:

- Shipped 53.7 million units, up 39 percent compared to the third quarter of 2005 and up 3.6 percent compared to 51.9 million handsets shipped during the second quarter of 2006.

- Captured headlines by launching the highly anticipated MOTOKRZR handset, which is creating excitement among customers and consumers eager to have the industry's newest ultra-slim and ultra-stylish handset.

- Expanded global market share to an estimated 22.4 percent, up 3.8 percentage points from a year ago and up 0.3 percentage points from the second quarter of 2006.

- Continued brand strength and market-share leadership in the Americas, solid No. 2 position in Asia (approximately 23 percent in China and 15 percent in India), while continuing popularity among consumers in Europe, the Middle East and Africa as new products prepared to launch and drive demand for the fourth quarter.

- Signed a five-year supply agreement for iDEN handsets with NII Holdings, Inc., Motorola's largest customer for iDEN technology outside of the United States.

- Launched eight new handsets: three for GSM, three for CDMA and two for iDEN. [Emphasis added.]

Finally, the press release also provided the Company's "outlook" for the fourth quarter of 2006

stating, in pertinent part, as follows:

- 35 -

The Company's outlook for the fourth quarter of 2006 is for sales of between $11.8 billion and $12.1 billion, an increase of 18 to 21 percent versus the prior-year quarter.

85.     The statements referenced above in ¶84 were each materially false and misleading for the reasons set forth above in ¶69. In addition, the statements referenced above in ¶84 concerning sales, operating margins or the Mobile Devices Division created an obligation to disclose Motorola's drastic price reductions for the RAZR line of phones.

86.     Also, on October 17, 2006, Motorola held a conference call with investors and analysts to discuss its third quarter financial results and its business (the "Third Quarter Conference Call"). During the Third Quarter Conference Call, Defendant Zander represented that the Company's new portfolio of products were "shipping in volume this quarter" stating in pertinent part as follows:

> **As we look ahead to Q4 this year and fiscal 2007, we feel optimistic about our competitive position in our key businesses. With our new portfolio of mobile devices shipping in volume this quarter**, investments in WiMAX and Wi4 technologies, leadership positions in video, IP set-top boxes and fixed mobile conversions and our new focus on enterprise mobility with the planned acquisition of Symbol Technologies, **we look forward to continued successes in the months and year ahead**. [Emphasis added.]

Defendant Zander also spoke positively about the Mobile Device units' operating margins stating in pertinent part as follows:

> In Mobile Devices, once again, more records and good results. We shipped close to 54 million units in Q3, an increase of 39% over Q3 last year end up over 3.6% versus Q2. Market share is estimated to be 22.4%, up 3.8 points year to year and up 0.3 points quarter over quarter. **Mobile Devices earned an 11.9% operating margin, as new product launches, supply chain cost reductions and higher technology licensing and platform revenues allowed us to offset the impact of lower iDEN unit shipments** that I discussed earlier. **We continue to achieve our goals of year-to-year operating margin improvement and quarter-over-quarter market-share growth.** [Emphasis added.]

Defendant Zander further represented that average selling prices ("ASPs") would improve in the fourth quarter of 2006 stating, in pertinent part, as follows:

- 36 -

> During the quarter, Mobile Devices did have lower average selling prices. This was given by decreases in unit volumes for UMTS and iDEN, as well as the strategic repositioning of RAZR to the midtier to make way for KRZR and RIZR, and also a twofold increase in our market share in India. During the fourth quarter, we expect ASPs to improve as the steady stream of new product joins KRZR in the market, and we expect to grow beyond the market share gains from the third quarter and push beyond our current estimated 22.4%.

Defendant Zander also spoke positively about the Company's 3G launches stating, in pertinent part,

as follows:

> Europe was a little bit of a challenge in the quarter, largely due to 3G. Having said that, RAZR continues as the top seller in western Europe. **To drive 3G momentum in Q4, we're launching, of course, our RAZRXX and RAZRMAXX, and I will talk about those in just a minute**. Additionally, for the GSM EDGE networks, RIZR is preparing to join KRZR in Europe. We are back in Russia now. We opened our new Red Square MOTO store in Moscow. It is our regional crown jewel, and we expect good things out of that this quarter and throughout 2007.

*    *    *

> I said earlier RAZR is still the standard. It's in all technologies, colors, experience and styles. **As I said just a couple minutes ago, RAZR -- we have had higher sales in Q3 than in Q2, and we're just about to launch two new handsets that we're confident will set new standards for speed and performance. Coming this quarter, the XX for UMTS and RAZRMAXX for HSDPA**. Speaking of those, the XX is designed for 3GE and UMTS. It delivers all the essentials that consumers have told us are most important to them. It has stunning style, with diversions and delights to entertain. High-speed connectivity, delivers superfast data downloads, a full suite of features ensures multimedia, 1.3 megapixel camera, integrated MP3 player and point-to-point video telephony are just some of the features in hand. **This will be shipping this quarter**.

> Also a great, I think, exciting, really exciting product is our MAXX. It is ramping for HSDPA. It is packed with features delivering ultra-high-speed connectivity, in addition to a premium mobile multimedia experience, over-the-air music video, point-fast-point video telephony, blazing fast speed with HSDPA, integrated MP3, 50 MB of memory, as well as an optional MicroSD card for music and games and any content you want, when you want it and need it most, and unmatched performance enabled by an ARM2 microprocessor, HSDPA [and EDGE] technology and, of course, Bluetooth. Both of these products, as I said earlier, will be shipping this quarter and should be a definite boost, especially in the European market.

*    *    *

> That's the Mobile Device recap for Q3 2006 -- solid third quarter, excited about the holiday selling season. Ron and his team are focused and very clear, as we have

- 37 -

said, about their commitments -- grow market share profitably, [wickedly] compelling products, rich experience and the quality and efficiency every time.

As we look to the fourth quarter of 2006, we expect the market to grow by greater than 15% for full year 2006. W e expect typical seasonality and strong demand for new products in the fourth quarter, and we expect Mobile Devices to continue to keep growing market share on a sequential basis, and doing this profitably by expanding OE on a year-over-year basis. [Emphasis added.]

87.     The statements referenced above in ¶86 were each materially false and misleading for the reasons set forth above in ¶69.

88.     During Third Quarter Conference Call, Defendant Devonshire provided financial guidance stating, in pertinent part, as follows:

Now, moving on to our fourth-quarter guidance, our outlook for the fourth quarter is sales between $11.8 billion and $12.1 billion, which is up in the 18% to 21% range versus the fourth quarter of 2005.  In terms of our guidance, as you recall, stock compensation expense is not in the prior year. It will be in the fourth quarter, identified as a highlighted item, but it will be about $0.02 per share.  So thank you for that, and I will turn the podium back over to Ed. Thank you.

89.     This statement was materially false and misleading because Defendant Devonshire lacked a reasonable basis for his statement that the Company would have sales in the fourth quarter of between $11.8 billion and $12.1 billion as the Company was unable to produce sufficient quantities of its new 3G phones for the 2006 Holiday Selling Season and the Company had just dramatically slashed the price of its RAZR line of phones in an effort to maintain market share.

90.     During the Question-and-Answer segment of the Third Quarter Conference Call, Defendants made numerous positive statements about Motorola's 3G phones.  Defendant Garriques commented positively on the Freescale platform but failed to disclose the substantial manufacturing and quality issues that Freescale and Motorola were then having with the Argon LV as follows:

Edward Snyder - Analyst - Charter Equity Research

Ron, if I might, you don't seem to have nearly the focus on 3G devices as does, say, Nokia or Samsung.  You have been bearish on it in the past.  What do you need to see before you get more bullish here?  Is it going to be higher data ARPUs at the

carriers at greater 3G coverage? Are you looking for a strong uptick in 3G phone sales from others before you kind of plow into it with both legs?

Defendant Garriques

Thanks for the question, Ed. I think the predominant -- when you think 3G, meaning specifically UMTS, for us, **this quarter is about a platform change. We took our previous platform, which we built kind of V3x on, and now have transitioned to what we call [Argon LV] from Freescale with new products like XX and MAXX. I do believe this platform in this quarter gets us a very competitive set of products out in the marketplace**. I have been relatively bearish about the size of the UMTS market in 2006. I think that's kind of the way it played out. I am more bullish on 2007. I'm also more bullish on our 2007 roadmap, consistent with that stronger market. [Emphasis added.]

Defendant Garriques also falsely represented that Motorola was not "supply-constrained" with respect to its new products when at that time the Company was unable to obtain sufficient Argon LV chipsets:

Mike Ounjian - Analyst - Credit Suisse

Ron, it looks like the new products for Q4 are all on track to launch on time. How should we think about any potential supply constraints? Clearly, that has been a problem in the past, in terms of the demand being there but not necessarily being able to meet the demand. How is that incorporated into your guidance, and what should we be looking for along those lines, in terms of ability to ramp up the new products this quarter?

Defendant Garriques

Clearly, Stu coming to the Company has been an unbelievable ally in making this a whole lot easier to happen. I think last quarter, when we did 52 million units, that felt very good and it felt nice and linear from a ramp perspective. I look this quarter on how linear the KRZRs, both in CDMA and GSM, ramped. I feel good about that. **The big products for us -- XX, MAXX, RIZR and the two versions of MOTOFONE -- I feel very good, and don't feel supply-constrained ramping those up in Q4. From a macro level, I'm not seeing any significant macro problems in the industry, given the platforms that we are building on. So I feel pretty comfortable**. [Emphasis added.]

Similarly, Defendant Garriques falsely represented that the Company would have sufficient quantities of new phones for the 2006 Holiday Selling Season, stating, in pertinent part, as follows:

Brian Modoff - Analyst - Deutsche Bank

So, Ron, looking at the product lineup you have coming with the RIZR, the MAXX, the XX and two versions of the MOTOFONE, are these going to be late-quarter introductions, similar to the KRZR last quarter?  Or do you expect these to be in meaningful volume perhaps before that November Thanksgiving Weekend holiday sales season?

Defendant Garriques

**Across the board, with the exception of the CDMA MOTOFONE, I expect these to be October and early to mid-November shipments, making sure that we hit that all-important fill the channel for the holiday season**.  Great thanks to [John Sipola] and Terry Vega on the CDMA MOTOFONE.  That's something that we really didn't have plant or targeted until Q1 of next year.  With a lot of great work and a lot of great platforming, they were able to pull that into this year.  So that one's kind of an end-of-the-year piece, **but the rest of them are all solid and ready for the holiday season**.  [Emphasis added.]

91.     Following the Company's earnings release and conference call, analysts issued positive reports on Motorola stock.  For example:

**Cowen and Company** – October 18, 2006

- We entered the print worried about lofty 3Q06 expectations, but MOT prints a top line miss worse than expected amid iDen transitions at Sprint Nextel and infrastructure weakness.  **Handset operating margins topped expectations and continued the line's generally upward move, limiting some of the fall-out from the 3Q shortfall.  We continue to like MOT's position in the 4Q06 handset market** and reiterate our OP [Outperform].

  *       *       *

- KRZR, RIZR, and **3G RAZR variants are arriving just in time** to refresh the Motorola line-up and **we see handset momentum (and ASPs) [Average Selling Prices] returning on those launches.  Motorola tone finally improves on 3G**, maybe a qtr later than optimal.

  *       *       *

- ASPs did suffer somewhat sequentially down $7 to $129 from $136 last quarter.  The loss of some iDen sales does dent ASPs somewhat, but we believe the aging RAZR platform and uncompetitive W-CDMA lineup also contributed to the decline.  **The situation should improve in 4Q and higher end RAZR XX and RAZR MAXX handsets launch to balance the portfolio some.**  Dual-mode CDMA/iDen models are already shipping to Sprint Nextel.  [Emphasis added.]

  *       *       *

**Needham & Co. LLC** – October 18, 2006

- MOT's surprising 3Q06 top line miss was a marked departure from the company's recent run of upside performances. However, **we were encouraged by the company's sharp improvement in handset operating margins**, which enabled it to make consensus earnings estimates and should bode well for y/y margin expansion in '07.

- Handset units and ASPs light; margins surprisingly strong. MOT shipped 53.7M handsets in 3Q, up 39% y/y and 4% q/q but about 1M shy of expectations. The unit shortfall was attributed to a transition in iDEN phones to dual-mode. **Positively, handset margins of 11.9% (ex-items) were a new high** and about 50bps better than consensus. **Launch of several new handsets including KRZR, RIZR and MOTOPHONE are expected to drive "typical seasonality" in 4Q and better ASPs.** [Emphasis added.]

**Jefferies & Co.** – October 18, 2006

- A transition quarter for handsets. We like Motorola's new product line up (KRZR, RIZR, MAXX and FONE) heading into seasonally strong Q4, but note that these products did not materially contribute to Q3 results. **The new phones are priced higher and should help overall ASPs rebound to $136 in Q4 from $131 last quarter.** [Emphasis added.]

**Davenport Equity** – October 18, 2006

- The company also suffered from a lack of 3G phones to serve the European market. **However, Motorola will introduce several new 3G models in the fourth quarter, including the RAZR MAXX, RAZR XX**, and RIZR, which should help European sales to rebound in the fourth quarter.

- The company's average handset selling price (ASP) fell $7 sequentially to $131 due to the company's repositioning of the RAZR as a mid-tier handset prior to its fourth quarter introduction of new high-end models. **Motorola expects its handset ASPs to improve in the fourth quarter.** [Emphasis added.]

**RBC Capital Markets** – October 18, 2006

- Motorola is entering the important holiday quarter with a portfolio of new products such as the KRZR, RIZR, Motofone, as well as updated UMTS and HDSPA models. Sprint will also unveil its Motorola thin phone portfolio over the next weeks and **we feel encouraged that most of Motorola's new phones will be available without delay this holiday season**.

- Motorola will be shipping volume units of the KRZR, the RIZR as well as the Motofone in both GSM and CDMA versions for the December quarter. Total iconic devices for Motorola, which includes the RAZR, SLVR, PEBL, and the Q, have now grown to 24M units from 21M units in the prior quarter. With positive indications

for the KRZR at Verizon and Alltel combined with initial shipments into Cingular over the next few weeks, **Motorola is likely to reverse its ASP decline. ASPs may further improve aided by the mix from UMTS and HSDPA phones such as the RAZR XX and the RAZR MAXX**. [Emphasis added.]

### The Truth Is Revealed

92.     After the market closed on January 4, 2007, Motorola issued a press release announcing its preliminary estimate of the Company's fourth quarter 2006 results. The Company reported that it estimated sales from the fourth quarter to be in the range of $11.6 to 11.8 billion as compared to the previous guideline given on October 17, 2006, of $11.8 to $12.1 billion and fourth quarter earnings of between $0.13 to $0.16 per share. The press release attributed the shortfall to the mobile devices segment, stating, in pertinent part, as follows:

> The shortfall in both sales and earnings occurred in the Mobile Devices segment and is attributed to an unfavorable geographical and product-tier mix of sales as compared to the company's internal forecast. In the fourth quarter, Mobile Devices unit sales were approximately 66 million units, up 23 percent from the third quarter of 2006 and up 48 percent from the fourth quarter of 2005.

93.     The next day the price of Motorola stock dropped from $20.31 per share to $18.72 per share, or approximately 8%, on more than 175 million shares traded.

94.     On January 19, 2007, Motorola issued a press release announcing its final results for the fourth quarter of 2006, the period ending December 31, 2006. For the fourth quarter, the Company reported net earnings of $0.21 per share, which represented a 48% drop in 2006 fourth quarter profit as margins in its handset business collapsed. The Company also said it would cut 3,500 jobs. Defendant Zander commented on the announcement stating, in pertinent part, as follows:

> As I said earlier this month, we are disappointed with our fourth quarter operating earnings performance. However, the company generated strong revenue growth and met or exceeded our goals in many areas during the quarter. I am confident that we remain well positioned for continued growth and success. . . . Looking at the full year, I am pleased with our progress. Our business remains solid, and we will continue to execute on our focused, strategic plan to create value for our

shareholders. We remain committed to increasing our profitability, while delivering compelling new products and solutions to our customers in 2007.

95.     Later that day, Motorola held a conference call with investors and securities analysts to discuss Motorola's 2006 fourth quarter financial results and fiscal year 2006 earnings. During the conference call, Motorola presented the following slide indicating that its 3G phones (MOTORAZR xx and MOTORAZR maxx) were launched in late November 2007, thereby missing the critical fourth quarter holiday selling season:



On the conference call, Defendant Zander admitted that the Company was late to market with its 3G phones and that it hurt the Company's fourth quarter financial results, stating, in pertinent part, as follows:

> And **the two middle products here** [see image in ¶95 above] **are very important because they are 3G products and they <u>started</u> ramping up in December**. The xx is the 3G product and the MAX is 3G with multimedia capability, music, big camera, lots of memory, music buttons on the front.

>                     *        *        *

> In addition, **our 3G products <u>began to ship</u> actually in the December time frame, so we did not get the benefit of some of the increases in 3G markets especially here in the U.S. and in Europe**.

>                     *        *        *

- 43 -

As we said in our January 4th earnings pre announcement, our mobile device segment was challenged by a geographical end product tier mix. **Simply put, we made pricing moves on some of our popular products including the RAZR line in late Q3,** bringing this much sought-after product to a much broader range of users. And it worked if you look at the market share gain. However, the forecast of geography and mix of the new product shipped during Q4 didn't meet the gross margin dollar targets, plain and simple.

\*     \*     \*

In Q3 we were short a little on revenue, but we hit our profit targets and we struggled with ASP [average selling price]. **We did not have the products, frankly, in Q4. I think Q4 was a little more perhaps internally some of the things we did as opposed to the market. We moved, as I said earlier, some of our bread and butter products into a new price point.** It worked. And even in the United States, if you were sitting around for Christmas, the ads that were playing on TV were about RAZRs and it seems like every young person and people that couldn't afford RAZRs wanted one and we sold a bucket of them. And we're making money on them. But some of the newer products that came in shipped -- started ramping in the quarter and we had some mix issues with that. We also saw some of the emerging market geographies take off and we did not forecast properly at least what happened. And you get off a little bit on this thing and it can multiply very quickly. **We are now starting to ship 3G products**. We did announce music products, as I said earlier, during late in the quarter and right here in January in some of the marketplaces that really want musical over the air, such as Japan, Korea, and some of the other places around the world. And we expect the issue -- not the issue -- we expect this to start rectifying itself in the next couple of quarters that we introduce some rich experienced products.

\*     \*     \*

I just want to add to that and just -- I think Ron said it well, we're going to do everything we can of course to take -- we had a great demand, as I said earlier. Our demand in Q4 exceeded anything we thought with 66 million units. Good news, people like our products, they like our brand. The challenge was of course profitability and we are going to do everything we can to make all of those products in the low-end and mass-market more profitable with cost reductions, [bow] materials and some of the other things we're doing. Having said that, **the key to profitability in this business**, and you can just see it by just looking at even some of our competitors, is what Ron talked about and **we've got to get our world-class 3G product line and we have to get some these rich experiences in our product line**. And that will happen this year. It will happening in various parts of the year starting hopefully in Q1 with some of the 3G products.

\*     \*     \*

**The area we are missing, and up until just December, is a very strong 3G lineup, especially here in the United States with one carrier that's moved there and in**

**Europe**. And I do believe also in the higher end multimedia rich experiences, people that want the multi-mega pixel cameras and the music experiences which are selling outside the United States. Those two areas I'd have to say we have to do a better job on. But we are going to attack expense structure and we are going to attack new products in those two areas. [Emphasis added]

96.     That same day, January 19, 2007, Dow Jones Business News reported on Motorola's

poor fourth quarter financial results. The article noted that the profit margins in the mobile devices

segment had dropped to 4.4%. The article stated, in pertinent part, as follows:

Motorola Inc., the world's No. 2 mobile-phone maker, on Friday reported a 48% drop in fourth-quarter profit as margins in its handset business collapsed. The company also said it would cut 3,500 jobs.

Although Motorola (MOT) shipped a record 65.7 million wireless devices, **the company slashed prices** to ward off competitors and relied more heavily on sales of cheaper phones, especially in developing markets. In the fourth quarter, the Schaumburg, Ill. based company earned $624 million, or 25 cents a share, compared to $1.2 billion, or 47 cents a share, a year ago. Fourth-quarter revenue rose 17% to $11.8 billion from $10 billion. Excluding one-time items and discontinued operations, Motorola would have earned 21 cents a share. Before Motorola cut its forecast on Jan. 4, the vendor had been expected to earn 39 cents a share on revenue of $12 billion, based on the consensus of analysts surveyed by Thomson First Call.

Although Motorola gained 4.6 percentage points of market share compared to the year-ago quarter, **the profit margin in its handset business tumbled to 4.4% from 11.9% in the third quarter. Operating profit in that division fell to $341 million from $663 million a year ago, even as sales climbed 19% to $7.8 billion**.

The outcome: the first truly disappointing earnings under the stewardship of Chief Executive Ed Zander since he was hired three years ago. Zander repeated his disappointment with the company's earnings and said he would take steps to improve financial results. Among other things, Motorola plans to reduce its work force, reorganize some businesses, reduce operating expenses, roll out new high-end phones and sell more of them in order to boost margins.

**"The area we are missing is a very strong 3G product," said Zander**, referring to phones designed for next-generation wireless networks that offer faster Internet-connection speeds. Motorola also needs to offer more premium phones with cameras and music capability for the overseas market, he said.

*        *        *

While Motorola has experienced great success in the past few years under Zander's leadership, many investors fret about the slowing momentum in the mobile-handset business. That unit generates two-thirds of Motorola's revenue.

- 45 -

The vendor continues to sell millions of Razr phones -- the thin, **hugely popular handsets that Motorola introduced two years ago -- but prices for the device have fallen from a peak of $500 to under $50 in the latest quarter. Some carriers were even giving the phone away for "free" if customers agreed to long-term contracts. "We moved some of our bread-and-butter products into a new price point," Zander acknowledged** in a conference call with analysts. The price cuts stem in part from stiffer competition from Motorola's rivals, which have introduced a bevy of their own thin-styled phones, some even thinner than Motorola's.

Motorola has offered a successor to the Razr, the so-called Krzr, but that phone didn't sell as well as the company expected in the fourth quarter because of its much higher price. Customers bought more Razrs instead. "We sold a bucket of them," Zander said. **The company made up for lower prices of its premium phones by selling more handsets to developing countries such as India and China, but those devices carry much lower prices and deliver smaller margins**. [Emphasis added.]

97.     On February 16, 2007, Motorola announced that Defendant Garriques, the Executive Vice President and President of the Mobile Devices division, had "resigned effective immediately."

98.     On February 21, 2007, Defendant Devonshire spoke at a Bank of America Technology Conference and admitted that the Company's 3G phone development was negatively impacted by problems with the chipset and that the Company had dramatically dropped the price of the RAZR.  Defendant Devonshire stated, in pertinent part, as follows:

**3G, we were a little hampered all year long because the chipset coming from our sole supplier of 3G chipsets was a little late, so it's out there now**.

And I think you will see a lot more marketing, which quite frankly, I think we probably -- I'm being as honest as I can -- did a better job in the past than we've with done in the present, and **one of our problems in last year going into the fourth quarter was that a decision was made to move the RAZR products down into what I will call the mass market which automatically gives it a lower price point** and then the 2.5G Edge products (indiscernible) in on top.

I think that, first of all, **we spun off the semiconductor business back in '04, actually December of '04, and we had a two-year agreement that sort of tied us into, if you will, continuing to use the Freescale products, and they were a little late coming out with their 3G chipsets**.  So we all know, I think it's pretty common sense, you really need to have more than one.  **And we're the architects and so we're going to have three and so that we have an uninterrupted supply of chipsets to meet the needs and demands of our customers in terms of the product we're supplying them**.  We don't see that. Certainly, that gives us a lot

more leverage. We would expect that Freescale, given its current circumstances, to be a better supplier in this arena. Now that they have kind of a lead over the other two, let's -- so it's the other two we're going to have to win and I think Freescale is going to have to continue to supply us with -- to meet our needs, or else they know that (indiscernible) be here, and given their current owners, I think that's pretty important.

And in Europe, **we're struggling a little because we didn't have all those 3G phones. We have the chipsets now**, so you will see more competitive. [Emphasis added.]

99.     On March 1, 2007, Defendant Zander spoke at a Goldman Sachs Technology Investment Symposium, and again blamed the Company's problems and poor earnings on the failure to timely produce 3G phones. He stated in pertinent part as follows:

We just didn't get it done in Q4. I can talk about that if you want. **A lot of the Q4 misses were really manifested itself when you really go back into Q1, Q2 of 2006 and some of the decisions that were made about 3G versus non-3G and about moving up pricing in certain bands** and just bad guesses, bad misses, bad things that we did that we've got to go fix, so that's-- excuse me.

*          *          *

Mobile devices are all about execution. We've just got to get our product portfolio straightened out. **We've got to get platforms LINUX/JAVA done and implemented. We've got a couple of products that are now coming out with LINUX/JAVA. Really excited about that, but that gives us that LINUX/JAVA the ability to ad to multimedia and the kind of software APIs our people can write applications to**.

*          *          *

**We just totally messed that up with our designs and lateness and with our semiconductor partners and got behind the 3G curve**.

*          *          *

I think you need to have nothing against a [Freescale] -- you know we had a great relationship but **both of us had challenges with 3G. I mean that's known and that Freescale cost us big time. I mean Q4 to me was the inability to execute and have on the shelves at Cingular and Europe the kind of 3G products that they require**. I mean you can just add the numbers up times the revenue times the ASPs [Average Selling Price] times the profits. **A lot of Q4 would have been right there**. It just says to you that when you're dealing with where we shipped over 200 million last year of these devices. It's a big number. You're into markets that are selling $20, $30, $40 products at the very low end and you're selling rich experiences we talked about with multimedia through Linux, java at the high and you just need

different new multiple cellular suppliers, not one. So it's nothing against a Freescale other than TI, Qualcomm and others have some interesting designs for certain design points in our product line so we're going to use them and hopefully get us time to market and get us the best of breed. And there are differences between all of them. You know Qualcomm doesn't solve everything. TI doesn't solve everything and some of the guys in Europe don't solve everything. [Emphasis added.]

100. On March 21, 2007, Motorola announced that defendant Devonshire had "retired" and that it had revised its first quarter 2007 guidance downward as a result of "lower than anticipated sales and operating earnings in the Mobile Devices business due to lower overall unit volumes, a difficult pricing environment, particularly for low-tier products and a limited 3G product portfolio." This announcement was followed by an earnings conference call between Motorola's management and securities analysts. On that call, Defendant Zander stated:

As you know, about a month ago there was a change in management in Mobile Devices. After that change it be-came apparent that the actions that we outlined in January were not progressing fast enough, if at all. These included minimum movement on the cost structure changes, **continued delays in some of our newer 3G products, and implementation of our simplified software platform and silicon strategy**. Given this situation, we recognized the need to move faster. In addition, competitive of pricing in emerging markets intensified throughout the quarter. We chose not to match these price cuts, which in turn lower our unit volumes, and we are working -- and we are also seeing some product increases in the channel, which should work through over the next few months.

**Further, our performance in Europe continues to be below expectations because we had a limited 3G product portfolio.** As a result and as you can see in today's press release, Q1 for Mobile Devices will be very difficult and disappointing. We also anticipate that Q2 will be difficult. There is much that has to be done to restore the Mobile Device business to where it can be. This is going to take more time and greater effort, but we expect the business to gradually recover in the second half of this year and to be profitable for the year. We need to get back to focusing on innovation, operational discipline and execution.

\*     \*     \*

I'd like to say we had a very strong brand and a very strong set of products in the mid range, and clearly, **as we said in Q4, there was movement <u>in the beginning of the quarter</u> to move those down in prices and we expected the higher-end [inaudible] products to take that space**. Well, I think you know, you just hit it on -- you just said it. The 3G products moved in, especially in Europe and even in places here in the U.S. So at the "high end," we need to get our 3G portfolio and we are starting to ship some products. **It does take awhile to ramp up**.

\*      \*      \*

As you know, we had a silicon supplier for most of our products as part of the separation a couple years ago. And if you're going to be as big as we are -- I think we outlined this in January -- that we need to have multiple sources of silicon for different price points across our product line, whether it's 3G at the high end or whether it's some of the products at the low end. And so we need to diversify real time here and we've got to accelerate that, and I don't think I saw the kind of acceleration and commitment to a silicon strategy. [Emphasis added.]

101.    On March 22, 2007, the Dow Jones Business News reported, in pertinent part, that:

What's more, the company does not offer enough next-generation wireless phones in Europe, a crucial market where high-end handsets with fatter profit margins are more popular. "**Our performance in Europe continues to be below expectations because we had a limited (Third Generation) portfolio,**" Zander acknowledged. The low-end market poses its own dilemma. Motorola has invested heavily in India during Zander's reign, but the company was late to enter the market and could face surprising losses as it ramps up its business. Phones sell for much less in India than they do in developed countries, so it's much harder to make a profit.

Analysts don't fault Motorola for its decision to invest in India, but they say Zander ignored the experience of rival handset makers, who suffered sizable losses in the early stages of expansion. Motorola's most enduring success has been in the mid-tier market, but even there the company made significant missteps. **The biggest error might have occurred last fall. To make way for its $200 KRZR phones, Motorola suddenly slashed the price of its RAZR line to below $50.**

Most consumers, not seeing much difference between the two phones, snapped up the suddenly cheap RAZRs in a frenzy of holiday shopping. Motorola sold a record number of phones in the fourth quarter, but margins sank to 4.4% from nearly 12% in the prior quarter. Margins are now likely fall even more. [Emphasis added.]

102.    That same day, Fitch downgraded the Company's debt rating.

103.    On April 27, 2007, the Wall Street Journal reported, in pertinent part:

**Its work on 3G phones also faced problems. A semiconductor unit Motorola had spun off was having trouble developing new chips for 3G cellphones. That slowed work on them because Motorola had pledged to buy all cellphone chips from the spun-off unit through 2006. The deal also meant the Motorola couldn't shop for cheaper chips elsewhere, squeezing profit margins of existing phones. By last summer, executives realized that their hopes of developing a 3G cellphone in a fast two years were probably too ambitious, it would takes at lest two quarters longer**. [Emphasis added.]

104.    On April 18, 2007, investor Carl Icahn issued the following letter to Motorola's

shareholders:

Dear Fellow Motorola Shareholder:

**Last October, fueled in large measure by management's statements which painted a rosy picture of Motorola's prospects, its stock price peaked at $26.20. Since that time, following the disclosures of serious problems in the Mobile Devices business, more than $20 billion in shareholder value has evaporated. This represents a loss to you of more than $8.00 per share -almost one third of the value of your investment. Ask yourself -- How could this happen without the knowledge of Motorola's management and Board of Directors?** I believe the answer lies in the lack of oversight and engagement that has plagued many of our public company boards.

With your support, I will serve as an active, engaged director of Motorola, unafraid to demand management accountability and to ask the tough questions that appear to me to have gone unasked. Motorola's businesses operate in an extremely competitive environment - our Company can ill-afford further missteps.

I am asking for your support to help me work to protect our investments in Motorola by using the enclosed GOLD proxy card - to vote by telephone, by Internet or by signing, dating and returning the GOLD proxy card today.

Critics of shareholder activism have argued that challenges to entrenched boards could destroy "collegiality." I believe that it is time to realize that boards are neither fraternities nor private clubs. Boards composed of "colleagues" that are friendly to management and fail to question poor performance or demand accountability are, in my view, the greatest threat to the vitality of our economic system. With focused and engaged boards, egregious compensation packages, backdating of options and other abuses might well have been avoided, and well-known corporate disasters might not have occurred.

Instead of directing its full focus to correcting its recent missteps that have cost shareholders billions, Motorola management is willing to spend significant management time and substantial shareholder money in an effort to keep one large shareholder off the Board.

MOTOROLA IS A TROUBLED COMPANY

Ed Zander stated today, "the performance at our mobile device business in the first quarter was unacceptable ... " We could not agree more. Mr. Zander's statements during Motorola's March 21 conference call speak volumes. After a change in management in Mobile Devices a month earlier, Mr. Zander said, -- "it became apparent that the actions that we outlined in January were not progressing fast enough, if at all. . . ." -- "Further, our performance in Europe continues to be below expectations because we had a limited 3G product portfolio. . . ."  -- "For the full

year, we expect overall sales profitability and operations cash flow to be substantially below our prior guidance."

Today's earnings conference call reaffirmed my belief that Motorola has a passive and reactive Board, which failed to timely steer management in the right direction, and carries significant responsibility for the predicament in which Motorola finds itself. Management's comments today further highlight how difficult a position the Company has been placed in and the cost and the timing associated with now trying to right the ship in the middle of a storm of their own creation -- a storm that, by their own admission, they should have seen coming. Today Mr. Zander stated:

-- " ... the performance at our mobile device business in the first quarter was unacceptable ... " and "It can also be punishing if you get out of cycle in any one of these areas, which is the case for this division right now."

-- " ... I think some of the delays and lagging and procrastination on some of these things have begun to hurt us back in Q4 and now, of course, this year.

-- "One of the problems over there has been we just haven't moved with a sense of urgency and priorities. I think the lack of focus on the realities of 3G, while they were known were not executed  ... "

-- "Obviously I wish in 2007 that we had these products in the marketplace. So we have got to tough it out this year with what we have  ... "

Ask yourself why Motorola, a company so clearly in need of a fresh perspective, would resist putting a large stockholder with significant business experience on the Board.  Unlike any of the other Motorola Board members, my interests are completely aligned with those of other shareholders - in the form of an investment in Motorola with a market value of more than $1.2 billion.

Motorola's excuse for its resistance cannot be based on my qualifications. My experience and success speak for themselves.  I have served on the boards of many public companies and believe that I have materially added value.  To give only a few examples, I am currently on the board of American Real Estate Partners LP. American Real Estate Partners LP has moved from $8.50 per unit on November 4, 2002 to a high of $128.69 per unit on March 12, 2007, increasing by over $6 billion in value.  Since I joined the board of Imclone Systems on September 20, 2006, the stock has moved up 40%.  And while Blockbuster has decreased in value since I joined the board, its stock has moved up 44% in the past 12 months.

My activist investments over the past 2 years such as Time Warner, Kerr McGee and Temple Inland have seen their stock prices add billions in market value.  While I can't claim credit for all of these increases in value, I believe that I have been a positive catalyst for change. I also believe that my philosophy regarding the role of board members and the accountability of management, which I would apply at Motorola, has proven itself over the long- term.

I believe that my expertise in finance and overall business judgment qualify me for Board service at Motorola. I have been successful in industries as diverse as telecom, automotive, oil and gas, gaming, real estate and biotechnology, among others and my fellow shareholders have benefited from those successes. I believe that business judgment and experience are critical traits for any Motorola director in the challenging times that lie ahead. I am seeking your support because I believe that I can be a positive force for change, which is sorely needed in Motorola's Boardroom. If elected, I will work on behalf of all shareholders to restore our Company to the preeminent position that it once enjoyed. Please help me do so by using the enclosed GOLD proxy card today - to vote by telephone, by Internet or by signing, dating and returning the GOLD proxy card.

Thank you for your support,

Carl C. Icahn [Emphasis added.]

105.    On November 30, 2007, Motorola announced that Defendant Zander would no longer serve as CEO and would be replaced by Defendant Brown.

### Additional Scienter Allegations

106.    As alleged herein, Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading, knew that such statements or documents would be issued or disseminated to the investing public, and knowingly and substantially participated or acquiesced in the issuance of such statements or documents in violation of the federal securities laws. As set forth elsewhere herein in detail, the Defendants, by virtue of their receipt of information reflecting the true facts regarding Motorola, their control over and/or receipt and/or modification of Motorola's allegedly materially misleading misstatements, and their positions with the Company, were made privy to confidential proprietary information concerning Motorola, and participated in the fraudulent scheme alleged herein.

107.    Because of their executive and managerial positions with Motorola, the Individual Defendants had access to the adverse non-public information about the business, finances, markets and present and future business prospects of Motorola particularized herein via access to internal

corporate documents, conversations or connections with corporate officers or employees, attendance at management meetings and committees thereof and/or via reports and other information provided to them in connection therewith.

108.    Defendants' scienter is evidenced by their unusual and suspicious insider trading. Defendants took advantage of the inflation in Motorola's stock price resulting from their false statements and sold 1.17 million shares of their Motorola stock at artificially inflated prices for insider selling proceeds of over $26.5 million as follows:

| Last Name | First Name | Date | Shares | Price | Proceeds | % Sold |
|---|---|---|---|---|---|---|
| BROWN | GREGORY | 7/27/2006 | 44,800 | $22.10 | $990,080 | |
| | | 7/27/2006 | 37,090 | $22.12 | $820,431 | |
| | | 7/27/2006 | 8,900 | $22.08 | $196,512 | |
| | | 7/27/2006 | 7,000 | $22.09 | $154,630 | |
| | | 10/20/2006 | 42,000 | $23.30 | $978,600 | |
| | | 10/20/2006 | 12,000 | $23.32 | $279,840 | |
| | | 10/20/2006 | 10,000 | $23.27 | $232,700 | |
| | | 10/20/2006 | 7,700 | $23.35 | $179,795 | |
| | | 10/20/2006 | 6,040 | $23.36 | $141,094 | |
| | | 10/20/2006 | 5,000 | $23.34 | $116,700 | |
| | | 10/20/2006 | 5,000 | $23.31 | $116,550 | |
| | | 10/20/2006 | 4,000 | $23.28 | $93,120 | |
| | | 10/20/2006 | 900 | $23.26 | $20,934 | |
| | | 10/23/2006 | 16,500 | $23.25 | $383,625 | |
| | | 10/23/2006 | 1,437 | $23.26 | $33,425 | |
| | | | 208,367 | | $4,738,036 | 29.19% |
| DEVONSHIRE | DAVID | 7/27/2006 | 75,200 | $22.10 | $1,661,920 | |
| | | 7/27/2006 | 57,300 | $22.12 | $1,267,476 | |
| | | 7/27/2006 | 40,000 | $22.08 | $883,200 | |
| | | 7/27/2006 | 23,800 | $22.11 | $526,218 | |
| | | 7/27/2006 | 22,030 | $22.13 | $487,524 | |
| | | 7/27/2006 | 7,400 | $22.09 | $163,466 | |
| | | | 225,730 | | $4,989,804 | 80.05% |
| GARRIQUES | RONALD | 8/9/2006 | 90,081 | $23.15 | $2,085,375 | |
| | | 8/9/2006 | 51,700 | $23.13 | $1,195,821 | |
| | | 8/9/2006 | 46,000 | $23.12 | $1,063,520 | |
| | | 10/23/2006 | 25,098 | $23.60 | $592,313 | |
| | | 10/23/2006 | 11,200 | $23.63 | $264,656 | |
| | | 10/23/2006 | 8,900 | $23.64 | $210,396 | |
| | | 10/23/2006 | 4,300 | $23.66 | $101,738 | |

| Last Name | First Name | Date | Shares | Price | Proceeds | % Sold |
|---|---|---|---|---|---|---|
| | | 10/23/2006 | 3,400 | $23.67 | $80,478 | |
| | | 10/23/2006 | 2,600 | $23.65 | $61,490 | |
| | | 10/23/2006 | 1,300 | $23.62 | $30,706 | |
| | | 10/23/2006 | 200 | $23.61 | $4,722 | |
| | | | 244,779 | | $5,691,215 | 35.06% |
| MOLONEY | DANIEL | 7/27/2006 | 43,400 | $22.10 | $959,140 | |
| | | 7/27/2006 | 16,100 | $22.08 | $355,488 | |
| | | 7/27/2006 | 11,600 | $22.12 | $256,592 | |
| | | 7/27/2006 | 3,900 | $22.09 | $86,151 | |
| | | 10/20/2006 | 35,000 | $23.40 | $819,000 | |
| | | 10/20/2006 | 23,800 | $23.43 | $557,634 | |
| | | 10/20/2006 | 20,000 | $23.42 | $468,400 | |
| | | 10/20/2006 | 15,000 | $23.41 | $351,150 | |
| | | 10/20/2006 | 4,668 | $23.45 | $109,465 | |
| | | 10/20/2006 | 3,000 | $23.46 | $70,380 | |
| | | | 176,468 | | $4,033,400 | 55.22% |
| NOTTENBURG | RICHARD | 7/27/2006 | 45,100 | $22.12 | $997,612 | |
| | | 7/27/2006 | 27,500 | $22.10 | $607,750 | |
| | | 7/27/2006 | 17,069 | $22.13 | $377,737 | |
| | | 7/27/2006 | 5,700 | $22.09 | $125,913 | |
| | | | 95,369 | | $2,109,012 | 49.80% |
| WARRIOR | PADMASREE | 7/26/2006 | 226,611 | $22.00 | $4,985,442 | |
| | | | 226,611 | | $4,985,442 | 69.28% |
| | | **Total:** | **1,177,324** | | **$26,546,908** | |

109.     Defendants' insider trading was unusual and suspicious for at least the following reasons:

(a)     each of the sellers sold a material portion of their Motorola common stock holdings;

(b)     the insider selling followed after the issuance of materially false and misleading statements; and

(c)     the insider trading occurred at high prices relative to where the price of Motorola's stock fell at the end of the Class Period.

110.    Defendants have admitted that they monitored and were aware of all significant business and operational developments at the Company. During the Class Period, Defendant Zander stated that following about the handsets Motorola expected to launch during the fourth quarter, "every week I have a staff meeting and every week I have a call; how are we doing?" Nonetheless, Defendants failed to disclose and misrepresented the significant product development and engineering setbacks Motorola was experiencing on new cell phone technologies under development.

111.    Defendants' knowledge or reckless disregard for the Company's 3G problems is further evidenced by the actions taken on the RAZR line of products. Defendant Zander has now **admitted** that Motorola initiated a strategy to slash the price of the Company's RAZR phone products **in "late Q3" 2006**. In addition, Defendant Garriques acknowledged that Motorola had "become sophisticated over the last two years" and that he had the ability "to see" sales data in the Company's "most important markets around the world." Despite these facts, Defendants failed to disclose and misrepresented Motorola's strategy to dramatically cut the price of its RAZR phone line on a conference call with securities analyst in mid-October 2006.

112.    The Defendants had a duty to disseminate or cause to be disseminated, accurate and truthful information with respect to Motorola's more significant products, its disclosure and internal controls and its operating performance to correct promptly any previously disseminated information that was misleading to the market. As a result of the Defendants' failure to do so, the price of Motorola's securities was artificially inflated during the Class Period, damaging Plaintiffs and the Class.

113.    The Individual Defendants, because of their positions with Motorola, controlled the contents of the Company's public statements, press releases, and quarterly and annual reports disseminated throughout the Class Period. Each Individual Defendant was provided with or had

access to copies of the reports and press releases alleged herein to be false and/or misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information, the Individual Defendants knew or recklessly disregarded that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations that were being made were false and misleading. As a result, each of the Individual Defendants is responsible for the accuracy of Motorola's corporate statements are therefore responsible and liable for the representations contained therein.

114. Each of the Defendants is liable as a primary violator in making false and misleading statements, and for participating in a fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of Motorola's securities during the Class Period.

115. As alleged herein, the Defendants acted with scienter in that each such Defendant knew or recklessly disregarded that the public documents and statements, issued or disseminated by or in the name of the Company, were materially false and misleading, knew or recklessly disregarded that such statements or documents would be issued to the investing public, and knowingly and substantially participated or acquiesced in the issuance of such statements or documents as primary violators of the federal securities laws. The Defendants, by virtue of their receipt of information reflecting the true facts regarding Motorola and its products and business practices, their control over and/or receipt of Motorola's allegedly materially misleading misstatements, and/or their associations with the Company which made them privy to confidential proprietary information concerning Motorola, were active and culpable participants in the fraudulent scheme alleged herein. The Defendants knew and/or recklessly disregarded the false and misleading nature of the information that they caused to be disseminated to the investing public. The ongoing

fraudulent schemes described in this complaint could not have been perpetuated over a substantial period of time, as has occurred, without the knowledge and complicity of the Individual Defendants.

116.     Among other things, the Defendants were provided with material adverse information about the Company's 3G product development.  Defendants were well aware that such information presented a risk that was, at least, reasonably likely to adversely affect the Company's operations and business prospects and that such risk was required to be disclosed to investors.  Nonetheless, the Defendants caused Motorola to conceal and minimize such adverse information rather than disclose this adverse and material information to the marketplace.

117.     The scienter of the Individual Defendants is underscored by the Sarbanes-Oxley mandated certifications of Defendants Zander and Devonshire which acknowledged their responsibility to investors for establishing and maintaining controls to ensure that material information about Motorola was made known to them and that such controls were operating effectively.

### Loss Causation/Economic Loss

118.     During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated Motorola's stock price and operated as a fraud or deceit on Class Period purchasers of Motorola stock by misrepresenting the Company's past and future business prospects.  Defendants achieved this façade of success, growth and strong future business prospects by making misrepresentations about the Company's business and cell phone products.  As detailed above, when Defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market, Motorola's stock fell precipitously as the prior artificial inflation came out of Motorola's stock price.  As a result of their purchases of Motorola stock during the Class Period, Plaintiffs and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

119.     By improperly concealing their conduct, Defendants presented a misleading picture of Motorola's business and prospects.  Thus, instead of truthfully disclosing the risks and uncertainties facing Motorola, Defendants caused Motorola to conceal the adverse problems with its development and sale of new cell phone products.  During the Class Period, Defendants repeatedly emphasized Motorola's development of new cell phone products, in general, and 3G phones, in particular.  These representations caused and maintained the artificial inflation in the stock price of Motorola throughout the Class Period and until the truth was revealed to the market.

120.     Defendants' false and misleading statements had the intended effect and caused Motorola stock to trade at artificially inflated levels throughout the Class Period, reaching as high as $25.84 per share.

121.     Starting on January 4, 2007, Defendants were forced to publicly disclose that Motorola would report disappointing financial results for the fourth quarter of 2006 and that the Company's poor results were directly the result of the Company's failure to produce and ship sufficient quantities of 3G phones in time for the 2006 Holiday Selling Season.  As a direct result of Defendants' admissions and the public revelations regarding the truth about Motorola's 3G phone sales, the price of Motorola stock declined 8%, falling from $20.31 to $18.72, which represented a decline of approximately 35% from the Class Period high of $25.81 reached on October 13, 2006.  This drop removed the inflation from Motorola's stock price, causing real economic loss to investors who had purchased the stock during the Class Period.

122.     The decline in Motorola's stock price at the end of the Class Period was a direct result of the nature and extent of Defendants' fraud finally being revealed to investors and the market.  The timing and magnitude of Motorola's stock price declines negate any inference that the loss suffered by Plaintiffs and other Class members was caused by changed market conditions, macroeconomic or industry factors or Company-specific facts unrelated to the Defendants' fraudulent conduct.  During

the same period in which Motorola's stock price declined 35% the Standard & Poor's 500 securities index increased dramatically.  The economic loss, i.e., damages, suffered by Plaintiffs and other members of the Class was a direct result of Defendants' fraudulent scheme to artificially inflate Motorola's stock price and the subsequent significant decline in the value of Motorola's stock when Defendants' prior misrepresentations and other fraudulent conduct was revealed.

### Applicability of Presumption of Reliance:
### Fraud on the Market Doctrine

123.    At all relevant times, the market for Motorola's securities was an efficient market for the following reasons, among others:

(a)    Motorola's common stock met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b)    As a public company, Motorola filed periodic public reports with the SEC;

(c)    Motorola regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d)    Motorola was followed by several securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales force and certain customers of their respective brokerage firms.  Each of these reports was publicly available and entered the public marketplace.

124.    As a result of the foregoing, the market for Motorola's securities promptly digested current information regarding Motorola from publicly available sources and reflected such information in Motorola's stock price.  Under these circumstances, all purchasers of Motorola

securities during the Class Period suffered similar injury through their purchase of Motorola securities at artificially inflated prices and a presumption of reliance applies.

### No Safe Harbor

125. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this complaint. Many of the specific statements pleaded herein were not identified as "forward-looking statements" when made. To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements were made, the particular speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was authorized and/or approved by an executive officer of Motorola who knew that those statements were false when made.

126. Defendants failed to provide any meaningful discussion of the risks which throughout the Class Period were materially and adversely impacting the Company's operations.

### COUNT I

### For Violation of §10(b) of the Exchange Act and Rule 10b-5
### Against All Defendants

127. Plaintiffs incorporate ¶¶1-126 by reference.

128. During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or recklessly disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

129. Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they: (a) Employed devices, schemes, and artifices to defraud; (b) Made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and (c) Engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Plaintiff and others similarly situated in connection with their purchases of Motorola's publicly traded securities during the Class Period.

130. Plaintiffs and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Motorola's publicly traded securities. Plaintiffs and the Class would not have purchased Motorola's publicly traded securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

131. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their purchases of Motorola's publicly traded securities during the Class Period.

### For Violation of §20(a) of the Exchange Act
### Against All Individual Defendants

132. Plaintiffs incorporate ¶¶1-131 by reference.

133. The Individual Defendants acted as controlling persons of Motorola within the meaning of §20 of the Exchange Act. By virtue of their positions and their power to control public statements about Motorola, the Individual Defendants had the power and ability to control the actions of Motorola and its employees. By reason of such conduct, Individual Defendants are liable pursuant to §20(a) of the Exchange Act.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for judgment as follows:

(a)     Declaring this action to be a proper class action pursuant to Rule 23;

(b)      Awarding Plaintiffs and the members of the Class damages and interest;

(c)      Awarding Plaintiffs' reasonable costs, including attorneys' fees; and

(d)      Awarding such further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury.

DATED: December 20, 2007        MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING


*/s/ Marvin A. Miller*
MARVIN A. MILLER

115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

*Liaison Counsel*

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiffs*

VANOVERBEKE MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

*Additional Counsel for Plaintiff*