UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 1:07-cv-04507 **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | Judge St. Eve Magistrate Judge Mason |
| MOTOROLA, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

JOINT STATUS REPORT

Class Representatives Macomb County Employees' Retirement System and St. Clair Shores Police and Fire Pension System ("St. Clair") (collectively "Plaintiffs") and defendants Motorola, Inc., Edward J. Zander, David W. Devonshire, Ronald G. Garriques, Gregory Q. Brown, Daniel M. Moloney, Richard N. Nottenburg, Padmasree Warrior (collectively "Defendants"), respectfully submit this Joint Status Report.

On September 1, 2009, the Court calendared a status hearing for November 10, 2009 at 8:30 a.m. *See* Dkt. No. 142. As both parties' counsel are located out of town, they believe it would be helpful to the Court to provide a written status update in advance of November 10 so that the Court could determine if additional information is necessary at this time. If the Court determines that no additional information beyond that set forth below is necessary, the parties respectfully suggest that the status hearing be postponed. The current status is as follows:

## I.      MEDIATION

1.      The parties are working together to confer regarding each other's positions concerning possible resolution of the matter. These communications are in the earliest stages. Consistent with this Court's previous order and inquiries, the parties have retained a mediator – the Hon. Daniel Weinstein (Ret.) of JAMS. Pursuant to this Court's June 19, 2009 Order, the parties are in communication with each other and with the mediator, and have submitted a Joint Mediation Statement to Judge Weinstein.

2.      While the parties in the abstract had previously hoped to be in a position to have a formal mediation during the month of October, the parties and Judge Weinstein are currently in agreement that a face-to-face mediation in early 2010, and by no later than the end of February if that timeframe is feasible for all necessary and appropriate parties, is the best course at this time. The parties and mediator intend to continue to communicate with one another regarding mediation issues and potential settlement prior to any formal mediation session.

## II.     FACT DISCOVERY

3.     Pursuant to the operative Joint Case Management Statement and Scheduling Order, fact discovery is scheduled to close on April 16, 2010. *See* Dkt. No. 83. The Court has resolved one discovery dispute among the parties, and the parties do not at this time have any additional document discovery disputes that are ripe for adjudication.

4.     Currently, Defendants' document production exceeds two million pages of detailed e-mail and product development-related materials from over 100 custodians. Defendants' production began in December 2008 and has continued throughout 2009 at regular intervals, with significant amounts produced into September and October 2009. In addition to working together to complete the production of documents from certain custodians of responsive documents, Defendants are in the process of reviewing, compiling and finalizing their production of materials from a major source of electronically stored information. It is the parties' understanding that Defendants' forthcoming production of documents from the electronic source will also be voluminous. Currently, it is the parties' understanding that Defendants' agreed-upon production of documents pursuant to Plaintiffs' first request for production, will be substantially complete by the end of October 2009.

5.     In addition to the documents being produced by Defendants, Plaintiffs' counsel have issued document subpoenas to 34 third parties. To date, approximately 1.1 million pages of documents have been produced and numerous third parties are still in the process of producing responsive documents. For example, Plaintiffs' document subpoena to Freescale Semiconductor, Inc. ("FSL") has been outstanding since October 3, 2008. Plaintiffs moved to compel compliance with the subpoena on August 21, 2009 and now, after months of negotiations, believe that FSL will likely be producing approximately 700,000 pages of documents within the next few weeks.

6.     Plaintiffs have also sought relief with the United States Bankruptcy Court for the District of Delaware from the stay entered with regard to Spansion, Inc.'s ("Spansion") bankruptcy

in 2009, in order to serve a subpoena on the entity. Spansion was a manufacturer of one of the components of Motorola's 3G handsets during the Class Period, and Plaintiffs believe the Company is likely in possession of documents highly relevant to the claims in this action. A hearing on Plaintiffs' motion for relief from the bankruptcy stay is scheduled to be heard at the end of October 2009. Until Plaintiffs are given permission to proceed with serving process on Spansion, they are unable to make any determination regarding the potential volume of the company's production, but believe that it will be voluminous.

7. The parties have worked diligently to expedite document discovery and have largely worked in a cooperative and productive manner, but this is a very complex case involving highly technical issues and substantial quantities of electronic stored information. As a result, the production of responsive documents has taken a significant amount of time and resources. Furthermore, the review and analysis of these documents, as well as of the millions of pages of documents soon to be produced, will require the allocation of significant additional time and resources as the parties prepare for depositions in this action.

8. While the parties continue to work diligently to complete the production of their review of millions of pages of documents produced and yet to be produced in this action, they also have been working diligently to schedule approximately 40 to 45 fact-based depositions. Currently the parties have confirmed dates for 6 depositions to occur between October 28, 2009 and January 19, 2010, and are in the process of scheduling additional depositions for various witnesses already identified by Plaintiffs during and after this same timeframe. The identification and scheduling of percipient witness depositions, however, is somewhat dependent on the complete production and review of the document discovery, which, as discussed above, is still ongoing. Plaintiffs have identified 30 current and former Motorola employees that they intend to depose as of this time, but have reserved the right to identify additional or substitute such witnesses as they

continue to review the document discovery. Defendants reserve their rights with respect to any such requests by Plaintiffs regarding the identification of such additional or substitute witnesses.

9.      Given the number of depositions the parties are attempting to schedule, as well as the fact that well up to two million additional pages of documents likely will be produced over the course of the next few months, the parties do not believe that fact discovery can be completed by April 16, 2010 without prejudicing the parties' ability to prepare this case for trial and burdening potential deponents. The parties have been working diligently and cooperatively to complete discovery, but the complex nature of the case and discovery issues have created delays that the parties have addressed.

10.     The parties recognize that the Court found that extending case deadlines at the last status hearing was premature, but, for the purposes of scheduling depositions and coordinating with both party and third-party witnesses, the parties now believe that an extension of the fact discovery cutoff to June 30, 2010 is warranted at this time to prevent undue prejudice and wasting of resources.

11.     Accordingly, the parties respectfully request that the February 10, 2009 Joint Case Management Statement and Scheduling Order be amended as follows:[1]

| Fact discovery cutoff | June 30, 2010 |
| --- | --- |
| Plaintiffs' expert disclosure | August 16, 2010 |
| Defendants' expert disclosure | October 4, 2010 |
| Plaintiffs' rebuttal expert report | November 4, 2010 |

## III.    CONCLUSION

12.     Undersigned counsel continue to work closely together in the above areas and others relevant to the case. The cooperation among counsel has benefitted the progress of the case so far

---

[1]      Should the Court prefer a joint motion and proposed order be submitted to facilitate these changes, the parties will submit them at the Court's request.

and we anticipate that it will continue to do so.  If the Court finds that the above information is complete and addresses the Court's desire for a status update, counsel respectfully requests that the status hearing be postponed until after the mediation session intended to be scheduled early next year.  Counsel, of course, stand ready to assist the Court in whatever way the Court desires both with respect to any status conference and with respect to any other matter.

DATED:  October 23, 2009                    Respectfully submitted,

                                            COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            TOR GRONBORG
                                            SUSAN G. TAYLOR
                                            TRIG R. SMITH
                                            JENNIFER L. GMITRO


                                                      s/ TRIG R. SMITH
                                            _____
                                                    TRIG R. SMITH

                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            SAMUEL H. RUDMAN
                                            58 South Service Road, Suite 200
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)

                                            Lead Counsel for Plaintiffs

                                            MILLER LAW LLC
                                            MARVIN A. MILLER
                                            LORI A. FANNING
                                            115 S. LaSalle Street, Suite 2910
                                            Chicago, IL  60603
                                            Telephone:  312/332-3400
                                            312/676-2676 (fax)

                                            Liaison Counsel

- 5 -

VANOVERBEKE MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff

DATED:  October 23, 2009                ARNOLD & PORTER LLP
JOHN C. MASSARO
ELIZABETH LEISE
STEPHEN M. SACKS


_____s/ ELIZABETH LEISE (with consent)_____
ELIZABETH LEISE

555 Twelfth Street, N.W.
Washington, DC  20004-1202
Telephone:  202/942-5000
202/942-5999 (fax)

SHEFSKY & FROELICH LTD.
J. TIMOTHY EATON
MICHAEL P. SHEEHAN
111 East Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312/527-4000
312/527-4011 (fax)

Local Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 23, 2009.

s/ TRIG R. SMITH
TRIG R. SMITH

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  trigs@csgrr.com

# Mailing Information for a Case 1:07-cv-04507

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **J. Timothy Eaton**
  teaton@shefskylaw.com,sfdocket@shefskylaw.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Jennifer L. Gmitro**
  JGmitro@csgrr.com

- **Tor Gronborg**
  torg@csgrr.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Elizabeth Leise**
  elizabeth_leise@aporter.com,john_massaro@aporter.com

- **Richard A. Maniskas**
  sradcliffe@glancylaw.com

- **John C Massaro**
  john_massaro@aporter.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,LFanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **Matthew P Montgomery**
  mattm@csgrr.com

- **David A Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H Rudman**
  srudman@csgrr.com

- **Joseph Russello**
  jrussello@csgrr.com

- **Stephen M Sacks**
  stephen_sacks@aporter.com

- **Michael P. Sheehan**
  msheehan@shefskylaw.com,sfdocket@shefskylaw.com

- **Trig Randall Smith**
  trigs@csgrr.com,stremblay@csgrr.com,e_file_sd@csgrr.com

- **Susan G Taylor**

SusanT@csgrr.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Katherine Acheson**
,

**D Seamus Kaskela**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087