# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4507 | **DATE** | 1/20/2010 |
| **CASE TITLE** | Silverman vs. Motorola, Inc et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 1/20/10 and continued to 3/10/10 at 8:30 a.m.  As stated in open court and further below, plaintiff's motion to compel [158] is granted in part and denied in part. Fact discovery cutoff is extended to 6/30/10.   Plaintiffs' expert disclosures and reports by 8/16/10. Defendants' expert disclosures and reports by 10/4/10. Rebuttal  expert disclosures and reports by 11/4/10. Expert discovery to be completed by 12/21/10.

■[ For further details see text below.]

Notices mailed by Judicial staff.

## STATEMENT

Defendants are ordered to review the files of Scott Offer, Carol Forsyte, Michael Annes, Phillip Gilchrist, Robert Cash, Tim Johnson, and defendants Devonshire, Brown, Moloney, Nottenburg, and Zander, and produce from those files by 2/10/10:

•	Documents concerning Motorola's decision to terminate its chip supply agreement with Freescale in October 2008 that refer or relate to Freescale's inability to provide a chipset to Motorola during the Class Period.

•	Non-privileged documents relating to any actual or contemplated legal proceedings against Freescale that refer or relate to Freescale's inability to provide a chipset to Motorola during the Class Period. Defendants are ordered to produce a privilege log with respect to this category.

| | Courtroom Deputy Initials: | KF |
|---|---|---|