**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division**

Eric Silverman, et al.
                 Plaintiff,

v.                                              Case No.: 1:07−cv−04507
                                                    Honorable Amy J. St. Eve

Motorola, Inc., et al.
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 10, 2010:

      MINUTE entry before Honorable Amy J. St. Eve: Status hearing held on 3/10/2010. Plaintiffs' unopposed motion for leave to amend the operative pleading and to deem the proposed second amended complaint filed [202] is granted. Defendants to answer or otherwise plead to the second amended complaint by 3/30/2010. Plaintiffs' motion for leave to file a redacted proposed second amended complaint [203] is denied without prejudice. The redacted version should not be filed at this time. The plaintiffs are directed to refile motion to seal, as stated in open court, by 3/12/2010. Status hearing continued to 5/6/2010 at 8:30 A.M. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.