UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 1:07-cv-04507  **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge St. Eve Magistrate Judge Mason |
| MOTOROLA, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

MOTION TO COMPEL NON-PARTY QUALCOMM, INC. TO PRODUCE DOCUMENTS

512650_1

Class representatives, Macomb County Employees' Retirement System and St. Clair Shores Police and Fire Pension System (hereinafter, "plaintiffs"), hereby move the Court for an order compelling non-party Qualcomm, Inc. ("QCOM") to produce documents. This motion is based upon the Notice of Motion, the Motion, the Memorandum of Law in Support thereof, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider.

Pursuant to Local Rule 37.2, counsel for plaintiffs hereby certify that they conferred with QCOM's counsel repeatedly between December 2009 and March 2010. *See* Memorandum filed in support hereof, filed herewith. The parties to those discussions were Trig Smith and Don Sullivan. After numerous good faith attempts to resolve the discovery disputes addressed in the present motion, the parties have been unable to reach an accord.

| | |
|---|---|
| DATED: March 24, 2010 | Respectfully submitted,<br><br>COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>MICHAEL J. DOWD<br>TOR GRONBORG<br>SUSAN G. TAYLOR<br>TRIG R. SMITH<br>JENNIFER L. GMITRO<br><br>s/ TRIG R. SMITH<br>TRIG R. SMITH<br><br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |

- 1 -

512650_1

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

Liaison Counsel

VANOVERBEKE MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List as well as manually serving Mr. Donald J. Sullivan at Qualcomm Inc., 5775 Morehouse Drive, San Diego, CA 92121-1714.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 24, 2010.

    s/ TRIG R. SMITH
    TRIG R. SMITH

    COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)
    E-mail: trigs@csgrr.com

512650_1

# Mailing Information for a Case 1:07-cv-04507

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David K. Cole**
  courtnotification@mayerbrown.com

- **Michael J. Dowd**
  miked@csgrr.com,debg@csgrr.com

- **J. Timothy Eaton**
  teaton@shefskylaw.com,sfdocket@shefskylaw.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Michael David Frisch**
  courtnotification@mayerbrown.com

- **Jennifer L. Gmitro**
  JGmitro@csgrr.com

- **Tor Gronborg**
  torg@csgrr.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **M. Sean Laane**
  sean.laane@aporter.com

- **Kim Ann Leffert**
  courtnotification@mayerbrown.com

- **Elizabeth Leise**
  elizabeth_leise@aporter.com,john_massaro@aporter.com

- **Richard A. Maniskas**
  sradcliffe@glancylaw.com

- **John C Massaro**
  john_massaro@aporter.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,LFanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **Matthew P Montgomery**
  mattm@csgrr.com

- **David A Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H Rudman**
  srudman@csgrr.com

- **Joseph Russello**
  jrussello@csgrr.com

- **Stephen M Sacks**
  stephen_sacks@aporter.com

- **Michael P. Sheehan**
  msheehan@shefskylaw.com,sfdocket@shefskylaw.com

- **Trig Randall Smith**
  trigs@csgrr.com,stremblay@csgrr.com,e_file_sd@csgrr.com

- **Susan G Taylor**
  SusanT@csgrr.com

- **James W. Thomas , Jr**
  james.thomas@aporter.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
D Seamus Kaskela
```
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087