## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Eric Silverman, et al.
                     Plaintiff,

v.                                         Case No.: 1:07−cv−04507
                                               Honorable Amy J. St. Eve

Motorola, Inc., et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 5, 2010:

      MINUTE entry before Honorable Amy J. St. Eve: Pursuant to plaintiffs' notices, plaintiffs' motion to compel [215] and motion to compel depositions [218] are withdrawn. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.