UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 1:07-cv-04507 **(Consolidated)** |
| Plaintiff | ) ) ) | CLASS ACTION |
| vs. | ) ) ) ) | Judge St. Eve Magistrate Judge Mason |
| MOTOROLA, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF PETER M. PROVENZANO IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES AND REIMBURSEMENT OF REASONABLE EXPENSES INCURRED BY MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

691418_1

I, PETER M. PROVENZANO, declare as follows:

1. I respectfully submit this Declaration in support of: (a) final approval of the settlement (the "Settlement") in the above-captioned case (the "Litigation") reached between Class Representatives Macomb County Employees' Retirement System ("Macomb County") and St. Clair Shores Police & Fire Retirement System ("St. Clair") and the defendants in the Litigation; (b) approval of Robbins Geller Rudman & Dowd LLP's ("Lead Counsel") application for an award of attorneys' fees and reimbursement of expenses; and (c) Macomb County's application for reimbursement of expenses pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(4).

2. I am the Finance Director and Secretary of Macomb County's Retirement Commission. Macomb County understands that the PSLRA was intended to encourage institutional investors with large losses to seek to manage and direct securities fraud class actions. Macomb County is a large, sophisticated institutional investor who committed itself to vigorously prosecuting this Litigation through trial, if necessary. In seeking appointment as Lead Plaintiff and as a Class Representative in the case, Macomb County understood its fiduciary duties to serve in the interests of the Class by participating in the management and prosecution of the case.

3. I understand that the Court granted Macomb County's unopposed motion to be appointed Lead Plaintiff on October 16, 2007 and, on August 25, 2009, the Court appointed Macomb County to serve as Class Representative. Macomb County selected Robbins Geller as both Lead Counsel and Class Counsel, reviewed and monitored the progress of this case and active participation of Lead Counsel in its prosecution, participated in document and written discovery, provided deposition testimony, kept itself informed of mediation and settlement discussions and, ultimately, approved the Settlement. After the parties reached the Settlement in principle, as part of

Macomb County's fiduciary duties to the Class, independent of Lead Counsel, it considered the reasonableness of the $200 million Settlement and Lead Counsel's proposed fee request.

4. In consideration of whether to agree to the $200 million Settlement, as well as whether Lead Counsel's application for a 27.5% fee is reasonable, Macomb County weighed the substantial pecuniary benefits obtained by Lead Counsel for the Class against the significant risks and uncertainties of the Litigation. These risks included the possibility of either no recovery at all or a nominal recovery from defendants. In light of the amount of the Settlement and the immediacy of recovery to the Class, Macomb County believes that the Settlement and Lead Counsel's application for a 27.5% fee are fair, reasonable and adequate, and in the best interests of the Class.

5. It is Macomb County's understanding that while the PSLRA prohibits a class representative or lead plaintiff from collecting a larger percentage of its losses than any other member of a class, it does provide for the reimbursement of costs and expenses incurred by a shareholder in serving as a Lead Plaintiff and Class Representative. Macomb County incurred expenses in search for and connection with the time that Macomb County personnel incurred in producing hard-copy and electronic documents and responses to written discovery, preparing for and providing deposition testimony and keeping abreast of settlement discussions. Those expenses are provided for in Exhibit A, attached hereto, and total $6450.00. Macomb County's expenses were reasonably and necessarily incurred in discharging its fiduciary obligations to the Class as a Lead Plaintiff and Class Representative. It is Macomb County's belief that its request for reimbursement is fair and reasonable.

6. Macomb County appreciates the Court's attention to the facts presented in my declaration and respectfully requests that the Court grant final approval of the Settlement, Lead

Counsel's application for an award of attorneys' fees and expenses, and Macomb County's request for reimbursement of expenses pursuant to the PSLRA.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

                                                                   */s/ Peter Provenzano*
                                                          PETER M. PROVENZANO
                                        Macomb County Employees Retirement System

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 19, 2012.

<div style="margin-left:40%">

s/ Tor Gronborg
TOR GRONBORG

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:TorG@rgrdlaw.com

</div>

# Mailing Information for a Case 1:07-cv-04507

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Joseph Barber**
  jbarber@tdrlawfirm.com,edocket@tdrlawfirm.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David K. Cole**
  courtnotification@mayerbrown.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **J. Timothy Eaton**
  teaton@shefskylaw.com,sfdocket@shefskylaw.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **James R. Figliulo**
  jfigliulo@fslegal.com

- **Jennifer L. Gmitro**
  JGmitro@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **David Hall**
  dhall@rgrdlaw.com

- **Mark H Horwitch**
  mhorwitch@tdrlawfirm.com,edocket@tdrlawfirm.com

- **Stephanie D. Jones**
  sjones@fslegal.com

- **Robert J. Kopecky**
  rkopecky@kirkland.com

- **M. Sean Laane**
  sean.laane@aporter.com

- **Scott R. Lassar**
  slassar@sidley.com,efilingnotice@sidley.com

- **Daniel E. Laytin**
  dlaytin@kirkland.com

- **Kim Ann Leffert**
  courtnotification@mayerbrown.com

- **Erin K. Lynch**
  elynch@shefskylaw.com,sfdocket@shefskylaw.com

- **Richard A. Maniskas**
  sradcliffe@glancylaw.com

- **John C Massaro**
  john_massaro@aporter.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Matthew P Montgomery**
  mattm@csgrr.com

- **Ivy T Ngo**
  ingo@rgrdlaw.com

- **Keith F. Park**
  keithp@rgrdlaw.com

- **David A Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Joseph Russello**
  jrussello@csgrr.com

- **Stephen M Sacks**
  stephen_sacks@aporter.com

- **Jeffrey Charles Sharer**
  jsharer@sidley.com,efilingnotice@sidley.com

- **Michael P. Sheehan**
  msheehan@shefskylaw.com,sfdocket@shefskylaw.com

- **Anne J. Sidrys**
  anne.sidrys@kirkland.com,kimberly.love@kirkland.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Susan G Taylor**
  SusanT@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James W. Thomas , Jr**
  james.thomas@aporter.com,elissa.spencer@aporter.com,matthew.roessing@aporter.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Joseph            I. Goldstein**
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

**Jerry            A Isenberg**
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

**D                Seamus Kaskela**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

**Michael          Kelley**
Sidley and Austin
555 West Fifth Street
40th Floor
Los Angeles, CA 90013