EXHIBIT A

**EXHIBIT A**

MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM

Staff Expenses Incurred in: *Silverman v. Motorola, Inc., et al.*
August 2007 through December 2011

| Name | Description | Expense |
|---|---|---|
| David Diegel (prior Finance Director and Secretary) | 31 hours at $150/hour: Responding to discovery, deposition preparation and providing deposition testimony, discussions with Macomb County Commission regarding case developments | $4650.00 |
| Terri Scott (administrative assistant to Messrs. Provenzano and Diegel) | 4 hours at $100/hour: Searching for and compiling documents for production in response to defendants' written discovery | $400.00 |
| Macomb County IT Personnel | 14 person-hours at $100/hour: Working with Lead Counsel in applying reasonable search terms to Macomb County email and file servers for the purpose of searching and producing electronic documents in response to defendants' written discovery, applying search terms and producing responsive materials to Lead Counsel for review | $1400.00 |