UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants. | No. 1:07-cv-04507<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>Judge St. Eve<br>Magistrate Judge Mason |

DECLARATION OF JAMES HADDAD IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES AND REIMBURSEMENT TO THE CLASS REPRESENTATIVES PURSUANT TO 15 U.S.C. §78u-4(a)(4)

692977_1

I, JAMES HADDAD, declare as follows:

1. I respectfully submit this Declaration in support of: (a) final approval of the settlement (the "Settlement") in the above-captioned litigation (the "Litigation") reached between Class Representatives St. Clair Shores Police & Fire Retirement System ("St. Clair Shores") and Macomb County Employees' Retirement System ("Macomb County") and the Defendants in the Litigation; (b) approval of Robbins Geller Rudman & Dowd LLP's ("Lead Counsel" or "Robbins Geller") application for an award of attorneys' fees and reimbursement of expenses; and (c) St. Clair Shores' application for an award of expenses pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(4).

2. I am the Chairman of the Board for St. Clair Shores. As an institutional investor, St. Clair Shores' investment portfolio includes shareholder positions in numerous publicly-traded companies. Although St. Clair Shores has suffered investment losses on the stock of a number of publicly-traded companies since the enactment of the PSLRA, we are selective in choosing the cases in which to participate as a lead plaintiff and/or class representative and did so in the above-captioned action only after determining that this case merited institutional representation and participation.

3. In is my understanding that on August 25, 2009, the Court appointed St. Clair Shores as a Class Representative in this Litigation. In fulfillment of its responsibilities as a Class Representative, in conjunction with Lead Plaintiff and Co-Class Representative Macomb County, St. Clair Shores performed its duties in pursuit of a favorable result in this case. To that end, St. Clair Shores:

    (a) Selected Robbins Geller as Class Counsel;

    (b) Engaged in conferences with Macomb County and counsel from Robbins Geller;

- 1 -

692977_1

(c)  Participated in the Litigation and provided input into the prosecution of the action;

(d)  Kept informed regarding case developments and procedural status;

(e)  Reviewed pleadings and motions filed in the case, including those related to defendants' motions for summary judgment;

(f)  Held periodic communications between counsel and the St. Clair Shores Board of Directors;

(g)  Complied with class certification discovery requests, including providing relevant documents and information, preparing for deposition and giving deposition testimony;

(h)  Monitored, kept informed and participated in mediation and approval of settlement; and

(i)  Considered the merits of this Litigation, kept itself apprised of the scheduling of mediation sessions and approved the $200 million proposed Settlement.

4. As Chairman of the Board, I represent that the St. Clair Shores Board of Directors has approved the $200 million Settlement and Lead Counsel to seek attorneys' fees of 27.5% of the Settlement fund.

5. In considering whether to agree to the Settlement, the Board of Directors weighed the substantial pecuniary benefits to the Class against the significant risks and uncertainties of the Litigation up to and through the scheduled April 2012 trial. In light of the amount of the Settlement and the immediacy of recovery for the Class, St. Clair Shores concluded that the Settlement is fair, reasonable and adequate and concluded that accepting the $200 million Settlement is in the best interest of the Class. The Board of Directors considered the same factors in considering and approving Lead Counsel to apply for a 27.5% fee award. St. Clair Shores approved of the Settlement and 27.5% fee application in deliberation conducted independent of Lead Counsel.

6.  I understand that the PSLRA, while generally prohibiting a class representative being awarded a recovery in percentage terms greater than any other class member, provides for the reimbursement of costs and expenses incurred or otherwise absorbed by a shareholder in connection with its services in a securities class action. In connection with the services performed by St. Clair Shores in the best interests of the Class, St. Clair Shores incurred expenses associated with my time expended in the action and various St. Clair Shores personnel who assisted in responding to written discovery and the production of relevant hard-copy and electronic documents. The total of these unreimbursed expenses is $4350.00. The costs and expenses are further broken down in Exhibit A, attached to this declaration. These unreimbursed expenses were reasonably and necessarily incurred in connection with St. Clair Shores' services to all Class members in the case and are believed to be fair and reasonable.

7.  On behalf of St. Clair Shores, I appreciate the Court's consideration of the foregoing facts and respectfully request that the Court grant final approval of the Settlement, Lead Counsel's application for an award of attorneys' fees and expenses, and St. Clair Shores' request for reimbursement pursuant to the PSLRA.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct. Executed this __17__ day of March, 2012.

JAMES HADDAD
Chairman of the Board
St. Clair Shores Police & Fire Retirement System

- 3 -

692977_1

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 19, 2012.

s/ Tor Gronborg
TOR GRONBORG

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: TorG@rgrdlaw.com

# Mailing Information for a Case 1:07-cv-04507

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Joseph Barber**
  jbarber@tdrlawfirm.com,edocket@tdrlawfirm.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David K. Cole**
  courtnotification@mayerbrown.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **J. Timothy Eaton**
  teaton@shefskylaw.com,sfdocket@shefskylaw.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **James R. Figliulo**
  jfigliulo@fslegal.com

- **Jennifer L. Gmitro**
  JGmitro@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **David Hall**
  dhall@rgrdlaw.com

- **Mark H Horwitch**
  mhorwitch@tdrlawfirm.com,edocket@tdrlawfirm.com

- **Stephanie D. Jones**
  sjones@fslegal.com

- **Robert J. Kopecky**
  rkopecky@kirkland.com

- **M. Sean Laane**
  sean.laane@aporter.com

- **Scott R. Lassar**
  slassar@sidley.com,efilingnotice@sidley.com

- **Daniel E. Laytin**
  dlaytin@kirkland.com

- **Kim Ann Leffert**
  courtnotification@mayerbrown.com

- **Erin K. Lynch**
  elynch@shefskylaw.com,sfdocket@shefskylaw.com

- **Richard A. Maniskas**
  sradcliffe@glancylaw.com

- **John C Massaro**
  john_massaro@aporter.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Matthew P Montgomery**
  mattm@csgrr.com

- **Ivy T Ngo**
  ingo@rgrdlaw.com

- **Keith F. Park**
  keithp@rgrdlaw.com

- **David A Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Joseph Russello**
  jrussello@csgrr.com

- **Stephen M Sacks**
  stephen_sacks@aporter.com

- **Jeffrey Charles Sharer**
  jsharer@sidley.com,efilingnotice@sidley.com

- **Michael P. Sheehan**
  msheehan@shefskylaw.com,sfdocket@shefskylaw.com

- **Anne J. Sidrys**
  anne.sidrys@kirkland.com,kimberly.love@kirkland.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Susan G Taylor**
  SusanT@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James W. Thomas , Jr**
  james.thomas@aporter.com,elissa.spencer@aporter.com,matthew.roessing@aporter.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joseph                  I. Goldstein
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

Jerry                   A Isenberg
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

D                       Seamus Kaskela
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

Michael                 Kelley
Sidley and Austin
555 West Fifth Street
40th Floor
Los Angeles, CA 90013
```