UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 1:07-cv-04507 **(Consolidated)** |
| Plaintiff | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | Judge St. Eve Magistrate Judge Mason |
| MOTOROLA, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF KEITH F. PARK FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, KEITH F. PARK, declare as follows:

1.     I am a member of the firm of Robbins Geller Rudman & Dowd LLP and am admitted *pro hac vice* in this action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.     This firm is Lead Counsel for Plaintiffs.

3.     The identification and background of my firm and its partners is attached hereto as Exhibit A.

4.     The information set forth below regarding the firm's time and expenses is taken from time and expense printouts prepared and maintained by the firm in the ordinary course of business. I and the two partners who oversaw and/or conducted the day-to-day prosecution of the Litigation reviewed these printouts (and backup documentation where necessary or appropriate). The purpose of these reviews was to confirm both the accuracy of the entries on the printouts as well as the necessity for and reasonableness of the time and expenses committed to the Litigation. As a result of these reviews, reductions were made to both time and expenses either in the exercise of "billing judgment" or to conform to the firm's guidelines and policies regarding certain expenses such as charges for hotels, meals and transportation. As a result of these reviews and adjustments, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought as set forth in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Litigation.

5.     The total number of hours spent on this litigation by my firm is 37,070.85. The total lodestar amount for attorney/paraprofessional time based on the firm's current rates is $16,797,234.00. The hourly rates shown below are the usual and customary rates for each individual. A breakdown of the lodestar is as follows:

- 1 -

688804_1

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---:|---:|---:|
| Barz, James | (P) | 320.25 | 630 | 201,757.50 |
| Burkholz, Spencer A. | (P) | 20.00 | 780 | 15,600.00 |
| Dowd, Michael | (P) | 335.50 | 830 | 278,465.00 |
| Gronborg, Tor | (P) | 3,856.00 | 660 | 2,544,960.00 |
| Montgomery, Matthew P. | (P) | 150.50 | 585 | 88,042.50 |
| Park, Keith F. | (P) | 152.25 | 805 | 122,561.25 |
| Rudman, Samuel H. | (P) | 281.75 | 800 | 225,400.00 |
| Russello, Joseph | (P) | 137.00 | 600 | 82,200.00 |
| Smith, Trig | (P) | 5,245.00 | 610 | 3,199,450.00 |
| Taylor, Susan G. | (P) | 1,838.35 | 640 | 1,176,544.00 |
| Gmitro, Jennifer | (A) | 4,464.25 | 415 | 1,852,663.75 |
| Hall, David | (A) | 29.00 | 310 | 8,990.00 |
| Ngo, Ivy | (A) | 3,648.25 | 415 | 1,514,023.75 |
| Cho, Grace | (PA) | 66.00 | 380 | 25,080.00 |
| Hierholzer, Jesse | (PA) | 21.00 | 380 | 7,980.00 |
| Jonna, Paul | (PA) | 559.25 | 285 | 159,386.25 |
| Nienberg, Jason | (PA) | 44.75 | 380 | 17,005.00 |
| Palocsay, Matthew | (PA) | 2,446.25 | 345 | 843,956.25 |
| Peralta, David | (PA) | 2,680.50 | 340 | 911,370.00 |
| Resnicov-Motola, Deborah | (PA) | 36.25 | 305 | 11,056.25 |
| Summers, Christopher | (PA) | 1,772.25 | 345 | 611,426.25 |
| Barhoum, Anthony J. | (EA) | 43.50 | 400 | 17,400.00 |
| Kadota, Ryan H. | (EA) | 41.00 | 295 | 12,095.00 |
| Roelen, Scott | (EA) | 112.00 | 325 | 36,400.00 |
| Uralets, Boris | (EA) | 24.00 | 335 | 8,040.00 |
| Wilhelmy, David E. | (EA) | 66.75 | 355 | 23,696.25 |
| Aronica, Steven | (FA) | 228.50 | 555 | 126,817.50 |
| Koelbl, Terry R. | (FA) | 863.00 | 390 | 336,570.00 |
| Yurcek, Christopher | (FA) | 1,454.25 | 555 | 807,108.75 |
| Trinkle, Kimberly | (FAI) | 127.00 | 200 | 25,400.00 |
| Brandon, Kelley T. | (I) | 58.00 | 440 | 25,520.00 |
| White, L. David | (IT) | 25.25 | 305 | 7,701.25 |
| Steinke, Danielle | (LS) | 382.00 | 270 | 103,140.00 |
| Wells, Adam | (LS) | 41.50 | 305 | 12,657.50 |
| Paralegals | | 3,036.25 | 265-295 | 890,006.25 |
| Shareholder Relations | | 62.25 | 185-195 | 12,016.25 |
| Document Clerk | | 2,401.25 | 150-235 | 454,747.50 |
| *TOTAL* | | *37,070.85* | | *$16,797,234.00* |

688804_1

(P) Partner
(A) Associate
(OC) Of Counsel
(PA) Project Attorney
(EA) Economic Analyst
(FA) Forensic Accountant
(FAI) Forensic Accounting Intern
(IT) Information Technology
(I) Investigator
(LS) Litigation Support

6.    My firm seeks an award of $4,804,133.44 in expenses which were reasonably and

necessarily committed to the prosecution of the Litigation.  They are broken down as follows:

### EXPENSES

From Inception to March 14, 2012

| EXPENSE CATEGORY | | TOTAL |
|---|---|---|
| Meals, Hotels & Transportation | | $         321,633.39 |
| Photocopies | | 220,755.53 |
| Postage | | 806.88 |
| Telephone, Facsimile | | 1,737.07 |
| Messenger, Overnight Delivery | | 17,211.32 |
| Filing, Witness & Other Fees | | 14,568.10 |
| Court Reporters | | 178,562.63 |
| Lexis, Westlaw, Online Library Research | | 82,763.93 |
| Class Action Notices/Business Wire | | 176,236.45 |
| Mediation Fees (JAMS Inc.) | | 117,034.27 |
| Experts/Consultants/Investigators | | 3,507,942.51 |
| Bates Wells & Braithwaite | 4,761.53 | |
| Caliber Advisors, Inc. | 635.46 | |
| Cambridge Meridian Group, Inc. | 79,848.00 | |
| Civil Action Group (dba APS International, Ltd.) | 975.00 | |
| Compass Lexecon | 974,668.69 | |
| Donoghue & Associates, Inc. | 800.00 | |
| Finnerty Economic Consulting LLC | 771,743.42 | |
| Hemming Morse, Inc. | 618,439.31 | |
| L.R. Hodges, Ltd. | 173,402.33 | |
| LECG, LLC | 82,738.34 | |
| Navigant Consulting, Inc. | 482,695.19 | |
| Patricia Gleitsmann | 11,587.50 | |
| Silicon Valley Expert Witness Group, Inc. | 125,795.62 | |

- 3 -

688804_1

| EXPENSE CATEGORY | | TOTAL |
|---|---|---|
| William Herndon Lehr | 169,894.62 | |
| Local Counsel: Law Firm of Cindy Olson Bourland, P.C. | 9,957.50 | |
| Database Management Costs | | 163,850.40 |
| Offsite Client Document Storage | | 1,030.96 |
| *TOTAL* | | **$   4,804,133.44** |

7.    The following is additional information regarding certain of these expenses:

(a)    Out-of-Town Meals, Hotels and Transportation: $321,633.39

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Smith, Trig | 10/23/08 – 10/26/08 | Chicago, IL | Meeting with causation/damages consultant (Lexecon) |
| Smith, Trig | 11/19/08 – 11/21/08 | Charleston, SC | Meeting with potential class representative |
| Smith, Trig | 11/21/08 – 11/23/08 | Chicago, IL | Interview with confidential informant |
| Smith, Trig | 04/03/09 – 04/07/09 | Chicago, IL | Meeting with causation/damages consultant (Lexecon) |
| Taylor, Susan | 04/05/09 – 04/09/09 | Detroit, MI | Deposition of Macomb County (D. Diegel); Deposition of St. Claire Shores ( J. Haddad); Deposition of G. Seizert |
| Gmitro, Jennifer | 04/05/09 – 04/09/09 | Detroit, MI | Deposition of Macomb County (D. Diegel); Deposition of St. Claire Shores ( J. Haddad); Deposition of G. Seizert |
| Smith, Trig | 04/29/09 – 04/30/09 | Boston, MA | Deposition of D. Sowerby |
| Ngo, Ivy | 05/08/09 – 05/12/09 | New York, NY | Meeting with J. Finnerty (expert); Deposition of J. Finnerty (expert) |
| Smith, Trig | 05/10/09 – 05/12/09 | New York, NY | Meeting with J. Finnerty (expert); Deposition of J. Finnerty (expert) |
| Gmitro, Jennifer | 06/18/09 – 06/19/09 | Chicago, IL | Meeting with L. Fanning; Status conference with Judge St. Eve |
| Taylor, Susan | 06/18/09 – 06/19/09 | Chicago, IL | Meeting with L. Fanning; Status conference with Judge St. Eve |
| Smith, Trig | 06/18/09 – 06/19/09 | Chicago, IL | Meeting with L. Fanning; Status conference with Judge St. Eve |
| Gmitro, Jennifer | 06/28/09 – 07/01/09 | Washington, DC | Deposition of K. Lehn |
| Palocsay, Matthew | 06/28/09 – 07/01/09 | Washington, DC | Deposition of K. Lehn |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Smith, Trig | 06/28/09 – 07/01/09 | Washington, DC | Deposition of K. Lehn |
| Smith, Trig | 08/29/09 – 09/01/09 | Chicago, IL | Meeting w/ M. Miller; Status conference with Judge St. Eve |
| Gronborg, Tor | 08/31/09 – 09/01/09 | Chicago, IL | Meeting w/ M. Miller; Status conference with Judge St. Eve |
| Summers, Christopher | 10/26/09 – 10/30/09 | Chicago, IL | FRCP 30(b)(6) deposition of Motorola (LJ) |
| Smith, Trig | 10/27/09 – 10/30/09 | Chicago, IL | FRCP 30(b)(6) deposition of Motorola (LJ); Interview with confidential informant |
| Gmitro, Jennifer | 11/09/09 – 11/12/09 | Chicago, IL | Prepared for and took deposition of Barkat Shakil; assisted with deposition of Bob Cash |
| Smith, Trig | 11/09/09 – 11/13/09 | Chicago, IL | FRCP 30(b)(6) deposition of Motorola (3G); Deposition of R. Cash; Status conference/ hearing with Judge St. Eve |
| Gronborg, Tor | 11/09/09 – 11/10/09 | Chicago, IL | Status conference/hearing with Judge St. Eve |
| Palocsay, Matthew | 11/11/09 – 11/12/09 | Chicago, IL | Deposition of R. Cash |
| Gmitro, Jennifer | 11/16/09 – 11/17/09 | Chicago, IL | Deposition of R. Parker |
| Ngo, Ivy | 11/16/09 – 11/17/09 | Chicago, IL | Deposition of R. Parker |
| Taylor, Susan | 11/16/09 – 11/17/09 | Chicago, IL | Deposition of R. Parker |
| Gmitro, Jennifer | 12/14/09 – 12/16/09 | Chicago, IL | Deposition of J. Erickson |
| Taylor, Susan | 12/15/09 – 12/16/09 | Chicago, IL | Deposition of J. Erickson |
| Taylor, Susan | 01/11/10 – 01/12/10 | Chicago, IL | Deposition of T. Davis |
| Smith, Trig | 01/18/10 – 01/20/10 | Chicago, IL | Deposition of P. Smith; Status conference/hearing with Judge St. Eve |
| Gronborg, Tor | 01/18/10 – 01/20/10 | Chicago, IL | Deposition of P. Smith; Status conference/hearing with Judge St. Eve |
| Gmitro, Jennifer | 01/28/10 – 01/31/10 | West Palm Beach, FL | Deposition of D. Troutman |
| Summers, Christopher | 01/29/10 – 01/30/10 | West Palm Beach, FL | Deposition of D. Troutman |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Smith, Trig | 01/31/10 – 02/04/10 | New York, NY | Deposition of I. Singh; Deposition of L. Harris |
| Gmitro, Jennifer | 02/07/10 – 02/09/10 | Chicago, IL | Deposition of B. Nejdawi |
| Summers, Christopher | 02/08/10 – 02/09/10 | Chicago, IL | Deposition of B. Nejdawi |
| Turner, Jeffrey | 02/14/10 – 02/16/10 | San Diego, CA | Travel for assistant to J. Finnerty re: causation/damages meeting |
| Gmitro, Jennifer | 02/17/10 – 02/19/10 | Chicago, IL | Deposition of K. Winter |
| Smith, Trig | 02/17/10 – 02/19/10 | Chicago, IL | Deposition of K. Winter |
| Palocsay, Matthew | 02/18/10 – 02/19/10 | Chicago, IL | Deposition of K. Winter |
| Gmitro, Jennifer | 02/21/10 – 02/23/10 | Chicago, IL | Deposition of E. Tharp |
| Jonna, Paul | 02/22/10 – 02/23/10 | Chicago, IL | Deposition of E. Tharp |
| Gronborg, Tor | 02/24/10 – 02/26/10 | Boca Raton, FL | Deposition of R. More |
| Ngo, Ivy | 02/24/10 – 03/01/10 | Fort Lauderdale, FL | Deposition of R. More |
| Smith, Trig | 03/08/10 – 03/10/10 | Chicago, IL | Status conference/hearing with Judge St. Eve |
| Gmitro, Jennifer | 03/09/10 – 03/11/10 | Chicago, IL | Status conference/ hearing with Judge St. Eve; Deposition of P. Gilchrist |
| Palocsay, Matthew | 03/10/10 – 03/11/10 | Chicago, IL | Deposition of P. Gilchrist |
| Gronborg, Tor | 03/11/10 – 03/12/10 | Dallas, TX | Deposition of S. McGaw |
| Smith, Trig | 03/14/10 – 03/19/10 | Chicago, IL | Deposition of R. Roman; Deposition of W. Werner |
| Palocsay, Matthew | 03/15/10 – 03/18/10 | Chicago, IL | Deposition of R. Roman; Deposition of W. Werner |
| Gronborg, Tor | 03/18/10 – 03/20/10 | New York, NY | Deposition of J. Kvaal |
| Taylor, Susan | 03/28/10 – 03/30/10 | Chicago, IL | Deposition of T. Koziol; Deposition of F. Grever |
| Peralta, David | 03/28/10 – 03/30/10 | Chicago, IL | Deposition of T. Koziol; Deposition of F. Grever |
| Gmitro, Jennifer | 04/05/10 – 04/06/10 | Tucson, AZ | Deposition of E. Gams |
| Gronborg, Tor | 04/05/10 – 04/06/10 | Tucson, AZ | Deposition of E. Gams |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Yurcek, Christopher | 04/07/10 – 04/09/10 | Chicago, IL | Deposition of D. Strand |
| Smith, Trig | 04/07/10 – 04/11/10 | Chicago, IL | Deposition of D. Strand |
| Gronborg, Tor | 04/08/10 – 04/10/10 | Chicago, IL | Deposition of D. Strand |
| Smith, Trig | 04/14/10 – 04/15/10 | San Francisco, CA | Meeting with D. Paul Regan (expert) |
| Yurcek, Christopher | 04/14/10 – 04/15/10 | San Francisco, CA | Meeting with D. Paul Regan (expert) |
| Koelbl, Terry | 04/14/10 – 04/15/10 | San Francisco, CA | Meeting with D. Paul Regan (expert) |
| Gmitro, Jennifer | 04/14/10 – 04/16/10 | Chicago, IL | Deposition of T. Belkin |
| Gronborg, Tor | 04/21/10 – 04/22/10 | Atlanta, GA; Austin, TX | Deposition of R. de la Vega; Deposition of L. Lutostanski |
| Smith, Trig | 04/22/10 – 04/24/10 | Austin, TX | Deposition of L. Lutostanski |
| Gmitro, Jennifer | 05/03/10 – 05/05/10 | Chicago, IL | Deposition of P. Warrior |
| Palocsay, Matthew | 05/04/10 – 05/05/10 | Chicago, IL | Deposition of P. Warrior |
| Gronborg, Tor | 05/11/10 – 05/12/10 | Chicago, IL | Deposition of B. Brda |
| Taylor, Susan | 05/17/10 – 05/20/10 | Boston, MA | Deposition of R. Nottenburg |
| Smith, Trig | 05/19/10 – 05/22/10 | London, England | Deposition of T. Vega |
| Gronborg, Tor | 05/24/10 – 05/28/10 | London, England | Deposition of M. Hickey |
| Taylor, Susan | 05/25/10 – 05/26/10 | Schaumburg, IL | Deposition of G. Brown |
| Gmitro, Jennifer | 05/26/10 – 05/28/10 | Philadelphia, PA | Deposition of D. Moloney |
| Michaud, Thomas | 06/03/10 – 06/04/10 | New York, NY | Mediation with D. Weinstein |
| Gronborg, Tor | 06/03/10 – 06/04/10 | New York, NY | Mediation with D. Weinstein |
| Dowd, Michael | 06/03/10 – 06/04/10 | New York, NY | Mediation with D. Weinstein |
| Smith, Trig | 06/03/10 – 06/04/10 | New York, NY | Mediation with D. Weinstein |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Smith, Trig | 06/04/10 – 06/18/10 | Chicago, IL | Deposition of H. Goldberg; Deposition of D. Devonshire; Deposition of R. Garriques; Deposition of R. Cash |
| Koelbl, Terry | 06/05/10 – 06/08/10 | Chicago, IL | Deposition of H. Goldberg |
| Yurcek, Christopher | 06/07/10 – 06/10/10 | Chicago, IL | Deposition of D. Devonshire |
| Gronborg, Tor | 06/13/10 – 06/16/10 | Chicago, IL | Deposition of R. Garriques |
| Gmitro, Jennifer | 06/16/10 – 06/17/10 | Chicago, IL | Deposition of P. Gilchrist |
| Gronborg, Tor | 06/27/10 – 06/29/10 | Carmel, CA | Deposition of E. Zander |
| Dowd, Michael | 06/27/10 – 06/29/10 | Carmel, CA | Deposition of E. Zander |
| Gronborg, Tor | 07/09/10 – 07/12/10 | Chicago, IL | Meeting with M. Coffman mediator's causation expert); Status conference/ hearing with Judge St. Eve |
| Smith, Trig | 07/11/10 – 07/13/10 | Chicago, IL | Meeting with M. Coffman mediator's causation expert); Status conference/ hearing with Judge St. Eve; Deposition of S. Jha |
| Taylor, Susan | 08/01/10 – 08/02/10 | Boston, MA | Deposition of R. Crable |
| Gmitro, Jennifer | 08/03/10 – 08/07/10 | London, England | Deposition of F. Meehan |
| Gronborg, Tor | 08/11/10 – 08/13/10 | Chicago, IL; New York, NY | Deposition of C. Forsyte; Meeting with J. Finnerty (expert) |
| Smith, Trig | 08/13/10 | San Francisco, CA | Meeting with D. Paul Regan (expert) |
| Yurcek, Christopher | 08/15/10 – 08/17/10 | Chicago, IL | Deposition of L. Meisner |
| Smith, Trig | 08/15/10 – 08/17/10 | Chicago, IL | Deposition of L. Meisner |
| Smith, Trig | 08/25/10 – 08/30/10 | Chicago, IL | Deposition of D. Parrott |
| Ngo, Ivy | 08/25/10 – 08/27/10 | Seattle, WA | Meeting with C. Sharma (expert) |
| Gmitro, Jennifer | 08/25/10 – 08/27/10 | Seattle, WA | Meeting with C. Sharma (expert) |
| Koelbl, Terry | 08/25/10 – 08/28/10 | Chicago, IL | Deposition of D. Parrott |

688804_1

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Gmitro, Jennifer | 09/03/10 – 09/08/10 | Amsterdam, Netherlands | Deposition of J. Schulte-Bockum |
| Smith, Trig | 09/10/10 – 09/16/10 | Chicago, IL | Deposition of D. Pratt; Status conference/hearing with Judge St. Eve |
| Koelbl, Terry | 09/14/10 – 09/17/10 | Chicago, IL | Deposition of D. Pratt |
| Gronborg, Tor | 11/22/10 – 11/23/10 | Chicago, IL | Status conference/hearing with Judge St. Eve |
| Gronborg, Tor | 11/28/10 – 11/30/10 | New York, NY; Boston, MA | Meeting with J. Finnerty (expert); Meeting w/ W. Lehr (expert) |
| Gmitro, Jennifer | 11/30/10 – 12/01/10 | Boston, MA | Meeting w/ W. Lehr (expert) |
| Gmitro, Jennifer | 12/08/10 – 12/09/10 | Seattle, WA | Meeting w/ C. Sharma (expert) |
| Sharma, Chetan | 12/12/10 – 12/13/10 | San Diego, CA | Deposition of C. Sharma (expert) |
| Lehr, William | 12/13/10 – 12/16/10 | San Diego, CA | Deposition of W. Lehr (expert) |
| Smith, Trig | 12/16/10 – 12/17/10 | Atlanta, GA | Deposition of R. Kozoman |
| Gmitro, Jennifer | 12/20/10 – 12/22/10 | New York, NY | Meeting with J. Finnerty (expert); Deposition of J. Finnerty (expert) |
| Gronborg, Tor | 12/20/10 – 12/23/10 | New York, NY | Meeting with J. Finnerty (expert); Deposition of J. Finnerty (expert) |
| Gmitro, Jennifer | 01/03/11 – 01/06/11 | Washington, DC | Deposition of K. Lehn (expert) |
| Gronborg, Tor | 01/05/11 – 01/07/11 | Washington, DC | Deposition of K. Lehn (expert) |
| Koelbl, Terry | 01/11/11 – 01/12/11 | San Francisco, CA | Meeting with D. Paul Regan (expert) |
| Smith, Trig | 01/11/11 – 01/12/11 | San Francisco, CA | Meeting with D. Paul Regan (expert) |
| Yurcek, Christopher | 01/11/11 – 01/12/11 | San Francisco, CA | Meeting with D. Paul Regan (expert) |
| Koelbl, Terry | 01/12/11 – 01/15/11 | Washington, DC | Deposition of M. Axelson (expert) |
| Smith, Trig | 01/12/11 – 01/15/11 | Washington, DC | Deposition of M. Axelson (expert) |
| Ngo, Ivy | 01/13/11 – 01/15/11 | Washington, DC | Deposition of M. Axelson (expert) |
| Gmitro, Jennifer | 01/18/11 – 01/21/11 | Washington, DC | Deposition of J. Strand (expert) |
| Smith, Trig | 01/18/11 – 01/21/11 | Washington, DC | Deposition of J. Strand (expert) |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Ngo, Ivy | 01/19/11 – 01/20/11 | Washington, DC | Deposition of J. Strand (expert) |
| Ngo, Ivy | 01/23/11 – 01/24/11 | San Francisco, CA | Deposition of D. Paul Regan (expert) |
| Smith, Trig | 01/23/11 – 01/24/11 | San Francisco, CA | Deposition of D. Paul Regan (expert) |
| Smith, Trig | 02/16/11 – 02/19/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Smith, Trig | 03/23/11 – 03/24/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Gronborg, Tor | 03/23/11 – 03/24/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Smith, Trig | 04/06/11 | San Francisco, CA | Meeting with D. Paul Regan (expert) |
| Gronborg, Tor | 08/03/11 – 08/04/11 | San Francisco, CA | Mediation with D. Weinstein |
| Dowd, Michael | 08/03/11 – 08/04/11 | San Francisco, CA | Mediation with D. Weinstein |
| Smith, Trig | 08/03/11 – 08/04/11 | San Francisco, CA | Mediation with D. Weinstein |
| Michaud, Thomas | 08/03/11 – 08/05/11 | San Francisco, CA | Mediation with D. Weinstein |
| Haddad, James | 08/03/11 – 08/05/11 | San Francisco, CA | Mediation with D. Weinstein |
| Dowd, Michael | 08/24/11 – 08/25/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Gronborg, Tor | 08/24/11 – 08/25/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Barz, James | 08/25/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Smith, Trig | 09/14/11 – 09/15/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Barz, James | 09/15/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Barz, James | 10/24/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Barz, James | 12/05/11 – 12/08/11 | San Diego, CA | Trial preparation |

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Dowd, Michael | 12/12/11 – 12/15/11 | New York, NY | Mediation with D. Weinstein |
| Barz, James | 12/14/11 – 12/15/11 | New York, NY | Mediation with D. Weinstein Meeting with J. Finnerty (expert) |
| Gronborg, Tor | 12/15/11 – 12/17/11 | New York, NY | Mediation with D. Weinstein Meeting with J. Finnerty (expert) |
| Smith, Trig | 12/18/11 – 12/20/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Barz, James | 12/20/11 | Chicago, IL | Status conference/ hearing with Judge St. Eve |
| Park, Keith F. | 02/15/12 – 02/16/12 | Chicago, IL | Status conference/ hearing with Judge St. Eve |

(b)   Photocopying:
   In-house (416,018 copies @ $0.25 per copy): $104,004.50
   In-house Imaging/Scanning/Printing: $6,372.75
   Outside Photocopy: $110,378.28

| DATE | VENDOR |
|---|---|
| 11/26/08 | Legal Reprographics, Inc. |
| 02/20/09 | Legal Reprographics, Inc. |
| 03/02/09 | Legal Reprographics, Inc. |
| 03/05/09 | Legal Reprographics, Inc. |
| 03/05/09 | Morgan Keegan & Company, Inc. |
| 03/11/09 | Legal Reprographics, Inc. |
| 03/13/09 | Legal Reprographics, Inc. |
| 03/17/09 | Legal Reprographics, Inc. |
| 03/18/09 | Legal Reprographics, Inc. |
| 03/27/09 | Legal Reprographics, Inc. |
| 03/30/09 | Legal Reprographics, Inc. |
| 03/31/09 | Legal Reprographics, Inc. |
| 04/02/09 | Legal Reprographics, Inc. |
| 04/06/09 | Legal Reprographics, Inc. |
| 04/07/09 | Legal Reprographics, Inc. |
| 04/08/09 | Legal Reprographics, Inc. |
| 04/16/09 | Legal Reprographics, Inc. |
| 04/21/09 | Legal Reprographics, Inc. |
| 05/06/09 | Legal Reprographics, Inc. |
| 05/19/09 | Legal Reprographics, Inc. |
| 06/17/09 | Legal Reprographics, Inc. |
| 06/23/09 | Legal Reprographics, Inc. |
| 06/25/09 | Legal Reprographics, Inc. |

| DATE | VENDOR |
|------|--------|
| 06/26/09 | Legal Reprographics, Inc. |
| 06/30/09 | Legal Reprographics, Inc. |
| 08/07/09 | Esquire |
| 09/23/09 | Esquire |
| 10/20/09 | Esquire |
| 10/23/09 | Esquire |
| 10/31/09 | Esquire |
| 10/31/09 | Encore Discovery Solutions, Inc. |
| 11/05/09 | Esquire |
| 11/09/09 | Esquire |
| 11/18/09 | Esquire |
| 11/24/09 | Esquire |
| 11/30/09 | Encore Discovery Solutions, Inc. |
| 12/11/09 | Esquire |
| 12/31/09 | Esquire |
| 12/31/09 | Encore Discovery Solutions, Inc. |
| 01/05/10 | Esquire |
| 01/15/10 | Esquire |
| 01/29/10 | Esquire |
| 02/01/10 | Business Center |
| 02/02/10 | Esquire |
| 02/08/10 | Esquire |
| 02/10/10 | Hotel Business Center |
| 02/11/10 | Esquire |
| 03/08/10 | Esquire |
| 03/16/10 | Esquire |
| 03/18/10 | Esquire |
| 03/19/10 | Figliulo & Silverman |
| 03/23/10 | Esquire |
| 04/05/10 | Figliulo & Silverman |
| 04/23/10 | Ibahn Corporation |
| 05/03/10 | Figliulo & Silverman |
| 05/10/10 | Figliulo & Silverman |
| 05/10/10 | Esquire |
| 05/18/10 | Esquire |
| 05/19/10 | Staples-Boston MA |
| 05/19/10 | Hotel Business Express |
| 05/19/10 | Figliulo & Silverman |
| 05/23/10 | Public Copier Reno, NV |
| 05/26/10 | Esquire |
| 06/09/10 | Esquire |
| 06/30/10 | Esquire |
| 07/06/10 | Esquire |
| 07/15/10 | The Ritz Carlton Chicago IL |

- 12 -

| *DATE* | *VENDOR* |
|---|---|
| 08/02/10 | Copy Fax Services Co. |
| 09/03/10 | Copy Service Reimbursement/Amsterdam depo. |
| 11/03/10 | Esquire |
| 11/17/10 | Esquire |
| 04/29/11 | American Legal Copy - CA, LLC |
| 11/11/11 | American Legal Copy - CA, LLC |
| 11/29/11 | American Legal Copy - CA, LLC |
| 12/16/11 | Logiclink |

(c)    Filing, Witness and Other Fees: $14,568.10

| *DATE* | *VENDOR* |
|---|---|
| 10/09/08 | Class Action Research & Litigation Support Services, Inc. |
| 10/16/08 | Class Action Research & Litigation Support Services, Inc. |
| 11/13/08 | Class Action Research & Litigation Support Services, Inc. |
| 12/30/08 | Class Action Research & Litigation Support Services, Inc. |
| 02/11/09 | Class Action Research & Litigation Support Services, Inc. |
| 02/16/09 | Class Action Research & Litigation Support Services, Inc. |
| 02/26/09 | Class Action Research & Litigation Support Services, Inc. |
| 03/10/09 | Wachovia Legal Division |
| 03/11/09 | Class Action Research & Litigation Support Services, Inc. |
| 03/23/09 | Class Action Research & Litigation Support Services, Inc. |
| 04/14/09 | Class Action Research & Litigation Support Services, Inc. |
| 04/24/09 | Class Action Research & Litigation Support Services, Inc. |
| 04/27/09 | Class Action Research & Litigation Support Services, Inc. |
| 05/29/09 | Class Action Research & Litigation Support Services, Inc. |
| 06/12/09 | Class Action Research & Litigation Support Services, Inc. |
| 06/19/09 | Class Action Research & Litigation Support Services, Inc. |
| 06/24/09 | Class Action Research & Litigation Support Services, Inc. |

- 13 -

| DATE | VENDOR |
|---|---|
| 06/30/09 | Class Action Research & Litigation Support Services, Inc. |
| 07/17/09 | Class Action Research & Litigation Support Services, Inc. |
| 07/24/09 | Class Action Research & Litigation Support Services, Inc. |
| 10/31/09 | Class Action Research & Litigation Support Services, Inc. |
| 11/17/09 | Class Action Research & Litigation Support Services, Inc. |
| 11/27/09 | Class Action Research & Litigation Support Services, Inc. |
| 12/21/09 | Class Action Research & Litigation Support Services, Inc. |
| 12/22/09 | Class Action Research & Litigation Support Services, Inc. |
| 01/25/10 | Class Action Research & Litigation Support Services, Inc. |
| 01/31/10 | Class Action Research & Litigation Support Services, Inc. |
| 02/28/10 | Class Action Research & Litigation Support Services, Inc. |
| 03/25/10 | Class Action Research & Litigation Support Services, Inc. |
| 03/30/10 | Class Action Research & Litigation Support Services, Inc. |
| 04/30/10 | Class Action Research & Litigation Support Services, Inc. |
| 05/11/10 | Class Action Research & Litigation Support Services, Inc. |
| 06/24/10 | Class Action Research & Litigation Support Services, Inc. |
| 06/25/10 | Class Action Research & Litigation Support Services, Inc. |
| 12/09/11 | Courts/USDC-IL |
| 12/21/11 | Courts/USDC-IL |

(d)     Court Hearing and Deposition Transcripts: $178,562.63

| DATE | VENDOR |
|---|---|
| 12/16/07 | Alpha Reporting Services, Inc. |
| 12/19/07 | Alpha Reporting Services, Inc. |
| 04/18/09 | Bienenstock Court Reporting & Video |
| 05/20/09 | Alderson Reporting Company, Inc. |
| 06/10/09 | Alderson Reporting Company, Inc. |

- 14 -

| DATE | VENDOR |
|---|---|
| 07/10/09 | Bienenstock Court Reporting & Video |
| 07/16/09 | Esquire |
| 11/17/09 | Esquire |
| 11/24/09 | Esquire |
| 11/30/09 | Esquire |
| 12/14/09 | Esquire |
| 12/31/09 | Esquire |
| 01/29/10 | Esquire |
| 02/10/10 | Esquire |
| 02/25/10 | Esquire |
| 03/08/10 | Joseph A. Rickhoff |
| 03/10/10 | Esquire |
| 03/11/10 | Esquire |
| 03/12/10 | Esquire |
| 03/29/10 | Esquire |
| 03/30/10 | Esquire |
| 04/14/10 | Esquire |
| 04/30/10 | Esquire |
| 05/18/10 | Esquire |
| 05/21/10 | Esquire |
| 05/24/10 | Esquire |
| 05/26/10 | Esquire |
| 05/27/10 | Esquire |
| 05/28/10 | Esquire |
| 05/31/10 | Esquire |
| 06/17/10 | Esquire |
| 06/21/10 | Esquire |
| 06/26/10 | Esquire |
| 06/28/10 | Esquire |
| 06/29/10 | Esquire |
| 06/30/10 | Esquire |
| 07/13/10 | Esquire |
| 08/02/10 | Alderson Reporting Company, Inc. |
| 08/17/10 | Esquire |
| 08/24/10 | Joseph A. Rickhoff |
| 08/27/10 | Esquire |
| 08/31/10 | Esquire |
| 09/06/10 | Esquire |
| 09/16/10 | Esquire |
| 09/30/10 | Esquire |
| 12/13/10 | Esquire |
| 12/16/10 | Esquire |
| 12/17/10 | Esquire |
| 01/06/11 | Esquire |

- 15 -

688804_1

| DATE | VENDOR |
|------|--------|
| 01/07/11 | Alderson Reporting Company, Inc. |
| 01/14/11 | Esquire |
| 01/20/11 | Esquire |
| 01/24/11 | Esquire |

(e)     Lexis, Westlaw, Online Library Research: $82,763.93.   These included vendors such as Disclosure, Inc., Dow Jones Interactive, Dow Jones & Co., Inc., Lexis Nexis, CDA Investment Technologies, Pacer Service Center, West Publishing Corporation and Choice Point. These databases were used to obtain access to SEC filings, legal research and cite-check briefs. The charges for these vendors vary depending upon the type of services requested.

(f)     Class Action Notices/Business Wire: $176,236.45. These charges include the cost of publishing the "early notice" required by the Private Securities Litigation Reform Act of 1995, as well as a portion of the expenses for printing and mailing the Notice of Pendency of Class Action to Class Members and publishing a summary notice pursuant to the Court's Order of November 2, 2011.

(g)     Mediation Fees: $117,034.27.  These are the fees of the mediator, Daniel Weinstein, who conducted multiple mediation sessions leading to the settlement of the Litigation.

(h)     Experts/Consultants/Investigators:  $3,507,942.51.     Below  are  brief descriptions of the identification and role(s) of the Experts/Consultants/Investigators used in this case:

(i)     Bates Wells & Braithwaite ("BW&B") ($4,761.53):  BW&B is a commercial law firm serving a wide range of commercial and statutory enterprises. BW&B served as Plaintiffs' local counsel in Great Britain for the purpose of obtaining depositions of British citizens subject to the Court's issuance of Letters Rogatory.

(ii)     Caliber Advisors, Inc. ($635.46): Provided access to analyst related information not otherwise easily accessible by Class Counsel.

- 16 -

(iii)     Cambridge Meridian Group, Inc. ("CMG") ($79,848.00): CMG is a strategy-consulting group that provides consulting to law firms and companies regarding technical-based issues and industry standards and practices. CMG assisted Plaintiffs in their discovery efforts regarding 3G technology issues and the mobile handset industry.

(iv)     Civil Action Group (dba APS International, Ltd.) ($975.00): Foreign language translators.

(v)     Compass Lexecon ("Lexecon") ($974,668.69):     Lexecon is an economic consulting firm that assists law firms, corporations and governmental clients with practice areas including securities litigation, class certification, valuation and financial analysis. Daniel Fischel and Mike Keable provided consulting work for Plaintiffs on the issues of loss causation, class certification and damages and provided technical assistance and analysis for Plaintiffs' expert John Finnerty, Ph.D.

(vi)     Donoghue & Associates, Inc. ("D&A") ($800.00): D&A is a well-known and respected jury consultant in Chicago providing mock trial, jury selection, witness preparation and community attitude survey services. D&A assisted Plaintiffs in preparation for *voir dire* and was to conduct mock trial services for Plaintiffs as the April 2012 trial date approached.

(vii)     Finnerty Economic Consulting LLC ("FinnEcon") ($771,743.42): FinnEcon provides litigation support, valuation and financial consulting services to law firms, corporations, industry associates and government agencies. Professor John Finnerty provided Plaintiffs' loss causation and damage analyses during the class certification and summary judgment stages of the case and would have been Plaintiffs' trial expert on loss causation and damages.

(viii)     Hemming Morse, Inc. ("HM") ($618,439.31): HM is one of the nation's leading and most respected accounting firms with a focus on litigation and forensic consulting services and financial and compliance auditing. D. Paul Regan of HM provided

- 17 -

Plaintiffs' accounting and disclosure opinions during the expert discovery stage and would have been Plaintiffs' trial expert regarding the disclosure of and accounting for the 3Q06 IP arrangements and Motorola's mobile devices internal forecasting and budgeting. HM also provided guidance to Plaintiffs in developing 3Q06 IP arrangement claims in the second amended complaint.

(ix)    L.R. Hodges, Ltd. ("LRH") ($173,402.33): LRH is a firm of very experienced private investigators who assisted Class Counsel in locating and interviewing witnesses, including former Motorola employees, who had knowledge of the issues and allegations made in the Litigation. Because of the stay on pre-motion to dismiss formal discovery imposed by, and the heightened pleading standard of, the Private Securities Litigation Reform Act of 1995, the use of investigators who are familiar with the kinds of issues typically presented in securities cases to assist counsel in both their pre-filing and ongoing factual investigation, has become the norm. In this case, LRH identified and located over 130 potential witnesses, and interviewed 55 of those witnesses.

(x)    LECG, LLC ("LECG") and Navigant Consulting, Inc. ("Navigant") (respectively, $82,738.34; $482,695.19): LECG and Navigant are both expert services and consulting firms that assisted in the identification of Dr. William H. Lehr as an expert and Navigant assisted in the preparation of Dr. Lehr's expert opinions and report.

(xi)    Patricia Gleitsmann ($11,587.50): Ms. Gleitsmann is an independent accounting consultant and CPA licensed in California and Oregon. Ms. Gleitsmann assisted Plaintiffs with regard to their motion to compel the production of workpapers from KPMG, including providing a declaration filed on May 10, 2010.

(xii)    Silicon Valley Expert Witness Group, Inc. ("SVEWG") ($125,795.62): SVEWG works with attorneys to identify and locate expert witnesses and specializes in placing high technology and intellectual property testifying witnesses for counsel. SVEWG assisted in the identification of Chetan Sharma as a 3G handset technology expert. Billing for Mr.

- 18 -

Sharma was through SVEWG. Mr. Sharma provided Plaintiffs with an expert report and would have been Plaintiffs' trial expert on 3G handsets and certain 4G technologies licensed to Freescale Semiconductor in the 3Q06 IP arrangement between Motorola and Freescale Semiconductor, Inc.

(xiii)    Dr. William H. Lehr ($169,894.62):  Dr. Lehr is an economist and technology industry consultant, as well as a professor at MIT.  Dr. Lehr provided Plaintiffs with an expert report and would have been Plaintiffs' trial expert concerning 3G market and industry issues.

(xiv)    Law Firm of Cindy Olson Bourland, P.C. ($9,957.50):  Ms. Bourland is an attorney located in Austin, Texas.  She acted as Plaintiffs' local counsel in support of Plaintiffs' motion to compel production of documents from Freescale Semiconductor, Inc.

(i)    Database Management Costs: $163,850.40.  These are the in-house charges relating to the creation and maintenance of a searchable document database for, among other case-specific materials, the 3.8 million pages of documents produced in this case.

8.    The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of March, 2012, at San Diego, California.

KEITH F. PARK

# Mailing Information for a Case 1:07-cv-04507

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Joseph Barber**
  jbarber@tdrlawfirm.com,edocket@tdrlawfirm.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David K. Cole**
  courtnotification@mayerbrown.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **J. Timothy Eaton**
  teaton@shefskylaw.com,sfdocket@shefskylaw.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **James R. Figliulo**
  jfigliulo@fslegal.com

- **Jennifer L. Gmitro**
  JGmitro@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **David Hall**
  dhall@rgrdlaw.com

- **Mark H Horwitch**
  mhorwitch@tdrlawfirm.com,edocket@tdrlawfirm.com

- **Stephanie D. Jones**
  sjones@fslegal.com

- **Robert J. Kopecky**
  rkopecky@kirkland.com

- **M. Sean Laane**
  sean.laane@aporter.com

- **Scott R. Lassar**
  slassar@sidley.com,efilingnotice@sidley.com

- **Daniel E. Laytin**
  dlaytin@kirkland.com

- **Kim Ann Leffert**
  courtnotification@mayerbrown.com

- **Erin K. Lynch**
  elynch@shefskylaw.com,sfdocket@shefskylaw.com

- **Richard A. Maniskas**
  sradcliffe@glancylaw.com

- **John C Massaro**
  john_massaro@aporter.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Matthew P Montgomery**
  mattm@csgrr.com

- **Ivy T Ngo**
  ingo@rgrdlaw.com

- **Keith F. Park**
  keithp@rgrdlaw.com

- **David A Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Joseph Russello**
  jrussello@csgrr.com

- **Stephen M Sacks**
  stephen_sacks@aporter.com

- **Jeffrey Charles Sharer**
  jsharer@sidley.com,efilingnotice@sidley.com

- **Michael P. Sheehan**
  msheehan@shefskylaw.com,sfdocket@shefskylaw.com

- **Anne J. Sidrys**
  anne.sidrys@kirkland.com,kimberly.love@kirkland.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Susan G Taylor**
  SusanT@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James W. Thomas , Jr**
  james.thomas@aporter.com,elissa.spencer@aporter.com,matthew.roessing@aporter.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Joseph            I. Goldstein**
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

**Jerry            A Isenberg**
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

**D                Seamus Kaskela**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

**Michael            Kelley**
Sidley and Austin
555 West Fifth Street
40th Floor
Los Angeles, CA 90013