UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 1:07-cv-04507 **(Consolidated)** |
| Plaintiff | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge St. Eve Magistrate Judge Mason |
| MOTOROLA, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF MARVIN A. MILLER FILED ON BEHALF OF MILLER LAW LLC IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, MARVIN A. MILLER, declare as follows:

1. I am a member of the firm of Miller Law LLC. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered and expenses incurred on behalf of the class in the above-entitled action.

2. This firm is Liaison Counsel of record for plaintiffs.

3. The identification and background of my firm is attached hereto as Exhibit A.

4. Throughout my involvement in this matter, I ensured that my firm did its part to litigate efficiently, without undue duplication of effort, and at minimal expense. I believe that the time reflected in my firm's lodestar calculation and the expenses for which payment is sought are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Litigation.

5. The total number of hours spent on this litigation by my firm is 1,451.90. The total lodestar amount for attorney/paralegal time based on the firm's current rates is $477,120.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Marvin A. Miller | (P) | 34.90 | 785 | 27,396.50 |
| Matthew E. Van Tine | (OC) | 5.50 | 650 | 3,575.00 |
| Lori A. Fanning | (A) | 318.70 | 550 | 175,285.00 |
| Kathleen Boychuck | (CA) | 54.00 | 350 | 18,900.00 |
| Kira Thomas | (CA) | 217.50 | 250 | 54,375.00 |
| Matthew W. Casey | (CA) | 626.30 | 250 | 156,575.00 |
| Anne Jewell | (PL) | 6.40 | 220 | 1,408.00 |
| Kay Pulido | (PL) | 28.50 | 210 | 5,985.00 |
| Jorge Ramirez | (PL) | 160.10 | 210 | 33,621.00 |
| **TOTAL** | | **1,451.90** | | **$477,120.50** |
| | | | | |
| (P) Partner | | | | |

- 1 -

- 2 -

| | | | | |
|---|---|---|---|---|
| (OC) Of Counsel | | | | |
| (A) Associate | | | | |
| (CA) Contract Attorney | | | | |
| (PL) Paralegal | | | | |

6. My firm seeks an award of $10,165.10 in expenses which were reasonably and necessarily committed to the prosecution of this litigation. They are broken down as follows:

*EXPENSES*

From Inception to February 29, 2012

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | 90.11 |
| Photocopies | 4883.60 |
| Postage | 20.96 |
| Telephone, Facsimile | 199.85 |
| Messenger, Overnight Delivery | 65.63 |
| Filing, Witness & Other Fees | 1050.00 |
| Court Reporters | 1586.85 |
| Lexis, Westlaw, Online Library Research | 1791.45 |
| After-hours air conditioning for Garriques deposition | 330.65 |
| Service of Process | 146.00 |
| | |
| *TOTAL* | *10,165.10* |

7. The following is additional information regarding these expenses:

(a) Amounts paid to court reporters for transcripts of court hearings and depositions: $1,586.85

| DATE | VENDOR |
|---|---|
| 9/8/2009 | Tracey McCullough |
| 5/6/2010 | Joseph Rickhoff |
| 6/2/2010 | Joseph Rickhoff |
| 8/25/2010 | Joseph Rickhoff |
| 3/22/2011 | Joseph Rickhoff |

(b) Filing, Witness and Other Fees: $1,050.00.

| DATE | VENDOR |
|---|---|
| 8/9/2007 | U.S. District Court |
| 8/23/2007 | U.S. District Court |
| 9/6/2007 | U.S. District Court |
| | |

(c) Photocopying:

In-house (17,673 copies @ $0.25 per copy): $4418.25

Outside Photocopy Expenses: $465.35

| DATE | VENDOR |
|---|---|
| 4/4/2008 | Record Copy Services |
| 10/20/2009 | Circuit Court of Cook County |
| 11/18/2009 | Circuit Court of Cook County |
| 3/18/2010 | Barker & Castro |
| 3/30/2010 | Landmark Legal Solutions |
| 4/8/2010 | Landmark Legal Solutions |
| 10/26/2010 | Landmark Legal Solutions |
| 2/9/2011 | US District Court Michigan |

(d) Lexis, Westlaw, Online Library Research: $1,791.45. These included vendors Pacer Service Center and West Publishing Corporation. These databases were for legal research and cite-checking of briefs. The charges for these vendors vary depending upon the type of services requested.

8. The expenses pertaining to this case are reflected in the books and records of Miller Law LLC. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March, 2012, at Chicago, IL.

s/*Marvin A. Miller*
_____
MARVIN A. MILLER

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 19, 2012.

s/ Tor Gronborg
TOR GRONBORG

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: TorG@rgrdlaw.com

# Mailing Information for a Case 1:07-cv-04507

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Joseph Barber**
  jbarber@tdrlawfirm.com,edocket@tdrlawfirm.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David K. Cole**
  courtnotification@mayerbrown.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **J. Timothy Eaton**
  teaton@shefskylaw.com,sfdocket@shefskylaw.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **James R. Figliulo**
  jfigliulo@fslegal.com

- **Jennifer L. Gmitro**
  JGmitro@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **David Hall**
  dhall@rgrdlaw.com

- **Mark H Horwitch**
  mhorwitch@tdrlawfirm.com,edocket@tdrlawfirm.com

- **Stephanie D. Jones**
  sjones@fslegal.com

- **Robert J. Kopecky**
  rkopecky@kirkland.com

- **M. Sean Laane**
  sean.laane@aporter.com

- **Scott R. Lassar**
  slassar@sidley.com,efilingnotice@sidley.com

- **Daniel E. Laytin**
  dlaytin@kirkland.com

- **Kim Ann Leffert**
  courtnotification@mayerbrown.com

- **Erin K. Lynch**
  elynch@shefskylaw.com,sfdocket@shefskylaw.com

- **Richard A. Maniskas**
  sradcliffe@glancylaw.com

- **John C Massaro**
  john_massaro@aporter.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Matthew P Montgomery**
  mattm@csgrr.com

- **Ivy T Ngo**
  ingo@rgrdlaw.com

- **Keith F. Park**
  keithp@rgrdlaw.com

- **David A Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Joseph Russello**
  jrussello@csgrr.com

- **Stephen M Sacks**
  stephen_sacks@aporter.com

- **Jeffrey Charles Sharer**
  jsharer@sidley.com,efilingnotice@sidley.com

- **Michael P. Sheehan**
  msheehan@shefskylaw.com,sfdocket@shefskylaw.com

- **Anne J. Sidrys**
  anne.sidrys@kirkland.com,kimberly.love@kirkland.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Susan G Taylor**
  SusanT@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James W. Thomas , Jr**
  james.thomas@aporter.com,elissa.spencer@aporter.com,matthew.roessing@aporter.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joseph              I. Goldstein
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

Jerry               A Isenberg
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

D                   Seamus Kaskela
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

Michael             Kelley
Sidley and Austin
555 West Fifth Street
40th Floor
Los Angeles, CA 90013
```