UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff<br><br> vs.<br><br>MOTOROLA, INC., et al.,<br><br>     Defendants. | ) No. 1:07-cv-04507<br>) **(Consolidated)**<br>)<br>) <u>CLASS ACTION</u><br>)<br>) Judge St. Eve<br>) Magistrate Judge Mason<br>)<br>) DECLARATION OF CAROLE K.<br>) SYLVESTER RE A) MAILING OF THE<br>) NOTICE OF PROPOSED SETTLEMENT<br>) OF CLASS ACTION AND THE PROOF OF<br>) CLAIM AND RELEASE FORM, B)<br>) PUBLICATION OF THE SUMMARY<br>) NOTICE, AND C) INTERNET POSTING<br>) |

I, Carole K. Sylvester, declare:

## THE NOTICE AND PROOF OF CLAIM

1. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the mailing of the Notice of Proposed Settlement of Class Action (the "Notice") and the Proof of Claim and Release form (the "Proof of Claim"), the posting of those documents on the Gilardi & Co. LLC ("Gilardi") website, and publication of the Summary Notice. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am employed by Gilardi, located at 3301 Kerner Blvd., San Rafael, California. Gilardi was retained as the Claims Administrator in this matter. I oversaw the notice services Gilardi provided in accordance with the Order Preliminarily Approving Settlement and Providing for Notice (the "Order") (Dkt. No. 450) that was filed by the Court on February 16, 2012, in connection with the settlement. True and correct copies of the Notice and Proof of Claim are attached hereto as Exhibits A and B, respectively. The Notice and Proof of Claim (collectively, the "Claim Package") are in the form approved by the Court.

## MAILING OF THE NOTICE AND PROOF OF CLAIM

3. A prior Stipulation and Order Directing Class Notice Procedures (Dkt. No. 399) filed on November 2, 2011 required Gilardi to mail a copy of a Notice of Pendency of Class Action ("Notice of Pendency") commencing on December 13, 2011, to each class member who could be identified through reasonable effort. The class consists of all persons who purchased or otherwise acquired publicly-traded securities of Motorola, Inc. ("Motorola") during the period July 19, 2006 through January 4, 2007, inclusive. Because the class definition and class period have not changed since the mailing list was compiled for the Motorola Notice of Pendency mailing, that list formed the basis of the mailing list for the Claim Package in connection with this settlement.

4. That list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of 604,117 names and addresses. Gilardi prepared mailing labels from that list, affixed those labels to Claim Packages, posted the Claim Packages for First-Class Mail prepaid, and delivered them on February 27, 2012, to the United States Post Office

1

located in Santa Rosa, California. The total number of Claim Packages mailed commencing on February 27, 2012 to potential members of the class was 604,117.

5. As part of its normal mailing procedures, Gilardi also sent Claim Packages and cover letters to a list of 237 broker ages, custodial banks, and other institutions ("Nominal Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities. This list also includes a group of filers/institutions who have requested notification on every securities case. These Nominal Holders are included in a proprietary database created and maintained by Gilardi. In Gilardi's experience, the institutions included in this initial mailing represent a significant majority of the beneficial holders of securities. The cover letter accompanying the Claim Package advised the Nominal Holders of the proposed settlement and requested their cooperation in forwarding the Claim Package to potential class members. In the 25 years that Gilardi has been doing notification of securities class actions, Gilardi has found the majority of potential class members hold their securities in street name and are reached through the Nominal Holders. A copy of the letter dated February 28, 2012, sent to Nominal Holders in this case is attached hereto as Exhibit C.

6. On February 27, 2012, Gilardi delivered electronic copies of the Claim Package to 523 registered electronic filers who are qualified to submit electronic claims. These filers are primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustee or fiduciary.

7. Additionally, Gilardi caused the Claim Package to be published by the Depository Trust Corporation ("DTC") on the DTC Legal Notice System ("LENS"). LENS enables the participating banks and broker nominees to review the Claim Package and contact the Claims Administrator for copies of the Claim Package for their beneficial holders.

8. Gilardi has acted as a repository for shareholder inquiries and communications received in this action. In this regard, Gilardi has forwarded the Claim Package on request to nominees who held Motorola securities for the beneficial interest of other persons. Gilardi has also forwarded the Claim Package directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

2

9. To date, in response to the outreach efforts described above, Gilardi received 13 responses that included computer files listing a total of 7,778 names and addresses of potential class members. Gilardi also received 42 responses that included mailing labels with names and addresses for an additional mailing to 491 potential class members. Ten institutions requested that Gilardi send them a total of 66,776 additional Claim Packages, which they indicated that they would mail directly to their clients who might be class members.

10. As of the date of this declaration, Gilardi has sent a total of 679,922 Claim Packages to potential class members and nominees.

11. Gilardi established a toll-free number to accommodate potential class member inquiries. This toll-free number, 1-888-225-8997, became operational on February 27, 2012.

12. Gilardi also posted copies of the Notice of Pendency of Class Action, the Stipulation and Order Directing Class Notice Procedures, the Notice, the Proof of Claim, the Stipulation of Settlement, and the Order on the Gilardi website (www.gilardi.com) on February 27, 2012.

## PUBLICATION OF THE SUMMARY NOTICE

13. In accordance with the Order, Gilardi caused the Summary Notice to be published in *Investor's Business Daily* and over *PR Newswire* on March 2, 2012, as shown in the Affidavits of Publication attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 15th day of March, 2012, at San Rafael, California.

_____
CAROLE K. SYLVESTER

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 19, 2012.

                                      s/ Tor Gronborg
                                      TOR GRONBORG

                                      ROBBINS GELLER RUDMAN
                                            &DOWD LLP
                                      655 West Broadway, Suite 1900
                                      San Diego, CA 92101-3301
                                      Telephone: 619/231-1058
                                      619/231-7423 (fax)
                                      E-mail:TorG@rgrdlaw.com

## Mailing Information for a Case 1:07-cv-04507

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Joseph Barber**
  jbarber@tdrlawfirm.com,edocket@tdrlawfirm.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David K. Cole**
  courtnotification@mayerbrown.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **J. Timothy Eaton**
  teaton@shefskylaw.com,sfdocket@shefskylaw.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **James R. Figliulo**
  jfigliulo@fslegal.com

- **Jennifer L. Gmitro**
  JGmitro@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **David Hall**
  dhall@rgrdlaw.com

- **Mark H Horwitch**
  mhorwitch@tdrlawfirm.com,edocket@tdrlawfirm.com

- **Stephanie D. Jones**
  sjones@fslegal.com

- **Robert J. Kopecky**
  rkopecky@kirkland.com

- **M. Sean Laane**
  sean.laane@aporter.com

- **Scott R. Lassar**
  slassar@sidley.com,efilingnotice@sidley.com

- **Daniel E. Laytin**
  dlaytin@kirkland.com

- **Kim Ann Leffert**
  courtnotification@mayerbrown.com

- **Erin K. Lynch**
  elynch@shefskylaw.com,sfdocket@shefskylaw.com

- **Richard A. Maniskas**
  sradcliffe@glancylaw.com

- **John C Massaro**
  john_massaro@aporter.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Matthew P Montgomery**
  mattm@csgrr.com

- **Ivy T Ngo**
  ingo@rgrdlaw.com

- **Keith F. Park**
  keithp@rgrdlaw.com

- **David A Rosenfeld**
  drosenfeld@csgrr.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Joseph Russello**
  jrussello@csgrr.com

- **Stephen M Sacks**
  stephen_sacks@aporter.com

- **Jeffrey Charles Sharer**
  jsharer@sidley.com,efilingnotice@sidley.com

- **Michael P. Sheehan**
  msheehan@shefskylaw.com,sfdocket@shefskylaw.com

- **Anne J. Sidrys**
  anne.sidrys@kirkland.com,kimberly.love@kirkland.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Susan G Taylor**
  SusanT@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James W. Thomas , Jr**
  james.thomas@aporter.com,elissa.spencer@aporter.com,matthew.roessing@aporter.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Joseph           I. Goldstein**
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

**Jerry           A Isenberg**
Murphy & McGonigle
555 13th Street, N.W.
#410 W
Washington, DC 20004

**D               Seamus Kaskela**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

**Michael         Kelley**
Sidley and Austin
555 West Fifth Street
40th Floor
Los Angeles, CA 90013