UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 1:07-cv-04507 **(Consolidated)** |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | Judge St. Eve Magistrate Judge Mason |
| MOTOROLA, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Order") dated February 16, 2012, on the application of the parties for approval of the settlement set forth in the Stipulation of Settlement dated as of January 31, 2012 (the "Stipulation"). Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set forth herein.

2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Class.

3. Pursuant to Federal Rule of Civil Procedure 23, the Court hereby approves the settlement set forth in the Stipulation and finds that:

    (a) said Stipulation and the settlement contained therein, are, in all respects, fair, reasonable, and adequate and in the best interest of the Class;

    (b) there was no collusion in connection with the Stipulation;

    (c) the Stipulation was the product of informed, arm's-length negotiations among competent, able counsel; and

    (d) the record is sufficiently developed and complete to have enabled the Plaintiffs and the Defendants to have adequately evaluated and considered their positions.

4. Accordingly, the Court authorizes and directs implementation and performance of all the terms and provisions of the Stipulation, as well as the terms and provisions hereof. Except as to any individual claim of those Persons (identified in Exhibit 1 attached hereto) who have validly and

timely requested exclusion from the Class, the Court hereby dismisses the Litigation and all Released Claims of the Class with prejudice. The Settling Parties are to bear their own costs, except as and to the extent provided in the Stipulation and herein.

5. Upon the Effective Date, the Plaintiffs shall, and each of the Class Members shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Persons, whether or not such Class Member executes and delivers the Proof of Claim and Release form or shares in the Settlement Fund. Claims to enforce the terms of the Stipulation are not released.

6. All Class Members are hereby forever barred and enjoined from prosecuting any of the Released Claims against any of the Released Persons.

7. Upon the Effective Date, each of the Released Persons shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged Plaintiffs, each and all of the Class Members, and Plaintiffs' counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims. Claims to enforce the terms of the Stipulation are not released.

8. The Notice of Proposed Settlement of Class Action given to the Class was the best notice practicable under the circumstances, including the individual notice to all Members of the Class who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of due process.

9. Any Plan of Allocation submitted by Lead Counsel or any order entered regarding any attorneys' fee and expense application shall in no way disturb or affect this Final Judgment and shall be considered separate from this Final Judgment.

10. Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants or their respective Related Parties, or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants or their respective Related Parties in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. The Defendants and/or their respective Related Parties may file the Stipulation and/or this Judgment from this action in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

11. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees, interest, and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing, and administering the Stipulation.

12. The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

13. In the event that the settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement

Fund, or any portion thereof, is returned to the Defendants' insurers, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

14. Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

IT IS SO ORDERED.

DATED: May 9, 2012

THE HONORABLE AMY J. ST. EVE
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
 & DOWD LLP
MICHAEL J. DOWD
KEITH F. PARK
TOR GRONBORG
SUSAN G. TAYLOR
TRIG R. SMITH
JENNIFER L. GMITRO
IVY T. NGO

s/ Tor Gronborg
TOR GRONBORG

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

Liaison Counsel

VANOVERBEKE MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

# Exhibit 1

**REQUESTS FOR EXCLUSION IN RESPONSE TO NOTICE OF PENDENCY OF CLASS ACTION DATED NOVEMBER 2, 2011**

| MOTOROLA 1 | Name |
| --- | --- |
| EXCL 00001 | Robert E. Deitrich (deceased) JoAnne C. Deitrich (POA) |
| EXCL 00002 | Clark I. Anderson Judith Anderson |
| EXCL 00003 | Mickey Franks |
| EXCL 00004 | Fihua T. Chang Anna T. Chang |
| EXCL 00005 | Celeena A. Murphy |
| EXCL 00006 | Albert A. Ligon Doris W. Ligon |
| EXCL 00007 | Betty Weaver |
| EXCL 00008 | Emilio A. Vazquez Emilio A. Vazquez, Jr. Alejandro M. Vazquez |
| EXCL 00009 | Loretta [?] Ann Anderson |
| EXCL 00010 | Wilma McGee Canter |
| EXCL 00011 | Frances K. Taylor & Richard A. Taylor, Jt. Ten. |
| EXCL 00012 | William J. Hunt & Cathie M. Hunt, Jt. Ten. |
| EXCL 00013 | Jerry R. Lewis Peggy M. Lewis |
| EXCL 00014 | William M. Newman |
| EXCL 00015 | P. Susan Steele |
| EXCL 00016 | Joseph Russo Helene L. Oback-Russo |
| EXCL 00017 | John C. Keisling Marian Keisling |
| EXCL 00018 | David LaManna & M. LaManna (minor) |
| EXCL 00019 | Joseph Kreit |
| EXCL 00020 | Michael Zolik Sasha Zolik |
| EXCL 00021 | Charles J. Steinhouse (deceased) Rosemarie Steinhouse TT |
| EXCL 00022 | Charles J. Steinhouse (IRA) |
| EXCL 00023 | Rosann Effroze |

| MOTOROLA 1 | Name |
|---|---|
| EXCL 00024 | John O. Scully |
| EXCL 00025 | Lewis E. Peterson TTEE<br>Sandra L. Peterson TTEE |
| EXCL 00026 | Mary J. Nicholas |
| EXCL 00027 | Robert A. Santos |
| EXCL 00028 | Gail M. Newton |
| EXCL 00029 | Angelo S. Vanoni |
| EXCL 00030 | Louise M. Weyer |
| EXCL 00031 | Emilenan P. Allen |
| EXCL 00032 | Jane H. Anderson |
| EXCL 00033 | Willard M. Berry |
| EXCL 00034 | Marcia E. Sullivan for Henry F. Meilahn (deceased) |
| EXCL 00035 | Vera D. LeForce |
| EXCL 00036 | Edward S. Morris, Jr. |
| EXCL 00037 | Mary C. Brandow |
| EXCL 00038 | Martha K. Arterberry |
| EXCL 00039 | Nathan E. Jackson |
| EXCL 00040 | Ann M. Capasso |
| EXCL 00041 | Ruth Martha Staudt |
| EXCL 00042 | Perri Neal |
| EXCL 00043 | Shanmukha Bollapragada |
| EXCL 00044 | Daniel L. Eckert |
| EXCL 00045 | Barry Curtis, Alice Curtis executors for Sarah Bigby (deceased) |
| EXCL 00046 | Darryl Mitchell |
| EXCL 00047 | Randal R. Taylor |
| EXCL 00048 | Evelyn Pignataro |
| EXCL 00049 | Edward A. Honeck<br>Edith A. Honeck |
| EXCL 00050 | Judy Etler (widow of Irvin A. Etler) |
| EXCL 00051 | Geraldine A. Hanan |

| MOTOROLA 1 | Name |
|---|---|
| EXCL 00052 | Ayush Mehra |
| EXCL 00053 | Michelle Mattenson |
| EXCL 00054 | Michèle Sioen (for deceased Jean-Jacques Sioen) |
| EXCL 00055 | John F. Anderson, Jr. <br> Catherine P. Anderson, JT. |
| EXCL 00056 | Margaret J. Coe |
| EXCL 00057 | June E. Altizer |
| EXCL 00058 | Alexander Slawuta |
| EXCL 00059 | Pamela Rayl |
| EXCL 00060 | Anne Arrowsmith |
| EXCL 00061 | Suet Ching Go |

**LATE EXCLUSIONS**

| EXCL 80001 | Yuvonna M. Mullins <br> Verneda R. Claxton Jt Ten |
|---|---|

**REQUESTS FOR EXCLUSION IN RESPONSE TO NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION DATED FEBRUARY 16, 2012**

| MOTOROLA 2 | Name |
|---|---|
| EXCL 00001 | Charles Goff |
| EXCL 00002 | Corinne M. Stukel |
| EXCL 00003 | Angelo S. Vanoni |
| EXCL 00004 | Joseph Russo <br> Helene L. Oback-Russo |
| EXCL 00005 | John E. Morris & <br> Doris M. Morris Trust |
| EXCL 00006 | Dion Finnegan (deceased) <br> Geraldine Finnegan |
| EXCL 00007 | Nathan E. Jackson |
| EXCL 00008 | Marcia E. Sullivan <br> for Henry F. Melahn (deceased) |
| EXCL 00009 | Geraldine Finnegan |
| EXCL 00010 | Catherine Walp |

| MOTOROLA 2 | Name |
|---|---|
| EXCL 00011 | Curtis H. Rader |
| EXCL 00012 | Sachin Biradar |
| EXCL 00013 | Lee Haines<br>Valerie Walsh-Haines |
| EXCL 00014 | Geraldine Troitino |
| EXCL 00015 | George B. Elder<br>Billie E. Elder |
| EXCL 00016 | Emilenan P. Allen |
| EXCL 00017 | Robert E. Deitrich (deceased)<br>JoAnne C. Deitrich POA |
| EXCL 00018 | Carol Harrison |
| EXCL 00019 | Kathleen C. Brafford |
| EXCL 00020 | Joan Davis |
| EXCL 00021 | Harold W. Wheeler<br>Lucille E. Wheeler |
| EXCL 00022 | Lorraine Straza<br>Eleanor Straza (deceased) |
| EXCL 00023 | Ken Lundgren |
| EXCL 00024 | Emilio A. Vazquez<br>Emilio A. Vazquez, Jr.<br>Alejandro M. Vazquez |
| EXCL 00025 | Renate Schwope-Alexander |
| EXCL 00026 | Adriana De Leva |
| EXCL 00027 | Marilyn A. Dyelle<br>Floyd W. Dyelle |
| EXCL 00028 | John O. Scully |
| EXCL 00029 | Judy L. Scheibal |
| EXCL 00030 | Perri Neal |
| EXCL 00031 | Sandra Rayson Poon |
| EXCL 00032 | H. Arno Seidelmann |
| EXCL 00033 | Katherine McCook for Catherine Cragg (deceased) |
| EXCL 00034 | Duane B. Heeren |
| EXCL 00035 | Frida Brown De Rungs |
| EXCL 00036 | Edward Neighbor<br>Carolyn Neighbor |

| MOTOROLA 2 | Name |
|---|---|
| EXCL 00037 | Ernie Wacker for Clinton Pederson (deceased) |
| EXCL 00038 | Katie Watson Monticone |
| EXCL 00039 | Jerry Walters |

**LATE EXCLUSIONS**

| EXCL 80001 | Muriel Don for James Alfred Don (deceased) |
|---|---|
| EXCL 80002 | Harry Hewick, Marion Hewick, Erin Dawson, Steven Hewick |
| EXCL 80003 | James D. Hammel<br>Ilene Hammel |