IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated<br>　　　　　Plaintiff<br>vs.<br>MOTOROLA, INC, et al.<br>　　　　　Defendant | ) ) ) ) ) ) ) ) ) | No. 1:07-cv-04507<br>(consolidated)<br><br>**CLASS ACTION**<br><br>Judge St. Eve<br>Magistrate Judge Mason |

FILED
MAY 14 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

COMES NOW Paul Liles, a member of the Class, and files the attached proof exhibiting that he is a member of the Class. The proof was inadvertently omitted when my objections were filed.

I declare under the penalty of perjury that the attached is a true and correct copy showing my ownership of the Motorola stock during the class period.

Dated: May 10, 2012

_____
Paul Liles, Esq. *Pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of May, 2012, the above and foregoing Notice of Filing was put in the U.S. Mail to the Clerk of the Court, United States District Court, Northern District of Illinois Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Lead Counsel for Plaintiffs, ROBBINS GELLER RUDMAN & DOWD LLP, KEITH F. PARK, 655 West Broadway, Suite 1900, San Diego, CA 92101 and to Counsel for Defendants, KIRKLAND & ELLIS LLP, ANNE M. SIDRYS, 300 North LaSalle St., Chicago, IL 60654.

_____
Paul Liles, Esq.

P.O. Box 2044  
Lakewood, NJ 08701

Merrill Lynch  
Office Serving Your Account  
P O BOX 12006  
BIRMINGHAM AL 35202  
(205) 326-9500



**TOTAL MERRILL**

PAUL A LILES AND  
ANNE W LILES TIC  
2917 VIRGINIA RD  
BIRMINGHAM AL 35223

Account Number: 524-11734

** Not Mailed **

# TRADE CONFIRMATION

Date: August 1, 2006

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT** [redacted]

| Quantity | 2 | Price | 37.752200 | Amount | 75.50 | Trade Date | 08/01/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/03/06 |
| Transaction Fee | | | | | | ML Symbol | [redacted] |
| Accrued Interest/Dividends | | | | | | Security # | 006E0 |
| | | | | | | Cusip # | 00971T101 |
| **NET AMOUNT** | | | | | **75.50** | FA # | 1215 |

EXECUTED 100PC OTC WE MAKE A MARKET IN THIS ISSUE AS OF 07/31 PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION DETAILS

**BOUGHT** *MOTOROLA INC COM*

| Quantity | 12 | Price | 22.714600 | Amount | 272.58 | Trade Date | 08/01/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/03/06 |
| Transaction Fee | | | | | | ML Symbol | MOT |
| Accrued Interest/Dividends | | | | | | Security # | 51528 |
| | | | | | | Cusip # | 620076109 |
| **NET AMOUNT** | | | | | **272.58** | FA # | 1215 |

EXECUTED 100PC NYSE AS OF 07/31 PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION DETAILS

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes. If submitting payment or correspondence please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1. If you have moved or plan to move, notify your Financial Advisor of your new address.

Account Number: 524-11734　　　　　　　　Date: 08/01/2006　　　　　　　　Page 1 of 2



TOTAL MERRILL

**IT IS AGREED BETWEEN MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED (MERRILL LYNCH) AND YOU THAT:**

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market, and its clearing house, if any, where executed, and if not executed on an exchange, those of the NASD, as well as applicable federal and state laws and regulations.

(2) This confirmation shall be deemed conclusive if not objected to within 10 days.

(3) All purchase transactions for your account require payment on settlement date. All sales transactions are made based upon your representation that you have actual or potential possession and will make timely delivery, unless the security sold is held in your account. Late delivery may result in additional charges for premium payment on securities borrowed. We reserve the right to close transactions without further notice when, in our judgment, margins on deposit with us are below our requirements.

(4) We will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(5) Until all your obligations of any kind to Merrill Lynch are discharged, we may without notice to you (i) pledge or hypothecate any securities or other property purchased, deposited or held for your account as collateral, including circumstances under which such securities or other property may be commingled with those of other clients and (ii) lend securities or other property owned by you or deliver the same on others' contracts of sale without Merrill Lynch having in our possession and control for delivery a like amount of similar securities or other property.

(6) If securities loaned for a short sale for your account are no longer available, we reserve the right to decide, by random selection, which position will be subject to a buy-in.

(7) It is your responsibility to cancel any open order for your account. You should be particularly mindful of this when entering a substitution order.

(8) Except for certain custodian accounts, we hold all bonds and preferred securities in bulk segregation. In the event of a call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us.

(9) Municipal bonds may have call features that could affect the yield; we will provide complete information on request.

(10) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such a redemption could affect the yield represented. Complete information will be provided upon written request.

(11) When a security is quoted ex-dividend or ex-interest, all buy, sell stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception. All sell, buy stop and buy stop limit orders will not be reduced.

(12) We trade for our own account in various securities as a market maker, specialist, dealer, block positioner or arbitrageur, and thus, at any given time, may have a long or short position in a security you are trading.

(13) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided with respect to principal, interest, dividend and/or yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through Merrill Lynch or one of our affiliates, which may have profited in connection with such conversion.

(14) Transactions executed in overseas markets may have been conducted through an affiliate of Merrill Lynch.

(15) For agency transactions, and upon request, the name of the other party to transaction (where applicable) and the time of trade will be provided.

(16) For reported securities, unless otherwise indicated "price" is the reported price.

(17) Merrill Lynch bears no responsibility or liability with respect to independent research selected by the Independent Consultant under the Global Research Settlement. Clients assume full responsibility for any trading decisions they make based upon such independent research ratings or reports.

(18) Unless otherwise agreed with you in writing, this agreement will apply to any successor of Merrill Lynch, whether by merger, consolidation or other means, and we may transfer your account to any such successor.

SALES CHG PD and SALES CHG % represent the total commissions, and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Fee assessed on brokerage firms by applicable exchange/market and paid to Securities and Exchange Commission; such fee is passed on to you.



Account Number: 524-11734     Date: 08/01/2006     Page 2 of 2

P.O. Box 2044
Lakewood, NJ 08701



**TOTAL MERRILL**

Merrill Lynch
Office Serving Your Account
P O BOX 12006
BIRMINGHAM AL 35202
(205) 326-9500

PAUL A LILES AND
ANNE W LILES TIC
2917 VIRGINIA RD
BIRMINGHAM AL 35223

Account Number: 524-11734

** Not Mailed **

# TRADE CONFIRMATION

Date: August 7, 2006

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT**

| Quantity | 3 | Price | 67.172500 | Amount | 201.52 | Trade Date | 08/07/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 133W6 |
| | | | | | | Cusip # | 192446102 |
| **NET AMOUNT** | | | | | **201.52** | FA # | 1215 |

EXECUTED 100PC OTC WE MAKE A MARKET IN THIS ISSUE PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION DETAILS

**BOUGHT**

| Quantity | 4 | Price | 33.540000 | Amount | 134.16 | Trade Date | 08/07/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 135H0 |
| | | | | | | Cusip # | 126650100 |
| **NET AMOUNT** | | | | | **134.16** | FA # | 1215 |

EXECUTED 100PC NYSE PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION DETAILS

**BOUGHT**

| Quantity | 6 | Price | 40.667400 | Amount | 244.00 | Trade Date | 08/07/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 27363 |
| | | | | | | Cusip # | 302130109 |
| **NET AMOUNT** | | | | | **244.00** | FA # | 1215 |

EXECUTED 100PC OTC WE MAKE A MARKET IN THIS ISSUE PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION DETAILS

Account Number: 524-11734   Date: 08/07/2006   Page 1 of 5



**TOTAL MERRILL**

## TRADE DETAILS (continued)

**BOUGHT** ████████████████

| Quantity | 5 | Price | 66.773800 | Amount | 333.87 | Trade Date | 08/07/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 431S2 |
| | | | | | | Cusip # | 524908100 |
| **NET AMOUNT** | | | | | 333.87 | FA # | 1215 |

EXECUTED 100PC NYSE   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**BOUGHT** ████████████████

| Quantity | 5 | Price | 57.112400 | Amount | 285.56 | Trade Date | 08/07/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/08/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 47711 |
| | | | | | | Cusip # | 580645109 |
| **NET AMOUNT** | | | | | 285.56 | FA # | 1215 |

EXECUTED 100PC NYSE AS OF 08/03   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**BOUGHT** *MOTOROLA INC COM*

| Quantity | 17 | Price | 23.314400 | Amount | 396.34 | Trade Date | 08/07/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/08/06 |
| Transaction Fee | | | | | | ML Symbol | MOT |
| Accrued Interest/Dividends | | | | | | Security # | 51528 |
| | | | | | | Cusip # | 620076109 |
| **NET AMOUNT** | | | | | 396.34 | FA # | 1215 |

EXECUTED 100PC NYSE AS OF 08/03   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**BOUGHT** ████████████████

| Quantity | 2 | Price | 42.727300 | Amount | 85.45 | Trade Date | 08/07/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 587R8 |
| | | | | | | Cusip # | 705324101 |
| **NET AMOUNT** | | | | | 85.45 | FA # | 1215 |

EXECUTED 100PC NYSE   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS



**TOTAL MERRILL**

## TRADE DETAILS (continued)

**BOUGHT**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Quantity | 3 | Price | 63.125800 | Amount | 189.38 | Trade Date | 08/07/06 |
| Processing Fee | | | | | | Settle Date | 08/08/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 60739 |
| | | | | | | Cusip # | 713448108 |
| **NET AMOUNT** | | | | | 189.38 | FA # | 1215 |

EXECUTED 100PC NYSE AS OF 08/03   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**BOUGHT**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Quantity | 10 | Price | 34.859100 | Amount | 348.59 | Trade Date | 08/07/06 |
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 634B7 |
| | | | | | | Cusip # | 747525103 |
| **NET AMOUNT** | | | | | 348.59 | FA # | 1215 |

EXECUTED 100PC OTC WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**BOUGHT**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Quantity | 5 | Price | 25.570200 | Amount | 127.85 | Trade Date | 08/07/06 |
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 74AB8 |
| | | | | | | Cusip # | 902124106 |
| **NET AMOUNT** | | | | | 127.85 | FA # | 1215 |

EXECUTED 100PC NYSE   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**SOLD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Quantity | 9 | Price | 74.232500 | Amount | 668.09 | Trade Date | 08/07/06 |
| Processing Fee | | | | | | Settle Date | 08/08/06 |
| Transaction Fee | | | | | 0.03 | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 59442 |
| | | | | | | Cusip # | 744320102 |
| **NET AMOUNT** | | | | | 668.06 | FA # | 1215 |

EXECUTED 100PC NYSE AS OF 08/03   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS



**TOTAL MERRILL**

## TRADE DETAILS (continued)

**SOLD**

| Quantity | 42 | Price | 30.855500 | Amount | 1295.93 | Trade Date | 08/07/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | 0.04 | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | |
| | | | | | | Cusip # | 855244109 |
| **NET AMOUNT** | | | | | **1295.89** | FA # | 1215 |

EXECUTED 100PC OTC WE MAKE A MARKET IN THIS ISSUE PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION DETAILS

**SOLD**

| Quantity | 6 | Price | 42.481100 | Amount | 254.89 | Trade Date | 08/07/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | 0.01 | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 74CU4 |
| | | | | | | Cusip # | 89579K109 |
| **NET AMOUNT** | | | | | **254.88** | FA # | 1215 |

EXECUTED 100PC NYSE PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION DETAILS

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes. If submitting payment or correspondence please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1. If you have moved or plan to move, notify your Financial Advisor of your new address.



**TOTAL MERRILL**

---

**IT IS AGREED BETWEEN MERRILL LYNCH (23) AND YOU THAT:**

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market, and its clearing house, if any, where executed, and if not executed on an exchange, those of the NASD, as well as applicable federal and state laws and regulations.
(2) This confirmation shall be deemed conclusive if not objected to within 10 days.
(3) Time of execution will be provided upon written request.
(4) All purchase transactions for your account require, by settlement date: (i) with respect to a cash accounts, full payment; and (ii) with respect to a margin or good faith account, any required margin. All purchase transactions in the cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling the security prior to making such payment, with the understanding that net settlement of transactions in government and agency securities for institutional customers on a DVP/RVP basis may be permitted at our discretion. All sale transactions in the cash account are based on your representation that you or your principal own the security and that you will deposit it promptly in your account, unless the security sold is held in your account. Late delivery may result in additional charges for premium payment on securities borrowed. We reserve the right to close transactions through buy ins or sell outs, without further notice when, in our judgment, we deem such action to be appropriate.
(5) We will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.
(6) If we carry your securities in a cash account and these securities have been sold to you or purchased from you in this account, such securities are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. To the extent you have pledged securities to us as collateral, we may without notice to you pledge or hypothecate such securities under circumstances that will permit the commingling of securities carried for your account. Until all your obligations of any kind to Merrill Lynch are discharged, we may without notice to you (i) pledge or hypothecate any securities or other property purchased, deposited or held for your account as collateral, including circumstances under which such securities or other property may be commingled with those of other customers and (ii) lend securities or other property owned by you or deliver the same on others' contracts of sale without Merrill Lynch having in our possession and control for delivery a like amount of similar securities or other property.
(7) If securities loaned for a short sale for your account are no longer available, we reserve the right to decide, by random selection, which position will be subject to a buy-in.
(8) It is your responsibility to cancel any open order for your account. You should be particularly mindful of this when entering a substitution order.
(9) Except for certain custodian accounts, we hold all bonds and preferred securities in bulk segregation. In the event of a call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us.
(10) Municipal bonds may have call features that could affect the yield; we will provide complete information on request.
(11) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. Complete information will be provided upon written request.
(12) When a security is quoted ex-dividend or ex-interest, all buy, sell stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception. All sell, buy stop and buy stop limit orders will not be reduced.
(13) We trade for our own account in various securities as a market maker, specialist, dealer, block positioner or arbitrageur, and thus, at any given time, may have a long or short position in a security you are trading and may profit from any such trading.
(14) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided with respect to principal, interest, dividend and/or yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through Merrill Lynch or one of our affiliates, which may have profited in connection with such conversion.
(15) Transactions executed in overseas markets may have been conducted through an affiliate of Merrill Lynch.
(16) For transactions executed as agent, the name of the other party to the transaction (where applicable), and the source and amount of any additional remuneration received in connection with the transaction will be furnished upon written request.
(17) Merrill Lynch bears no responsibility or liability with respect to independent research selected by the Independent Consultant under the Global Research Settlement. Customers assume full responsibility for any trading decisions they make based upon such independent research ratings or reports.
(18) Unless otherwise agreed with you in writing, this agreement will apply to any successor of Merrill Lynch, whether by merger, consolidation or other means, and we may transfer your account to any such successor.
(19) The term "Quantity," in the case of fixed income securities, is principal amount.
(20) If this transaction involves an asset-backed security, which represents an interest in or is secured by a pool of receivables or other such financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions underlying yield) will be provided upon written request.
(21) For reported securities, unless otherwise indicated "price" is the reported price.
(22) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.
(23) The name "Merrill Lynch" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"); Merrill Lynch Government Securities, Inc.; or Merrill Lynch Money Markets Inc.

SALES CHG PD and SALES CHG % represent the total commissions, and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Fee assessed on brokerage firms by applicable exchange/market and paid to Securities and Exchange Commission; such fee is passed on to you.



---

P.O. Box 2044
Lakewood, NJ 08701



**TOTAL MERRILL**

Merrill Lynch
Office Serving Your Account
P O BOX 12006
BIRMINGHAM AL 35202
(205) 326-9500

PAUL A LILES AND
ANNE W LILES TIC
2917 VIRGINIA RD
BIRMINGHAM AL 35223

Account Number: 524-11734

** Not Mailed **

# TRADE CONFIRMATION        Date: August 9, 2006

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT**

| Quantity | 8 | Price | 33.357100 | Amount | 266.86 | Trade Date | 08/09/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/14/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 3622- |
| | | | | | | Cusip # | 428236103 |
| **NET AMOUNT** | | | | | **266.86** | FA # | 1215 |

EXECUTED 100PC NYSE   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**BOUGHT**

| Quantity | 12 | Price | 63.026500 | Amount | 756.32 | Trade Date | 08/09/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/14/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | |
| | | | | | | Cusip # | 58405U102 |
| **NET AMOUNT** | | | | | **756.32** | FA # | 1215 |

EXECUTED 100PC NYSE   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**BOUGHT** MOTOROLA INC COM

| Quantity | 8 | Price | 23.066400 | Amount | 184.53 | Trade Date | 08/09/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/14/06 |
| Transaction Fee | | | | | | ML Symbol | MOT |
| Accrued Interest/Dividends | | | | | | Security # | 51528 |
| | | | | | | Cusip # | 620076109 |
| **NET AMOUNT** | | | | | **184.53** | FA # | 1215 |

EXECUTED 100PC NYSE   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS


TOTAL MERRILL

## TRADE DETAILS (continued)

**BOUGHT**

| Quantity | 18 | Price | 15.088800 | Amount | 271.60 | Trade Date | 08/09/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/14/06 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 58010 |
| | | | | | | Cusip # | 68389X105 |
| **NET AMOUNT** | | | | | **271.60** | FA # | 1215 |

EXECUTED 100PC OTC WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**SOLD**

| Quantity | 6 | Price | 30.247900 | Amount | 181.49 | Trade Date | 08/09/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/10/06 |
| Transaction Fee | | | | | 0.01 | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 35197 |
| | | | | | | Cusip # | 411310105 |
| **NET AMOUNT** | | | | | **181.48** | FA # | 1215 |

EXECUTED 100PC OTC WE MAKE A MARKET IN THIS ISSUE  AS OF 08/07   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

**SOLD**

| Quantity | 46 | Price | 8.144700 | Amount | 374.66 | Trade Date | 08/09/06 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/14/06 |
| Transaction Fee | | | | | 0.02 | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | 45067 |
| | | | | | | Cusip # | 502161102 |
| **NET AMOUNT** | | | | | **374.64** | FA # | 1215 |

EXECUTED 100PC NYSE   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.   ML ACTED AS AGENT

SEE ABOVE FOR TRANSACTION   DETAILS

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes. If submitting payment or correspondence please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1. If you have moved or plan to move, notify your Financial Advisor of your new address.



**TOTAL MERRILL**

**IT IS AGREED BETWEEN MERRILL LYNCH (23) AND YOU THAT:**

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market, and its clearing house, if any, where executed, and if not executed on an exchange, those of the NASD, as well as applicable federal and state laws and regulations.
(2) This confirmation shall be deemed conclusive if not objected to within 10 days.
(3) Time of execution will be provided upon written request.
(4) All purchase transactions for your account require, by settlement date: (i) with respect to a cash accounts, full payment; and (ii) with respect to a margin or good faith account, any required margin. All purchase transactions in the cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling the security prior to making such payment, with the understanding that net settlement of transactions in government and agency securities for institutional customers on a DVP/RVP basis may be permitted at our discretion. All sale transactions in the cash account are based on your representation that you or your principal own the security and that you will deposit it promptly in your account, unless the security sold is held in your account. Late delivery may result in additional charges for premium payment on securities borrowed. We reserve the right to close transactions through buy ins or sell outs, without further notice when, in our judgment, we deem such action to be appropriate.
(5) We will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.
(6) If we carry your securities in a cash account and these securities have been sold to you or purchased from you in this account, such securities are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. To the extent you have pledged securities to us as collateral, we may without notice to you pledge or hypothecate such securities under circumstances that will permit the commingling of securities carried for your account. Until all your obligations of any kind to Merrill Lynch are discharged, we may without notice to you (i) pledge or hypothecate any securities or other property purchased, deposited or held for your account as collateral, including circumstances under which such securities or other property may be commingled with those of other customers and (ii) lend securities or other property owned by you or deliver the same on others' contracts of sale without Merrill Lynch having in our possession and control for delivery a like amount of similar securities or other property.
(7) If securities loaned for a short sale for your account are no longer available, we reserve the right to decide, by random selection, which position will be subject to a buy-in.
(8) It is your responsibility to cancel any open order for your account. You should be particularly mindful of this when entering a substitution order.
(9) Except for certain custodian accounts, we hold all bonds and preferred securities in bulk segregation. In the event of a call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us.
(10) Municipal bonds may have call features that could affect the yield; we will provide complete information on request.
(11) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. Complete information will be provided upon written request.

(12) When a security is quoted ex-dividend or ex-interest, all buy, sell stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception. All sell, buy stop and buy stop limit orders will not be reduced.
(13) We trade for our own account in various securities as a market maker, specialist, dealer, block positioner or arbitrageur, and thus, at any given time, may have a long or short position in a security you are trading and may profit from any such trading.
(14) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided with respect to principal, interest, dividend and/or yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through Merrill Lynch or one of our affiliates, which may have profited in connection with such conversion.
(15) Transactions executed in overseas markets may have been conducted through an affiliate of Merrill Lynch.
(16) For transactions executed as agent, the name of the other party to the transaction (where applicable), and the source and amount of any additional remuneration received in connection with the transaction will be furnished upon written request.
(17) Merrill Lynch bears no responsibility or liability with respect to independent research selected by the Independent Consultant under the Global Research Settlement. Customers assume full responsibility for any trading decisions they make based upon such independent research ratings or reports.
(18) Unless otherwise agreed with you in writing, this agreement will apply to any successor of Merrill Lynch, whether by merger, consolidation or other means, and we may transfer your account to any such successor.
(19) The term "Quantity," in the case of fixed income securities, is principal amount.
(20) If this transaction involves an asset-backed security, which represents an interest in or is secured by a pool of receivables or other such financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions underlying yield) will be provided upon written request.
(21) For reported securities, unless otherwise indicated "price" is the reported price.
(22) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.
(23) The name "Merrill Lynch" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"); Merrill Lynch Government Securities, Inc.; or Merrill Lynch Money Markets Inc.

SALES CHG PD and SALES CHG % represent the total commissions, and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Fee assessed on brokerage firms by applicable exchange/market and paid to Securities and Exchange Commission; such fee is passed on to you.



Account Number: **524-11734**　　　　Date: 08/09/2006　　　　Page 3 of 3

| | | | | | |
|---|---|---|---|---|---|
| MOTOROLA INC COM | 552 | 14.232 | 9,831 | 7,656 | 179 |
| 01/07/2008 - 02/11/2008 | 24 | 11.585 | 358 | 278 | 0 |
| 01/02/2008 - 02/11/2008 | 49 | 11.585 | 782 | 568 | 0 |
| 12/13/2007 - 02/11/2008 | 32 | 11.585 | 518 | 371 | 0 |
| 11/12/2007 - 02/11/2008 | 22 | 11.585 | 362 | 255 | 0 |
| 08/08/2007 - 02/11/2008 | 35 | 11.585 | 627 | 405 | 0 |
| 06/08/2007 - 01/25/2008 | 42 | 10.156 | 752 | 427 | 0 |
| 06/07/2007 - 01/25/2008 | 62 | 10.156 | 1,105 | 630 | 0 |
| 04/27/2007 - 01/25/2008 | 58 | 10.156 | 1,032 | 589 | 0 |
| 04/27/2007 - 06/28/2007 | 14 | 17.870 | 249 | 250 | 0 |
| 08/09/2006 - 11/13/2006 | 8 | 21.373 | 185 | 171 | 0 |
| 08/03/2006 - 11/13/2006 | 17 | 21.373 | 396 | 363 | 0 |
| 07/31/2006 - 11/13/2006 | 11 | 21.373 | 250 | 235 | 0 |
| 07/31/2006 - 11/09/2006 | 1 | 21.328 | 23 | 21 | 0 |
| 04/06/2006 - 11/09/2006 | 10 | 21.328 | 237 | 213 | 0 |
| 06/08/2005 - 11/09/2006 | 26 | 21.328 | 478 | 555 | 77 |
| 06/08/2005 - 05/25/2006 | 1 | 20.934 | 18 | 21 | 0 |
| 05/18/2005 - 05/25/2006 | 25 | 20.934 | 421 | 523 | 102 |
| 05/18/2005 - 01/20/2006 | 28 | 22.772 | 472 | 638 | 0 |
| 12/14/2004 - 01/24/2005 | 45 | 15.444 | 766 | 695 | 0 |
| 04/21/2004 - 01/24/2005 | 25 | 15.444 | 464 | 386 | 0 |
| 03/01/2004 - 01/24/2005 | 17 | 15.444 | 317 | 263 | 0 |