**FILED**
**JUN 04 2012**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC SILVERMAN, On Behalf of Himself and All Others Similarly Situated<br>                 Plaintiff<br><br>vs.<br><br>MOTOROLA, INC, et al.<br>                 Defendant | No. 1:07-cv-04507<br>(consolidated)<br><br><br><br><u>CLASS ACTION</u><br><br>Judge St. Eve<br>Magistrate Judge Mason |

### NOTICE OF APPEAL

Notice is hereby given that Objector, Paul Liles, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Minute Entry overruling Objector Liles' Objections entered by the Honorable Amy J. St. Eve, District Judge on May 7, 2012 (Docket No. 468); the Memorandum Opinion and Order entered by the Honorable Amy J. St. Eve, District Judge on May 7, 2012 (Docket No. 470); the Final Judgment and Order of Dismissal entered by the Honorable Amy J. St. Eve, District Judge on May 9, 2012 (Docket No. 473); the Order Approving the Plan of Allocation entered by the Honorable Amy J. St. Eve District Judge on May 9, 2012 (Docket No. 474); and the Order awarding Attorneys' Fees and Expenses entered by the Honorable Amy J. St. Eve, District Judge on May 9, 2012 (Docket No. 475).

Dated May 31, 2012

**PAID**
RECEIPT # 4634081065

JUN 0 4 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Paul Liles
Paul Liles, Esq. *Pro se*

1

CERTIFICATE OF COMPLIANCE WITH
RULE 3(a)(1) FEDERAL RULE OF APPELLATE PROCEDURE

I hereby certify that in compliance with Rule 3(a)(1) of the Federal Rules of Appellate Procedure the original of the foregoing Notice of Appeal to the United States District Court, Northern District of Illinois, Eastern Division and sufficient hard copies were mailed to the Clerk of the Court for service upon counsel of record.

_____
Paul Liles, Esq.